UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

ANDERSON NEWS, LLC

Debtor.

Chapter: 7

Case No. 09-

## STATEMENT REGARDING CORPORATE OWNERSHIP OF PETITIONING CREDITOR

x   The following entities directly or indirectly own 10% or more of any class of **Hachette Book Group, Inc.'s** equity interests:

|   | Name and Address | Percentage Owned |
|---|---|---|
| 1. | Hachette Livre SA<br><br>43, Quai de Grenelle<br><br>Cedex 15<br><br>Paris, 75905<br><br>France | 100% |

☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the representative of petitioning creditor, **Hachette Book Group, Inc.**

I declare under penalty of perjury that the foregoing is true and correct.

**Hachette Book Group, Inc.**

Dated: February 24, 2009

/Name: Elise S. Solomon
Title: Vice President, Hachette Digital Media &
Senior Counsel