# Notice Recipients

District/Off: 0311−1            User: Pat            Date Created: 3/3/2009

Case: 09−10695−CSS         Form ID: van432      Total: 2

**Recipients of Notice of Electronic Filing:**

ust        United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Anderson News, LLC d/b/a Anderson News Company     6016 Brookvale Lane     Suite 151     Knoxville, TN 37919

TOTAL: 1