# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

ANDERSON NEWS, LLC,

Debtor.

Chapter 11

Case No. 09-10695 (CSS)

## LIST OF CREDITORS HOLDING THE TWENTY
## LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the list of creditors (the "List of Creditors") holding the twenty (20) largest unsecured claims against Anderson News, LLC ("Anderson News") debtor and debtor-in-possession in the above-captioned case (the "Debtor"). The List of Creditors reflects the estimated amounts owed by the Debtor as of December 30, 2009 (the "Conversion Date"), as reflected in the Debtor's books and records, and may not reflect the actual amounts owing by the Debtor as of the Involuntary Petition Date.

The Debtor takes no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtor, as that term is defined in section 101(31) of title 11 of the United States Code (the "Bankruptcy Code"), and the inclusion in or exclusion from this List of Creditors of any person or entity shall not constitute an admission by, nor shall it be binding on, the Debtor in any respect. The Debtor expressly reserves the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, and fax number of employee, agent or department of creditor familiar with claim | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Time/Warner Retail Sales & Marketing Attn: Diane Kent 260 Cherry Hill Road Parsippany, NJ 07054 | Attn: Diane Kent Ph: (973) 316-5823 Fax: (212) 467-7243 | Magazine Distributor | C, U, D. | $42,689,339.83 |
| Curtis Circulation Co. Attn: Dom Crocetti 730 River Road New Milford, NJ 07646 | Attn: Dom Crocetti Ph: (609) 488-5700 Fax: (856) 332-5536 | Magazine Distributor | C, U, D. | $16,623,290.30 |
| Kable Distribution Services Attn: Mike Duloc Kable Square Mt. Morris, IL 61054 | Attn: Mike Duloc Ph: (815) 734-4151 Fax: (815) 734-5234 | Magazine Distributor | C, U, D. | $24,299,847.75 |
| Save Mart Attn: Lisa Volkmar P.O. Box 4278 | Attn: Lisa Volkmar Ph: (209) 569-0292 Fax: (209) 569-0276 | Retailer | C, U, D. | $1,975,344.72 |

| | | | | |
|---|---|---|---|---|
| Modesto, CA 95352 | | | | |
| Bi Lo Inc.<br>Attn: RFS Grocery A/P Dir.<br>P.O. Box 99<br>Mauldin, SC 29662 | Attn: RFS Grocery A/P Dir.<br>Ph: (864) 213-2500<br>Fax: (864) 286-2820 | Retailer | C,<br>U,<br>D. | $1,090,725.00 |
| Winn Dixie<br>Attn: Catherine Hawks<br>P.O. Box 15200<br>Orlando, FL 32808 | Attn: Catherine Hawks<br>Ph: (407) 465-8600<br>Fax: (407) 465-8603 | Retailer | C,<br>U,<br>D. | $968,824.79 |
| Rite Aid<br>Attn: Robin Moppin<br>200 Newberry Commons<br>Etters, PA 17319 | Attn: Robin Moppin<br>Ph: (717) 761-2633<br>Fax: (717) 975-5901 | Retailer | C,<br>U,<br>D. | $790,000.00 |
| Spanish Periodicals<br>2105 NW 102 Ave.<br>Miami, FL 33172 | Ph: (305) 592-3919<br>Fax: (305) 594-4765 | Magazine<br>Distributor | C,<br>U,<br>D. | $678,244.15 |
| Safeway, Inc.<br>Attn: Gregg Maxwell<br>P.O. Box 60000<br>San Francisco, CA 94160 | Attn: Gregg Maxwell<br>Ph: (415) 563-4946<br>Fax: (415) 563-7498 | Retailer | C,<br>U,<br>D. | $629,137.48 |
| 7 Eleven Inc.<br>Attn: Leesa Claywell<br>2161 E. Arapaho<br>Richardson, TX 75081 | Attn: Leesa Claywell<br>Ph: (972) 470-9235<br>Fax: (757) 366-0993 | Retailer | C,<br>U,<br>D. | $454,057.00 |
| Bashas Markets, Inc.<br>P.O. Box 488<br>Chandler, AZ 85244 | Ph: (480) 895-9350<br>Fax: (480) 895-5296 | Retailer | C,<br>U,<br>D. | $241,343.00 |
| Warner International<br>Periodicals<br>5987 Burgandy Ave.<br>Rancho Cucamonga, CA<br>91737 | Ph: (909) 989-1169<br>Fax: (909) 989-3464 | Magazine<br>Distributor | C,<br>U,<br>D. | $217,428.81 |
| Schnuck's<br>Attn: Kathy Hicks, A/P<br>P.O. Box 46928<br>Saint Louis, MO 63146 | Attn: Kathy Hicks, A/P<br>Ph: (314) 567-3838<br>Fax: (314) 567-3839 | Retailer | C,<br>U,<br>D. | $169,897.00 |
| Cities West Publishing<br>8501 E. Princess Drive<br>Suite 190<br>Scottsdale, AZ 85255 | Ph: (480) 664-3960<br>Fax: (480) 664-3962 | Magazine<br>Distributor | C,<br>U,<br>D. | $128,935.57 |
| Modern Publishing<br>155 East 55th Street<br>New York, NY 10022 | Ph: (212) 826-0850<br>Fax: (212) 759-9069 | Book<br>Publisher | C,<br>U,<br>D. | $125,401.27 |
| Sandhills Publishing<br>P.O. Box 82511<br>Lincoln, NE 68501 | Ph: (800) 848-1478<br>Fax: (402) 479-2193 | Magazine<br>Distributor | C,<br>U,<br>D. | $109,521.65 |
| Blind Vendor – Ohana<br>Attn: Vergie<br>300 Rogers Blvd. #56<br>Honolulu, HI 96819 | Attn: Vergie<br>Ph: (808) 861-1300<br>Fax: (808) 861-1308 | Retailer | C,<br>U,<br>D. | $107,533.73 |
| Pacific Gateway Concessions<br>Attn: Katrina Dutto<br>207 Lawrence Ave.<br>South San Francisco, CA<br>94080 | Attn: Katrina Dutto<br>Ph: (650) 246-3860<br>Fax: (650) 246-3864 | Retailer | C,<br>U,<br>D. | $103,662.00 |

DB02:9110887.1 068206.1001

| | | | | |
|---|---|---|---|---|
| Gelsons<br>16400 Ventura Blvd.<br>P.O. Box 216<br>Encino, CA 91316 | Ph: (303) 992-1400<br>Fax: (303) 896-8515 | Retailer | C,<br>U,<br>D. | $84,313.90 |
| Cats Pause<br>2623 Regency Road<br>Lexington, KY 40503 | Ph: (859) 278-3474<br>Fax: (859) 278-3477 | Magazine<br>Distributor | C,<br>U,<br>D. | $84,171.15 |

DB02:9110887.1

## DECLARATION REGARDING THE LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, John Campbell, am an authorized officer of the Debtor in this chapter 11 case, and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that I have read and reviewed the foregoing List of Creditors Holding the Twenty Largest Unsecured Claims Against the Debtor and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: January 12, 2010

Anderson News, LLC

/s/ John Campbell
By: John Campbell
Title: Senior Vice President

DB02:9110887.1
CH1 4642981v.12

068206.1001