# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

In re:

ANDERSON NEWS, LLC,

     Debtor.

-------------------------------------------------------X

Chapter No. 11

Case No. 09-10695 (CSS)

Hearing Date: April 13, 2010 at 10:00 a.m.
Objection Deadline: April 6, 2010 at 4:00 p.m.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 26, 2010, Bauer Publishing Group and Kable Distribution Services, Inc. filed the **MOTION FOR THE APPOINTMENT OF A TRUSTEE OR FOR RELATED ALTERNATIVE RELIEF** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned proposed counsel for the Debtors at or before **4:00 p.m. (Eastern Time) on April 6, 2010.**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **April 13, 2010 at 10:00 a.m. (Eastern Time).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 26, 2010
      Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Bauer Magazine L.P.,
Bauer Publishing Company, L.P.,
Heinrich Bauer North America, Inc.,
Heinrich Bauer Publishing, L.P and Kable
Distribution Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

In re:                                              :        Chapter No. 11

ANDERSON NEWS, LLC,                                 :        Case No. 09-10695 (CSS)

      Debtor.                                     :

                                                    :

-------------------------------------------------------X

**Hearing Date:  April 13, 2010 at 10:00 a.m.**
**Objection Deadline:  April 6, 2010 at 4:00 p.m.**

## MOTION FOR THE APPOINTMENT OF A TRUSTEE
## OR FOR RELATED ALTERNATIVE RELIEF

Creditors Bauer Publishing Group ("Bauer") and Kable Distribution Services, Inc. ("Kable"), hereby submit this motion (the "Motion "), requesting that this Court appoint a trustee or for alternative related relief.  In support of the Motion, Bauer and Kable rely upon the reasons set forth in the attached Memorandum of Law, which is hereby incorporated in its entirety as if fully set forth herein.

Dated: March 26, 2010
       Wilmington, Delaware

                                    **DRINKER BIDDLE & REATH LLP**

                              By:   /s/  Howard A. Cohen
                                    Howard A. Cohen (No. 4082)
                                    1100 N. Market Street, Suite 1000
                                    Wilmington, DE  19801-1254
                                    Telephone: (302) 467-4200
                                    Facsimile:  (302) 467-4201

                                    P. Gregory Schwed
                                    Daniel B. Besikof
                                    LOEB & LOEB LLP
                                    345 Park Avenue
                                    New York, NY  10154-1895
                                    Telephone: (212) 407-4815
                                    Facsimile:  (212) 937-4689

                                    Attorneys for Bauer Magazine L.P.,
                                    Bauer Publishing Company, L.P.,
                                    Heinrich Bauer North America, Inc.
                                    and Heinrich Bauer Publishing, L.P.

**DRINKER BIDDLE & REATH LLP**

By: /s/ Howard A. Cohen
      Howard A. Cohen (No. 4082)
      1100 N. Market Street (Suite 1000)
      Wilmington, DE  19801-1254
      Telephone: (302) 467-4200
      Facsimile:  (302) 467-4201

      Stephanie Wickouski
      140 Broadway, 39th Floor
      New York, NY  10005
      Telephone: (212) 248-3170
      Facsimile:  (212) 248-3141

      Attorneys for Kable Distribution Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

In re:                      :    Chapter No. 11

ANDERSON NEWS, LLC,    :    Case No. 09-10695 (CSS)

     Debtor.            :

-----------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR THE
## APPOINTMENT OF A TRUSTEE OR FOR RELATED ALTERNATIVE RELIEF

# Table of Contents

Page

BACKGROUND ...................................................................................................... 1

LEGAL ARGUMENT ............................................................................................... 9

I.    A Chapter 11 trustee should be appointed to investigate and pursue the
      significant, unasserted claims of the estate, including actions against insiders .............. 9

      A.    Appointment of a trustee is warranted based on the unusual factors in
            this case: absence of a creditors' committee that would normally
            investigate insider transfers; no ongoing business operations that could
            be disrupted by the presence of the trustee; and massive, insider
            transfers. .................................................................................................... 9

      B.    Appointment of a Chapter 11 trustee is fully justified under both
            Bankruptcy Code Sections 1104(a)(1) and 1104(a)(2). ..................................... 12

      C.    The estate's rights with respect to the pending antitrust litigation would
            be unaffected by the appointment of a trustee. ................................................ 17

      D.    Unless a trustee or other statutory fiduciary is promptly appointed, the
            estate may forever lose valuable rights against insiders. .................................. 18

II.   Alternatively, an examiner with expanded powers could also pursue causes of
      action .................................................................................................................... 18

III.  In the alternative, an Official Creditors' Committee should be appointed. ................... 20

IV.   CONCLUSION ....................................................................................................... 21

Creditors Bauer Publishing Group ("Bauer") and Kable Distribution Services, Inc. ("Kable") seek appointment of a Chapter 11 trustee.[1] The Debtor, Anderson News, LLC ("Anderson"), has admitted pre-petition transfers of over $702 million to numerous family-owned affiliates. Investigating insider transfers of this magnitude would, of course, normally be the job of a creditors' committee in a typical chapter 11 case. This, however, is no typical Chapter 11 case because there is no creditors' committee. Although all five major unsecured magazine creditors volunteered to serve, the United States Trustee's Office declined to appoint a committee. In the absence of a committee, an independent fiduciary – either a trustee or an examiner with expanded powers – is necessary to make sure these massive insider transfers are investigated and any causes of action are identified and pursued on behalf of the estate.

Anderson has obvious, irreconcilable conflicts of interest in investigating or pursuing claims against its insiders and affiliates. Since Anderson is not an operating business and its major assets are insider avoidance claims that it is unlikely or unwilling to pursue, the appointment of a trustee is in the best interests of the estate and the creditors.

## BACKGROUND

### Anderson's business

Until it precipitously shut its doors in February 2009, Anderson was a major national wholesaler of newsstand magazines and books. Bauer and Kable are, respectively, a major magazine publisher and national magazine distributor. Bauer and Kable distributed magazines through Anderson, as well as other wholesalers.

---

[1] This Memorandum of Law is accompanied by a Declaration of Kable's and Bauer's Delaware counsel, Howard A. Cohen ("Decl."), to which references are made passim. References are also made directly to items on the Court's Docket ("Dckt"). Bauer Publishing Group contains four affiliated units that are Anderson creditors: Bauer Magazine L.P., Bauer Publishing Company, L.P., Heinrich Bauer North America, Inc. and Heinrich Bauer Publishing, L.P.

## Anderson's imposed price increase

In January 2009, Anderson announced to the industry that it was imposing a significant surcharge relating to its wholesale purchases from magazine publishers and distributors. Anderson threatened that if its price demand was not met, it would promptly go out of business. Anderson's proposed surcharge would have cost magazine publishers and distributors millions of dollars a year for business transacted with Anderson.

## Anderson's abrupt shuttering of its doors

After apparently not receiving immediate favorable responses to this demand, Anderson followed through on its threat and on February 7, 2009 went entirely out of business. [Dckt. No. 228 at ¶ 14] In doing so, Anderson left magazine publishers and distributors with unpaid accounts receivable of over $100 million, representing magazines that Anderson had ordered and received, but never paid for. Bauer is a $16.7 million creditor of Anderson; Kable is owed in excess of $8 million. [Dckt. Nos. 131, 160]

## The involuntary petition brought by the book publishers

Since Anderson's abrupt shutdown also left major book publishers with tens of millions of dollars of unpaid debt, certain of those publishers commenced on March 2, 2009 an involuntary case in this Court against Anderson.

## Anderson settles with the book publishers and moves to dismiss

Promptly after the filing, Anderson and the book publishers entered into settlement negotiations. At a status hearing in April 2009, the petitioning creditors informed the Court that an agreement had been reached, although the terms of the settlement were not disclosed to the Court or to other creditors for several months. The settlement provided for the book publishers to sell their claims to an Anderson affiliate (Northshore Capital LLC) and ultimately receive

approximately 26-30 cents on their claims. See Decl. Ex. A (Excerpt of Court Ruling, Transcript of 12/30/09 Hearing at 120). [Dckt. No. 184]

On July 30, 2009, Anderson filed a motion to dismiss the involuntary bankruptcy petition. [Dckt. No. 73] Anderson never made any offer to purchase the Bauer or Kable claims, or, it is believed, any offer to purchase the claims of any of the other Magazine Creditors (as defined below).

### Anderson's post-petition antitrust suit

Meanwhile, on March 10 – eight days after the involuntary case was filed – Anderson brought an antitrust suit in the United States District Court for the Southern District of New York against five major magazine publishers and distributors: Bauer, Kable, Time Warner Retail Sales & Marketing, Inc., Curtis Circulation Company, LLC, and American Media, Inc. (collectively, the "Magazine Creditors"). The suit claimed that the Magazine Creditors, through an antitrust conspiracy, were responsible for Anderson's demise. The Magazine Creditors have brought a motion to dismiss, which is currently fully briefed and pending before United States District Judge Crotty.

### The Magazine Creditors oppose dismissal and seek basic debtor information

Anderson's motion to dismiss the bankruptcy petition was contrary to the best interests of many of the creditors, including the Magazine Creditors. The settlement with the petitioning creditors, which formed the basis of the motion to dismiss, afforded no recovery to the Magazine Creditors or to many of the creditors that are retail sellers of magazines. Further, a dismissal would have eliminated any prospect that avoidance actions against Anderson insiders would ever be pursued. Accordingly, the Magazine Creditors opposed Anderson's motion. Discovery against Anderson was conducted seeking information comparable to what a debtor would have

been required to provide in Schedules and a Statement of Financial Affairs ("SOFA") in a voluntary case.

## Anderson's schedules disclose $702 million of insider transfers

In response to this discovery request, Anderson filed on October 7, 2009 a sworn SOFA and Schedules.[2] [Dckt. No. 109] These filings disclosed the following unsettling facts:

- Anderson made over $702 million of transfers within the two years of filing, to over a dozen insider non-filing affiliated companies. [Decl., Ex. B at 1 (SOFA)]

- Over $88 million of such transfers occurred within the 90 days before the filing. [Dckt. No. 169 at 6th page (unnumbered)]

- Over $3,825,000 of such insider transfers occurred after February 7, 2009, the date Anderson claimed it shuttered its business. [Decl., Ex. B at 2-30 passim]

- Many of such transfers to affiliates were apparently unsupported by actual written contracts, because Anderson listed on its amended schedules no executory contracts covering its relationships with nine transferee affiliates – even though those nine affiliates had received hundreds of millions of dollars in the two years before bankruptcy and were still receiving payments in February 2009. [Compare Decl., Ex. B at 1 and Decl., Ex. C at 2]

Anderson originally moved to dismiss the petition without having made any of these disclosures to the Court. As noted above, Anderson filed its original SOFA and Schedules only because it was forced to, in response to the creditor discovery request. Left to its own devices, Anderson presumably would never have informed the Court of the scope and magnitude of these transfers.

---

[2] On March 24, 2010, over five months after filing the original SOFA, Anderson filed amended schedules and SOFA. [Dckt. No. 271] The numbers used above are based on the amended filings or Anderson's admissions.

In choosing which entities to pay at the end, Anderson blatantly favored insiders. Anderson paid over $3,825,000 to nine insider affiliates after February 7, 2009 – the date Anderson, by its own admission, ceased doing business. By contrast, Anderson made no payments to the Magazine Creditors after its shut-down on February 7, 2009, and made very few substantial post-February 7 payments to any other third-party creditors. [Decl. Ex. B at 2-30 passim]. Specifically, Anderson paid only approximately $569,000 to non-affiliated creditors after it closed its doors on February 7, 2009 – not including $167,661 paid to the IRS (for which Anderson insiders might have been personally liable) and over $63,000 paid to various employees. Of that $569,000, $471,853 went to one creditor (Safeway, Inc.). Id. at 22. Curiously, Anderson saw fit to pay $36,487 to "Phoenician Resort" – a luxury resort in Scottsdale, Arizona. Id. at 21.

In short, Anderson paid non-insiders only $569,000 after it ceased operations. By contrast, after it shut down, Anderson paid its own insider companies $3,825,000 – nearly seven times as much as was paid arms'-length creditors.

Moreover, if Anderson's insider transactions truly reflected bona fide, arm's-length relationships, they would normally have been governed by well-articulated written agreements. However, as noted above, even Anderson's recently amended Schedule of Executory Contracts shows no contracts whatsoever covering nine affiliates that had received hundreds of millions of dollars in the two years prior to bankruptcy. All of those affiliates had received payments up until February 2009, the very month Anderson closed its doors.

## This Court denies Anderson's motion to dismiss

On December 29-30, 2009, this Court conducted a two-day trial on Anderson's motion to dismiss the case. At the conclusion of the trial, the Court denied Anderson's motion to dismiss, noting:

> "And I'm particularly or primarily concerned with the disparate treatment of similarly situated creditors under the current system that is being pursued by the debtor, which will provide no payment in the event that certain of its creditors have claims. And the race to the assets, which primarily benefited the book publishers first, who got 26 to 30 cents." [Decl., Ex. A at 4]

At the end of the trial, the Magazine Creditors orally opposed Anderson's conversion under Bankruptcy Code § 706(a) to Chapter 11. The Court permitted Anderson to convert, citing a debtor's statutory option to do so. The Court further noted that: "Obviously you [the Magazine Creditors] can move for appointment of a trustee." [Id. at 6]

## The United States Trustee's Office declines to appoint a creditors' committee

Shortly thereafter, the United States Trustee's Office sent out its standard questionnaire, asking the major unsecured creditors if they were willing to serve on an official unsecured creditors' committee. The Magazine Creditors were obvious potential committee members because they are, as a group, by far the largest unsecured creditors in the case. See Bankruptcy Code § 1102(b)(1) (the official committee "shall ordinarily consist of the persons, willing to serve, that hold the seven largest claims against the debtor of the kinds represented on such committee...").

The combined claims of the five Magazine Creditors (after allowance of all return credits of Anderson) exceed $100 million. Bauer ($16.7 million) is the second largest non-insider creditor and Kable (over $8 million) is the fourth. Overall, the Magazine Creditors hold by far the five largest non-insider unsecured claims in the case.

Each of the five Magazine Creditors indicated on the questionnaires that they were willing to serve and sent representatives to the formation meeting at the United States Trustee's Wilmington office on January 14.

During the formation meeting, the United States Trustee's Office said that Anderson had taken the position that the five Magazine Creditors were precluded from service on the committee, because they were defendants in Anderson's antitrust lawsuit. In response, the representatives of the Magazine Creditors all stated their willingness to recuse themselves from any committee decisions that might involve Anderson's antitrust action. Moreover, two smaller retail creditors had also apparently expressed interest in serving on the committee. Accordingly, to the extent any committee input was necessary on the antitrust action, such retail creditors would be disinterested and available to function on the issue.

It was also pointed out that, in many Chapter 11 cases, both trade and institutional committee members often have conflicts, which are resolved by recusal on specific issues. Kable and Bauer's counsel additionally noted the unfairness of permitting a debtor to manipulate exclusion from committee membership of its largest creditors, simply by making allegations against them in a lawsuit.[3] However, at the end of the day, the United States Trustee's Office announced that it had declined to form a creditors' committee. Accordingly, as of this date, no independent fiduciary is charged with investigating Anderson's pre-petition activities.

---

[3] Anderson filed the antitrust suit after the filing of the involuntary petition, on the day before a motion by the petitioning creditors for the appointment of an interim trustee. The timing of the filing of the antitrust suit appears to coincide with the initiation of settlement discussions with the petitioning creditors – discussions that led to Anderson's proposed payoff of the petitioners for more than what was offered to non-petitioning creditors. This disparity was cited by the Court in denying the motion to dismiss and granting the involuntary petition. [Decl., Ex. A at 5]

<u>Recovery of even a small percentage of the insider transfers would benefit creditors</u>

Anderson has admitted that it made hundreds of millions of dollars of insider transfers prior to the bankruptcy. Scrutiny of these transfers must be conducted by an independent party,[4] not by Anderson or its affiliates – the very persons who would be harmed by a determination that the transfers were vulnerable or voidable. Conflicts of interest do not get any more blatant than that. <u>See</u> Point I(A) and (B), below.

The magnitude of the Anderson insider transfers is so large that even if only a small percentage is recoverable as preferences or fraudulent conveyances, the effect would be to dramatically increase the return to unsecured non-insider creditors. According to Anderson's own schedules, it owes approximately $83.8 million of pre-petition unsecured debt to non-insider creditors. [Decl., Ex. C at 3-4] If only 15% of the $702 million in pre-petition insider transfers was recoverable, it would produce over a 100% return for <u>bona fide</u> third party unsecured creditors.

Normally, massive insider transfers would be among the very first items on the creditors' committee agenda. But in the absence of an official committee, the only other statutory alternatives for independent scrutiny are: (1) a Chapter 11 trustee, (2) an examiner with expanded powers, or (3) a conversion to a Chapter 7. Of the three alternatives, a Chapter 11 trustee is the most appropriate option. <u>See</u> Points I and II, below. Finally, if no trustee or examiner is appointed, an official committee should be formed. <u>See</u> Point III, below.

---

[4] Anderson paid $150,000 for a report from a consultant, which Anderson attempted to offer at the hearing on the motion to dismiss in support of its argument that the insider transactions were legitimate. The Court properly did not consider the report. The report is objectionable on numerous grounds. Notably, the author of the report (1) conducted no independent investigation and based his conclusions entirely on information from Anderson and (2) rendered a legal opinion, even though he is not a lawyer. If Anderson tries to resurrect the report, it should be given no weight by the Court, which is obviously the only arbiter of the legitimacy or avoidability of the transfers.

# LEGAL ARGUMENT

I.  **A CHAPTER 11 TRUSTEE SHOULD BE APPOINTED TO INVESTIGATE AND PURSUE THE SIGNIFICANT, UNASSERTED CLAIMS OF THE ESTATE, INCLUDING ACTIONS AGAINST INSIDERS.**

   A.  **Appointment of a trustee is warranted based on the unusual factors in this case: absence of a creditors' committee that would normally investigate insider transfers; no ongoing business operations that could be disrupted by the presence of the trustee; and massive, insider transfers.**

   Appointment of a Chapter 11 trustee is, to be sure, an unusual remedy in the early stages of a typical Chapter 11 case. But this is not a typical Chapter 11. Three major factors make this case unusual: (1) the absence of an official creditors' committee (despite the expressed willingness of all major creditors to serve); (2) no ongoing business operations that could be disrupted by a trustee; and (3) hundreds of millions of dollars of insider pre-petition transfers, at least some of which appear highly questionable on their face and all of which should be looked at by an independent fiduciary.

### 1. Absence of a Creditors' Committee

   The absence of an official creditors committee alters the entire balance of the case. Judicial reluctance to appoint a Chapter 11 trustee often arises from judges' understandable concerns about potential conflicts and duplication of effort as between the work of a committee and a Chapter 11 trustee. Here, no such problems are presented, because no official committee was ever appointed. See e.g. In re PRS Ins. Group, Inc., 274 B.R. 381, 388 (Bankr. D. Del. 2001) (granting a Chapter 11 trustee motion because, inter alia, "there is no creditors' committee appointed in this case.").

   The lack of an official creditors' committee here is particularly unusual because all the major unsecured creditors timely expressed willingness to serve and attended the formation meeting. The Bankruptcy Code clearly contemplates that the statutory creditors' committee will

act as the principal counterweight to the debtor-in-possession's otherwise largely unchecked power to manipulate the direction of the case. See Bankruptcy Code § 1102(a)(1)("as soon as practicable after the order for relief under chapter 11 of this title, the United States trustee shall appoint a committee of creditors holding unsecured claims. . .")

In the absence of an official creditors' committee, one of the only remaining available independent fiduciaries identified in the Code – trustee or examiner – should be appointed to ensure the oversight of debtors intended by Congress.

## 2. Anderson's being out of business for over a year

This case also differs from the typical Chapter 11 in that Anderson has been completely out of business for well over a year. While liquidating Chapter 11s are permissible, they do not present the same justification for self-administration as when the debtor is an operating business. Judicial restraint in appointing Chapter 11 trustees in fact arises most typically in operating cases. The concern is that a Chapter 11 trustee may impede the daily functioning and lines of authority of an ongoing business enterprise. See e.g. In re PRS Ins. Group, supra, 274 B.R. at 388 (appointing Chapter 11 trustee and observing: "[f]urther, the Debtor has no business operations; the appointment of a trustee, therefore, can have no disruptive effect.").

Moreover, in an ongoing, viable business, a Chapter 11 trustee may lack the necessary expertise in the operational nuances of the specific industry. Here, however, Anderson completely shuttered its business in February 2009. Anderson itself admits that its entire Chapter 11 at this stage is a pure liquidation, consisting solely of prosecuting causes of action. In those litigation functions, a competent Chapter 11 trustee is every bit as capable as Anderson itself of collecting receivables and pursuing lawsuits on behalf of the estate.

### 3. **Massive insider transfers**

Finally, the sheer size of pre-petition insider transfers – over $702 million – simply must be examined by an independent fiduciary. Many of the transfers may well be voidable under preference, fraudulent transfer, equitable subordination, breach of fiduciary duty or other theories. Most starkly questionable are Anderson's post-shut-down insider transfers of over $3,825,000, which, in and of themselves, demand the scrutiny of an unbiased professional. Even if these insider payments were of an account of <u>bona fide</u> debts, the insiders would not have "ordinary course" preference defenses under Bankruptcy Code § 547(c)(2), because Anderson had ceased operating and was paying virtually no other creditors.

In addition, Section 5(b) of the Uniform Fraudulent Transfer Act ("UFTA") (in effect in 44 states, including Delaware) provides that transfers are fraudulent "if the transfer was made to an insider for an antecedent debt, the debtor was insolvent at that time, and the insider had reasonable cause to believe the debtor was insolvent." Anderson's transferee insiders would be hard-pressed to mount even colorable UFTA defenses because the transfers were made after Anderson had closed its doors.

This pattern of paying off insiders, while ignoring the claims of <u>bona fide</u> third-party creditors for hundreds of millions, raises serious issues about whether the Anderson managers and their controlling affiliates were faithfully discharging their fiduciary duties. <u>See</u>, <u>e.g.</u>, <u>In re Winstar Commc'n, Inc.</u>, 554 F.3d 382, 397 (3d Cir. 2009) (expanding insider definition to include creditor that was able to "coerce [the Debtor] into transactions not in [the Debtor's] interest…). <u>See also</u> House Report No. 95-595, 95[th] [Cong.], 1[st] Sess. 311-14 (1977); Senate Rep. No. 95-989, 95th [Cong.], 2d Sess. 24-26 (1978) ("An insider is one who has a sufficiently close relationship with the debtor that <u>his conduct is made subject to closer scrutiny than those dealing at arms length with the debtor</u>.") [emphasis added]; <u>Pepper v. Litton</u>, 308 U.S. 295, 306-

7 (1939) (bankrupt company director's "fiduciary obligation is designed for the protection of the entire community of interests in the corporation – <u>creditors as well as stockholders."</u>) [emphasis added].

### B. Appointment of a Chapter 11 trustee is fully justified under both Bankruptcy Code Sections 1104(a)(1) and 1104(a)(2).

Bankruptcy Code § 1104 provides two pertinent grounds for a trustee appointment:

> "(a) At any time after the commencement of the case . . . on request of a party in interest . . . and after notice and hearing, the court shall order the appointment of a trustee –"

> "(1) for <u>cause</u>, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of the case, or similar cause . . ."

> "(2) <u>if such appointment is in the interests of creditors, any equity security holders, and other interests of the estate . . .</u>" [emphasis added]

Under the case law discussed below, appointment of a trustee would be entirely warranted under either subsection 1 ("for cause") or subsection 2 ("interests of creditors").

### 1. Both <u>Sharon Steel</u> and <u>Marvel</u> provide strong support for appointment of a Chapter 11 trustee.

The two leading Third Circuit cases on the appointment of a Chapter 11 trustee, <u>In re Sharon Steel Corp.</u>, 871 F.2d 1217 (3d Cir. 1989) and <u>In re Marvel Entertainment Group, Inc.</u> 140 F.3d 463 (3d Cir. 1998), both upheld the appointment of Chapter 11 trustees, even though each case involved: (1) an active, functioning creditors' committee and (2) a fully operational business. In this case, there is no committee and no ongoing business – two key factors that diminish the strength of the normal presumption against a Chapter 11 trustee.

In <u>Sharon Steel</u>, the Third Circuit also based its ruling on the issue of uninvestigated pre-petition transfers to insiders. In upholding the Bankruptcy Court decision to appoint a Chapter 11 trustee, the Third Circuit noted that "<u>the bankruptcy court questioned the current</u>

management's ability to fulfill its fiduciary duty to pursue these claims since Sharon shares common management with the recipients of the transfers, who also owe conflicting fiduciary duties to the recipients." Sharon Steel at 1221 [emphasis added].

That problem is critically present in this case. All the recipients of the insider payments are under common control of the Anderson family. This debtor has shown no serious inclination to investigate these transfers. Neither creditors nor the Court can have any confidence whatsoever that Anderson can possibly fulfill its fiduciary duties to this estate, given Anderson's financial and personal ties to the insider transferees.

The Third Circuit also cited with approval numerous cases holding "that prepetition dealings with subsidiaries alone may suffice to require appointment of a trustee." Sharon Steel at footnote 14 (and cases cited therein, including In re L. S. Good & Co., 8 B.R. 312, 315 (Bankr. N. D. W. Va. 1980)), which the Third Circuit summarized as holding "although no clear proof of fraud, dishonesty, or gross mismanagement had been presented, intercompany transactions exceeding $1 million justified appointment of trustee under § 1104(a)(2) because the size and number of transactions 'places current management . . . in a position of having grave potential conflicts of interest and the presumption arises that the current management . . . will be unable to make the impartial investigations and decisions demanded.'"). Sharon Steel at 1228.

The other leading Third Circuit decision, In re Marvel Entertainment Group, Inc., 140 F.3d 463 (3d Cir. 1998), also compellingly supports the case for appointment of a Chapter 11 trustee. The Marvel Court first noted that "the strong presumption [against appointment of a Chapter 11 trustee] also finds its basis in the debtor-in-possession's usual familiarity with the business it had already been managing at the time of the bankruptcy filing, often making it the best party to conduct operations during the reorganization." Id. The Third Circuit then went on

to point out that the new owner's stewardship of Marvel was only six months old and "it is therefore inappropriate to suggest that the usual presumption should be applied to a Johnny-come-lately debtor-in-possession, especially one that is also a substantial creditor." Id. at 471.

These factors resonate strongly in this case. While the Anderson family ran its company for many years, now there is now no business at all. The case is concededly in a pure liquidation mode, and all that remains is the prosecution of lawsuits. Thus, as in Marvel, the "usual presumption" against interfering with existing management's operational expertise has no applicability.

### 2. Anderson's irreconcilable conflicts require the appointment of a trustee

In Marvel, the Court noted that the presumption against appointment of a trustee was inapplicable to the new management "especially one that is also a substantial creditor." Id. Here, Anderson affiliates have purchased its pre-petition lender's secured claim and virtually all of the book publisher claims. An Anderson affiliate is now also the debtor-in-possession lender. Anderson cannot fill all these roles and still safeguard non-affiliated unsecured creditor interests.

Marvel made clear that conflicts alone can warrant the appointment of a Chapter 11 trustee. Citing the seminal Cajun Elec. Power Coop, Inc., 74 F.3d 599 (5th Cir. 1996) (adopting on rehearing the opinion of dissent in In re Cajun Elec. Power Coop., 69 F.3d 746, 751 (5th Cir. 1995), the Marvel court quoted with approval the Fifth Circuit's statement that the conflicts of interest in Cajun "went beyond the inherent conflicts under which all healthy cooperatives operate" and found basis for appointment of a Chapter 11 trustee for "cause" under Bankruptcy Code § 1104(a)(1). The Third Circuit also cited In re Colorado-Ute Elec. Ass'n, 120 B.R. 164 (Bankr. D. Colo. 1990), characterizing its holding as "finding cause to appoint trustee under section 1104(a)(1) when the court could not envision a way for the current management and

board to resolve the inherent conflict between what is best for Colorado-Ute, its creditors and the co-op members." In short, when the structural conflicts of interest are sufficiently profound, those conflicts can alone constitute "cause" for a Chapter 11 trustee under § 1104(a)(1), even absent a showing of express wrongdoing – or, as framed by the Sharon Steel Court, even when "no clear proof of fraud, dishonesty, or gross mismanagement had been presented." Sharon Steel at 1227.

Other courts routinely hold that where a debtor-in-possession's managers "suffer from material conflicts of interest, an independent trustee should be appointed under § 1104(a)(2)." In re Euro-American Lodging Corp., 365 B.R. 421 (Bankr. S.D.N.Y. 2007). The Euro-American Court collected the existing case law and supported its holding with the following citations from courts in numerous districts:

> "In re Microwave Prods. Of Am., Inc., 102 B.R. 666, 676 (Bankr. W.D. Tenn. 1989)(chapter 11 trustee appointed where debtor was not in a 'strong position' to pursue possible claims due to a conflict of interest and fraudulent transfers, and 'a trustee would likely be able to investigate claims that could result in additional sums of money coming into the estate'); In re McCorhill Publ'g Inc., 73 B.R. 1013, 1017 (Bankr. S.D.N.Y. 1987) (conflicting interest in various related entities held by the debtor's directors warranted the appointment of a trustee); In re Humphreys Pest Control Franchises, Inc., 40 B.R. 174, 176-177 (Bankr. Pa. 1984) (an independent trustee was needed to protect the interests of creditors when 'an obvious conflict of interest exists in the management of the two [] corporations because the officers and principals of the parent corporation are the same individuals as the officers and the principals of the debtor.'); In re Great Northeastern Lumber & Millwork Corp., 20 B.R. at 611-12 (the 'appointment of a trustee to investigate the circumstances of the debtor and its relationship to other entities' was in the interest of all of the debtor's creditors pursuant to § 1104(a)(2)); In re Philadelphia Athletic Club, Inc., 15 B.R. 60, 62-63 (Bankr. Pa, 1981)(appointing a trustee in the best interests of the creditors when the principals of the debtor occupied conflicting positions in transferee companies); Smith v. Concord Coal Corp. (In re Concord Coal Corp.), 11 B.R. 552, 554 (Bankr. W. Va. 1981) (appointment of a trustee was justified where loyalty of debtor's current management was called into question due to competing business interests and potential for intercompany dealings); In re L.S. Good & Co., 8 B.R. 312, 315 (Bankr. W. Va. 1980) (appointing trustee under § 1104(a)(2) where '[t]he magnitude of the number of intercompany transactions places current

management [of the debtor] in a position of having grave potential conflicts of interest and the presumption arises that the current management of [the debtor] will be unable to make the impartial investigations and decisions demanded in evaluating and pursuing inter-company claims on behalf of [the debtor].')"

**3.    The appointment of a trustee is in the best interests of the creditors and the estate.**

Both <u>Marvel</u> and <u>Sharon Steel</u> also found ample grounds to appoint a Chapter 11 trustee under § 1104(a)(2).  As noted in <u>Sharon</u>, "subsection (a)(2) allows appointment of a trustee even when no 'cause' exists... [citations omitted]  Subsection (a)(2) emphasizes the court's discretion, allowing it to appoint a trustee when to do so would serve the parties' and the estate's interests." <u>Sharon</u> at 1226.  <u>See also</u> <u>Marvel</u> at 474:  "Unlike section 1104(a)(1), which provides for mandatory appointment upon a specific finding of cause, section 1104(a)(2) <u>'envisions a flexible standard.'  It gives the district court discretion to appoint a trustee 'when to do so would serve the parties and the estate's interests.'"</u> <u>Id</u>.  (quoting <u>Sharon Steel</u>) [emphasis added].

Precedent in this District also supports the appointment of a Chapter 11 trustee.  For example, in <u>In re PRS Ins. Group, Inc.</u>, 274 B.R. 381 (Bankr. D. Del. 2001), the Court appointed a Chapter 11 trustee even though the debtor argued that the insider-transfer claims could be pursued by the creditors.  The Court rejected that solution, saying: "Such a solution is not feasible in this case.  There is no creditors' committee appointed in this case; the twenty largest creditors' list includes numerous insiders. . .  Further, the Debtor has no business operations; the appointment of a trustee, therefore, can have no disruptive effect." <u>Id</u>. at 388.

The Court went on to quote a Georgia case that further emphasized the importance of the debtor's being a non-operating company: "However, since this is a liquidation case and litigation of the preference is essentially all that is left to do, there is no need to balance the propriety of the appointment of a trustee with the present management's ability to run the company. <u>There are no duties to perform aside from those which the present management is</u>

least likely to want to perform . . . Section 1104 authorizes appointment of a trustee of such appointment is in 'the interests of creditors.' I find that such appointment, in light of the existing conflict of interest of management is clearly in the best interest of creditors." In re PRS, supra, at 388 [quoting Fiesta Homes, 125 B.R 321, 326 (Bankr. S.D. Ga. 1990)][emphasis added].

In other words, both in this Circuit and throughout the country, courts that are faced with the factors present here – large insider transactions that will not likely be investigated by current management, coupled with a non-operating company in liquidation – tend to have little difficulty appointing a Chapter 11 trustee. Here, an additional compelling factor is the absence of a statutory creditors committee that would normally undertake the investigatory role.[5] Under the unusual circumstances of this case, a Chapter 11 trustee is the most efficacious and sensible of the possible fiduciary alternatives.

**C.  The estate's rights with respect to the pending antitrust litigation would be unaffected by the appointment of a trustee.**

Anderson claims that the key to this case is its antitrust case against the five Magazine Creditors. However, this point should have no bearing whatsoever on the appointment of a trustee. A trustee would have the same rights as the estate with respect the action. As a result, the existence of the antitrust action – the merits of which the Magazine Creditors vigorously dispute – in no way militates against the appointment of a trustee.

---

[5] In addition, as this Court noted in its December 30, 2009 decision denying Anderson's motion to dismiss the case, Anderson flouted a core bankruptcy principle – equality of treatment of unsecured creditors – by proposing drastically different deals to unsecured creditors, based purely on Anderson's tactical machinations. [Decl, Ex. A at 121]

**D. Unless a trustee or other statutory fiduciary is promptly appointed, the estate may forever lose valuable rights against insiders.**

On March 2, this Court approved Anderson's debtor-in-possession financing order (the "Financing Order"). [Dckt. No. 253] Paragraph 25 of the Financing Order contains a provision that could forever foreclose any investigation into wide-ranging aspects of the Anderson relationship with some of its affiliates, or claims against such entities, unless any such claim is brought within the defined "Challenge Period." Unless otherwise extended, portions of the Challenge Period could expire as early as May. Accordingly, in order to preserve the widest possible range of actions for an independent fiduciary, the fiduciary should be appointed promptly. Otherwise, the ability of that fiduciary to ever investigate the full scope of Anderson's connections with its insider/affiliates will be compromised and the opportunity to seek recovery under key causes of action may be permanently lost.

In addition, the Financing Order included a provision (footnote 1, page 29) stating: "Nothing herein shall prejudice a Court authorized professional from seeking payment of its professional fees from the Debtor's estate or out of the Carve-Out." Thus, the Financing Order itself contemplates the possibility of appointment of, and procedures covering, other "Court authorized professionals," such as a Chapter 11 trustee.

## II. ALTERNATIVELY, AN EXAMINER WITH EXPANDED POWERS COULD ALSO PURSUE CAUSES OF ACTION.

If the Court determines that a Chapter 11 trustee should not be appointed, the Court may wish to consider appointing an examiner with expanded powers. Such an examiner could also pursue avoidance claims.

The standard for appointment of an examiner under Code Section 1104(c)(1) is identical to the standard for appointment of a trustee under Code Section 1104(a)(2). In both cases, appointment is called for if "such appointment is in the interest of creditors, any equity security

holders, and other interest of the estate." However, a Chapter 11 trustee is preferable in this context because a Chapter 11 trustee would have the unquestioned power to initiate a lawsuit, if the Anderson inter-affiliate transfers were found to be vulnerable. In the typical case, an examiner produces only a report. If that report discloses reasons to pursue the inter-affiliate transfers, the examiner (without expanded powers) is unable to actually initiate the lawsuits. Time and efficiency would be lost in transitioning the matter over to a trustee who, at that stage, is entirely unfamiliar with the case.

An option would be to appoint an examiner with "expanded powers." To be meaningful in this context, the expanded powers would have to include the right to retain professionals and prosecute any insider claims that the examiner found after the investigation of Anderson. The statutory basis is Code § 1106(b), which provides that an examiner shall perform "duties" of the trustee specified in § 1106(a)(3) and (4), and, "except to the extent that the Court orders otherwise, any other duties of the trustee that the court orders the debtor-in-possession not to perform." Numerous courts have therefore concluded "that the 'power' to sue to recover preferences or fraudulent conveyances may properly be given to an examiner to enable him to fulfill the 'duties' to recover assets." Williamson v. Poppollo, 114 B.R. 127, 129 (W.D. La. 1990). See also In re Franklin Lee Homes, Inc., 102 B.R. 477, 481 (E.D. N.C. 1989) (granting examiner power to commence adversary proceedings on behalf of estate); In re Carnegie Int'l Corp., 51 B.R. 242, 256 (Bankr. S.D. Ind. 1984) (granting examiner power to commence adversary proceedings on behalf of estate); In re Patton's Busy Bee Disposal Serv., Inc., 182 B.R. 681, 686 (Bankr. W.D.N.Y. 1995) (examiner may commence adversary proceedings, with court approval); In re John Peterson Motors, Inc., 47 B.R. 551, 557 (Bankr. D. Minn. 1989)

(appointing examiner with full trustee powers); <u>Balser v. Department of Justice</u>, 327 F.3d 903, 905 (9th Cir. 2003) (expanding examiner powers to include solicitation of bids to sell assets).

However, the Third Circuit, in <u>In re Cybergenics</u>, 330 F. 3d 548, 578 (3rd Cir. 2003) questioned the statutory basis for an examiner with expanded powers, stating that: "it is less than obvious that § 1106(b) actually <u>does</u> permit examiners to initiate actions on the debtor's behalf... Critically, these sections permit only investigating and reporting on that investigation – they stop far short of authorizing examiner[s] to litigate based on their findings." [Emphasis in original] To be sure, the Third Circuit made clear that this statement was dicta ("...an examiner's proper role in Chapter 11 proceedings is hardly at issue in this case..."). <u>Id.</u> at 578. Nonetheless, in light of this statement, the more judicially conservative approach may be to appoint a Chapter 11 trustee. A Chapter 11 trustee's power to bring avoidance actions is unquestioned.[6]

## III. IN THE ALTERNATIVE, AN OFFICIAL CREDITORS' COMMITTEE SHOULD BE APPOINTED.

As noted above, the United States Trustee's office declined to appoint an official committee of unsecured creditors. Bauer and Kable respect the United States Trustee's prerogative to determine, in the first instance, the formation of committees. Deference to that Office's discretion is a major reason that this motion's principal requested relief is the appointment of a Chapter 11 trustee. If, however, the Court chooses not to appoint a trustee or examiner, but believes that the function of investigating and pursuing claims and assets of the estate is appropriately that of a statutory committee, the Court has the power to order the

---

[6] Under Bankruptcy Code § 1112(b)(1), the case could also be converted to a Chapter 7 – which would also result in the appointment of a fully empowered trustee. The Court has the power to convert the case <u>sua</u> <u>sponte</u>. <u>See e.g. In re Daily Corp.</u>, 72 B.R. 489 (Bankr. E.D. Pa. 1987) (although power should be used sparingly, court has <u>sua</u> <u>sponte</u> power to dismiss or convert to a Chapter 7). The examples of "cause" under § 1112(b)(1) are not exclusive. Since <u>Sharon Steel</u> held that the debtor's unexamined fraudulent conveyances justified appointment of a Chapter 11 trustee for "cause" under § 1104(a)(1), the same factors should constitute "cause" to convert to a Chapter 7 under § 1112(b)(1).

formation of a committee. <u>See</u> Bankruptcy Code § 1102(a)(1) ("as soon as practicable after the order for relief under Chapter 11 of this title, the United States trustee <u>shall</u> appoint a committee of creditors holding unsecured claims") [emphasis added]; Bankruptcy Rule 2020 (providing that "a proceeding to contest any act or failure to act by the United States trustee" may be brought by ordinary motion); <u>See also In re Oneida Ltd.</u>, 2006 Bankr. LEXIS 780 (Bankr. S.D.N.Y. May 4, 2006) (U.S. trustee decision to not appoint equity committee subject to <u>de novo</u> review by the Bankruptcy Court); <u>In re Cybergenics</u>, 330 F.3d 548 (3d Cir. 2003) (official committee can obtain derivative right to pursue avoidance claims).

## CONCLUSION

For the above reasons, Bauer and Kable respectfully request the appointment of a Chapter 11 trustee, or the alternative relief requested herein.

Dated: Wilmington, Delaware
March 26, 2010

DRINKER BIDDLE & REATH LLP

By:   /s/  Howard A. Cohen
     Howard A. Cohen (No. 4082)
     1100 N. Market Street (Suite 1000)
     Wilmington, DE 19801-1254
     Telephone: (302) 467-4200
     Fax: (302) 467-4201

     P. Gregory Schwed
     Daniel B. Besikof
     LOEB & LOEB LLP
     345 Park Avenue
     New York, NY 10154-1895
     Telephone: (212) 407-4815
     Fax: (212) 937-4689

     Attorneys for Bauer Magazine L.P.,
     Bauer Publishing Company, L.P.,
     Heinrich Bauer North America, Inc.
     and Heinrich Bauer Publishing, L.P.

DRINKER BIDDLE & REATH LLP

By:   /s/  Howard A. Cohen
     Howard A. Cohen (No. 4082)
     1100 N. Market Street (Suite 1000)
     Wilmington, DE 19801-1254
     Telephone: (302) 467-4200
     Fax: (302) 467-4201

     M. Stephanie Wickouski
     DRINKER BIDDLE & REATH LLP
     140 Broadway (39th Floor)
     New York, NY 10005
     Telephone: (212) 248-3170
     Fax: (212) 248-3141

     Attorneys for Kable Distribution Services, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

In re:                                          :     Chapter No. 11

ANDERSON NEWS, LLC,                             :     Case No. 09-10695 (CSS)

         Debtor.                               :

                                :

---------------------------------------------------------X

## DECLARATION OF HOWARD A. COHEN IN SUPPORT OF KABLE AND BAUER MOTION FOR THE APPOINTMENT OF A TRUSTEE OR RELATED ALTERNATIVE RELIEF

I, Howard A. Cohen, declare and state:

1.    I am a partner at the firm of Drinker Biddle & Reath, LLP, Delaware counsel for Kable Distribution Services, Inc. ("Kable") and Bauer Magazine L.P., Bauer Publishing Company, L.P., Heinrich Bauer North America, Inc., and Heinrich Bauer Publishing, L.P (collectively, "Bauer").

2.    This Declaration accompanies and supports Kable's and Bauer's Motion for the Appointment of a Trustee or Related Alternative Relief and the related Memorandum of Law.

3.    Annexed hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the hearing before this Court on December 30, 2009. [Docket No. 184]

4.    Annexed hereto as Exhibit B is a true and correct copy of excerpts from Anderson's Amended Statement of Financial Affairs, filed March 24, 2010. [Docket No. 271]

5.     Annexed hereto as Exhibit C is a true and correct copy of excerpts from

Anderson's Amended Schedules, filed March 24, 2010. [Docket No. 271]

I declare under penalty of perjury that the above is true and correct.

Dated: Wilmington, Delaware
       March 26, 2010

_____
                Howard A. Cohen

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN RE:**

**ANDERSON NEWS, LLC,**

               **Alleged Debtor.**

)  Case No. 09-10695(CSS)
)  Chapter 7
)
)
)
)  Courtroom 1
)  824 Market Street
)  Wilmington, Delaware 19801
)
)  December 30, 2009
)  9:26 A.M.

TRANSCRIPT OF CONTINUED HEARING (1) INVOLUNTARY PETITION FILED
BY HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS, LLC,
SIMON & SCHUSTER INC., AND RANDOM HOUSE, INC. (D.I. 1, 3/2/09).
(2) MOTION OF ANDERSON NEWS, LLC, HOLSTON ASSET MANAGEMENT, LLC
AND NORTHSHORE CAPITAL LLC TO DISMISS (D.I. 73, 7/30/09).
BEFORE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**APPEARANCES:**

For Alleged Debtor:        Young Conaway Stargatt & Taylor, LLP
                         By:  JOHN McLAUGHLIN, ESQ.
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19899-0391

For CVS Pharmacy, Inc.:  Saul Ewing, LLP
                         By: MICHAEL J. FARNAN, ESQ.
                         222 Delaware Avenue, Suite 1200
                         P.O. Box 1266
                         Wilmington, Delaware 19899

**ECRO:**                      LESLIE MURIN

**TRANSCRIPTION SERVICE:**  **TRANSCRIPTS PLUS, INC.**
                         **435 Riverview Circle**
                         **New Hope, Pennsylvania 18938**
                         **Telephone: 215-862-1115**
                         **Facsimile: 215-862-6639**
                         **e-mail CourtTranscripts@aol.com**

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

**APPEARANCES:**
(Continued)

| | |
|---|---|
| For American Media: | Richards, Layton & Finger, PA<br>By: DANA REYNOLDS, ESQ.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899 |
| For Curtis Circulation<br>Company, LLC: | Messana Rosner & Stern LLP<br>By: SCOTT LEONHARDT, ESQ.<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801 |
| | Dechert LLP<br>By: STEVEN SMITH, ESQ.<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| For American Media<br>Inc.: | Pillsbury Winthrop, LLP<br>By: RICK ANTONOFF, ESQ.<br>DAVID KEYKO, ESQ.<br>1540 Broadway<br>New York, NY 10036-4039 |
| For Time Warner Retail<br>Sales and Marketing: | Bayard, P.A.<br>By: JAMIE EDMONSON, ESQ.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899-5130 |
| | Cravath, Swaine & Moore LLP<br>By: RICHARD LEVIN, ESQ.<br>ROWAN WILSON, ESQ.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| For Bauer Entities<br>& Kable: | Drinker Biddle & Reath<br>By: HOWARD COHEN, ESQ.<br>STEPHANIE WICKOUSKI, ESQ.<br>1100 N. Market Street<br>Suite 1000<br>Wilmington, Delaware 19801-1243 |

**APPEARANCES:**
(Continued)

| | |
|---|---|
| For Holston Asset<br>Management, et al.: | Klehr Harrison Harvey<br>Branzburg & Ellers<br>By:  DOMENIC E. PACITTI, ESQ.<br>      MORT BRANZBURG, ESQ.<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801 |
| | Alston + Bird<br>By:  GRANT STEIN, ESQ.<br>      WILLIAM SUGDEN, ESQ.<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424 |
| For Bauer Publishing<br>Group: | Loeb & Loeb, LLP<br>By:  GREGORY SCHWED, ESQ.<br>345 Park Avenue<br>New York, New York 10154 |

**TELEPHONIC APPEARANCES:**

For Linda Gale Franklin: GEORGE KELLY

1  them all together into a collective proceeding.

2       In this instance, again, Factors 3 and 4, I believe,
3  on the AMC list implicate the requirement to avoid that in this
4  instance.  And I'm particularly or primarily concerned with the
5  disparate treatment of similarly situated creditors under the
6  current system that is being pursued by the debtor, which will
7  provide no payment in the event that certain of its creditors
8  have claims.  And the race to the assets, which primarily
9  benefitted the book publishers first, who got 26 to 30 cents.
10 And then it -- not -- yes, they were publishers, excuse me.
11 And second, the magazine customers, retailers, et cetera, who
12 got 20 cents.  And now the last person in à row or entities in
13 a row who will get zero cents.

14       First, just to get to the issue of creditors, the
15 publishers are today, as we sit here, creditors.  If you look
16 at the definition of creditor under 101-10(b), it's an entity
17 that holds a claim.

18       And if you look at the definition of claim under 101-
19 5, it says right to payment, whether or not such right is
20 reduced to judgment, liquidated, unliquidated, fixed,
21 contingent, matured, unmatured, disputed, undisputed, legal,
22 equitable, secured, or unsecured.

23       And then 105(b) references a right to an equitable
24 remedy.  And I have in evidence a TRO providing an equitable
25 remedy to two of the creditors, AMI and Hachette.

4

1    So, I think you have to treat them as creditors.  And
2  where does that get us in the disparate treatment?  Because
3  it's clear that the payment has been in the form of claim
4  purchase by Northshore, which is not the debtor, although it is
5  an affiliate/insider of the debtor.

6    I think that approach, frankly, is too clever by
7  half.  Without getting into the issues of substantive
8  consolidation, whether it's appropriate or not appropriate
9  here, I find that the funding of the claim purchases by an
10  insider for the benefit of the ultimate parent/insider in this
11  instance is no different for our purposes today than the
12  settlement of claims by the debtor that would be for the
13  benefit of the ultimate parent.  They're both being funded by
14  the ultimate parent.  And they're both going to enure to the
15  benefit of the ultimate parent.

16    And I believe and I find that the mechanism that was
17  employed, although not improper under the law, was for a
18  purpose that, in effect, makes no difference in connection
19  with how the cases are being funded and the claims are being
20  paid.

21    As a result of all this, some of the creditors are at
22  a disadvantage by a race to these assets and the disparate
23  treatment that will result if their claims are allowed.  Thus,
24  the debtors and the creditors, not some, but the creditors are
25  not better served outside bankruptcy.

1 happen.

2      Obviously you can move for appointment of a trustee.
3 I'm not going to consider that orally today.  It may be we can
4 incorporate the hearing at the appropriate time.  But I just
5 don't see a reason today to make a finding that under 1112(4)
6 that would be so strong as to deny the debtor the right, having
7 proceeded in good faith in the motion to convert, to seek to
8 convert to 1112.

9      MR. LEVIN:  Your Honor, I understanding your ruling.
10 Just for clarification, I understand that's without prejudice
11 to, as you just said, motion for the appointment of a trustee
12 or a motion to convert at an appropriate time.

13      THE COURT:  Absolutely.

14      MR. LEVIN:  thank you.

15      THE COURT:  MR. MCLAUGHLIN?

16      MR. MCLAUGHLIN:  May I approach, Your Honor?

17                     (Pause)

18      THE COURT:  All right.  Again, I appreciate it.  I'll
19 -- I'm going to tweak it.

20      MR. MCLAUGHLIN:  I don't think there's any hidden
21 land mines in there, Your Honor.

22      THE COURT:  Anything further for today?

23      MR. LEVIN:  Nothing, Your Honor.

24      THE COURT:  All right.

25      MR. LEVIN:  Thank you.

# **EXHIBIT B**

Payments to Related Parties March 2007 - March 2009

| Vendor | Name | Address | City | State | Zipcode | Relationship | First Paid | Last Paid | Payroll | General Disbursement | Total | Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6533 | ANCO CHINA LIMITED | 103-109 LEIGHTON RD | HONG KONG | | 0 | 0 Affiliate | 12/28/2007 | 12/26/2007 | | 41,839.60 | 41,839.60 | 35,139.21 |
| 116920 | ANDERSON MANAGEMENT | 6016 BROOKVALE LANE | KNOXVILLE | TN | 37919 | Affiliate | 3/4/2007 | 2/25/2009 | | 5,483,965.71 | 5,483,965.71 | 7,201.60 |
| 112702 | ANDERSON MEDIA CORPORATION | 6016 BROOKVALE LANE | KNOXVILLE | TN | 37919 | Affiliate | 5/10/2007 | 2/11/2009 | | 301,137.56 | 301,137.56 | |
| 9.99E+08 | ANDERSON MERCHANDISERS | 421 E 34TH STREET | AMARILLO | TX | 79103 | Affiliate | 6/19/2008 | 6/19/2008 | | 34,351.33 | 34,351.33 | |
| 9.99E+08 | ANDERSON NEWS LLC | P.O. BOX 110427 | ATLANTA | GA | 30368-0427 | Affiliate | 4/20/2007 | 2/24/2008 | | 8,453.96 | 8,453.96 | 27,440.99 |
| 9.99E+08 | ANDERSON NEWS MEDICAL | BENEFIT TRUST | ATLANTA | GA | 30302 | Affiliate | 3/22/2007 | 2/22/2009 | | 3,538,167.55 | 3,538,167.55 | |
| 9.99E+08 | ANDERSON NEWS=DALLAS, A/R | 11325 GEMINI LANE | DALLAS | TX | 75229 | Affiliate | 3/4/2007 | 2/24/2009 | | 97,193,861.77 | 97,193,861.77 | |
| 114385 | ANDERSON SERVICES LLC | P.O. BOX 102062 | ATLANTA | GA | 30368-2062 | Affiliate | 3/4/2007 | 2/20/2009 | | 158,100,945.96 | 158,100,945.96 | |
| 9.99E+08 | ASSOCIATE ASSISTANCE FUND | 6016 BROOKVALE LANE | KNOXVILLE | TN | 37919 | Affiliate | 8/8/2007 | 2/17/2009 | | 17,267.00 | 17,267.00 | 83.00 |
| 9.96E+08 | BNO | 6016 BROOKVALE LANE | KNOXVILLE | TN | 37919 | Affiliate | 1/10/2008 | 1/10/2008 | | 6,742.95 | 6,742.95 | |
| 7.77E+08 | BOWMAN, PATRICK R. | 5425 RIVERBEND DRIVE | KNOXVILLE | TN | 37919 | Officer | 3/9/2007 | 2/27/2009 | | 1,155.00 | 1,155.00 | |
| 11387A | BROOKVALE HOLDINGS | 6016 BROOKVALE LANE STE.151 | KNOXVILLE | TN | 37919 | Affiliate | 3/5/2007 | 12/31/2008 | 367,199.58 | 226,000.00 | 226,000.00 | 168,354.58 |
| 9.96E+08 | CHARLES C. ANDERSON | 202 NORTH COURT STREET | FLORENCE | AL | 35630 | Owner | 1/15/2008 | 1/15/2008 | | 226,000.00 | 226,000.00 | |
| 7.77E+08 | CHARLES WELLBORN | 219 SKYVIEW DR | LENOIR CITY | TN | 37771 | Officer | 3/9/2007 | 2/27/2009 | | 90,000.00 | 90,000.00 | 7,192.30 |
| 8.99E+08 | CLARK DISTRIBUTION SYSTEMS, INC | PO BOX 638 | TRENTON | NJ | 6503 | Affiliate | 6/12/2007 | 2/27/2009 | 472,194.87 | 472,194.87 | 472,194.87 | |
| 116528 | DISPLAY SERVICES, INC | PO BOX 218 | WARTRACE | TN | 37183 | Affiliate | 3/6/2007 | 2/29/2008 | | 17,290.26 | 17,290.26 | |
| 112435 | FIRST ASSURANCE, INC. | 6016 BROOKVALE LANE STE. 151 | KNOXVILLE | TN | 37919 | Affiliate | 5/24/2007 | 9/26/2008 | | 4,477,280.59 | 4,477,280.59 | 61,516.51 |
| 117984 | FIRST MEDIA CAPITAL CORP. | 6016 BROOKVALE LANE | KNOXVILLE | TN | 37919 | Affiliate | 6/7/2007 | 2/5/2009 | | 1,278,931.10 | 1,278,931.10 | 10,300.00 |
| 7.77E+08 | FRANK STOCKARD | 5504 HEATHROW DRIVE | KNOXVILLE | TN | 37919 | Officer | 3/9/2007 | 2/5/2009 | 853,763.15 | 245,090,436.56 | 245,090,436.56 | 6,538.46 |
| 7.77E+08 | JOHN CAMPBELL | 1314 KENSINGTON DR | KNOXVILLE | TN | 37922 | Officer | 3/9/2007 | 2/27/2009 | 451,009.72 | 981,140.60 | 981,140.60 | |
| 7.77E+08 | JOHN STYNCH | 2809 COVE FIELD RD | WARTRACE | TN | 37183 | Officer | 3/9/2007 | 2/27/2009 | 403,053.54 | 451,009.72 | 451,009.72 | |
| 10811 | KA DISPLAY SOLUTIONS, INC. | P.O BOX 99 | WARTRACE | TN | 37186 | Affiliate | 4/12/2007 | 12/22/2008 | | 86,149.41 | 86,149.41 | |
| 9.99E+08 | MAGAZINE INFORMATION NETWORK | C/O PENNY HANKINS | KNOXVILLE | TN | 37919 | Affiliate | 3/8/2007 | 1/15/2009 | | 64,835.62 | 64,835.62 | 423,138.76 |
| 9.96E+08 | MEDIA SOLUTIONS | 5632 MADISON BLVD | MADISON | AL | 35758 | Affiliate | 3/12/2007 | 2/9/2009 | | 1,443,606.63 | 1,443,606.63 | 129.68 |
| 60225 | MSOLUTIONS, LLC | P.O. BOX 116354 | ATLANTA | GA | 30384-6354 | Affiliate | 3/16/2009 | 2/24/2009 | | 7,143,001.60 | 7,143,001.60 | 18,902.54 |
| 116685 | PINOLOGIX DISTRIBUTION SERVICES | 6016 BROOKVALE LANE, SUITE 151 | KNOXVILLE | TN | 37919 | Affiliate | 3/7/2007 | 2/19/2009 | | 138,180,103.56 | 138,180,103.56 | 15,270.74 |
| 117032 | PINOLOGIX WEST | 3996 70th AVE E., STE 8 | FIFE | WA | 98424 | Affiliate | 3/2/2007 | 2/2/2009 | | 31,075,452.39 | 31,075,452.39 | |
| 116894 | TWIN RIVERS TECHNOLOGY GROUP | 2309 COVE FIELD RD | KNOXVILLE | TN | 37950 | Affiliate | 3/9/2007 | 2/11/2009 | | 8,712,468.03 | 8,712,468.03 | |
| 1761 | WHITMAN PUBLISHING, LLC. | P.O. BOX 403508 | ATLANTA | GA | 30384-3550 | Affiliate | 8/7/2007 | 1/15/2009 | | 63,213.03 | 63,213.03 | |
| | | | | | | | | | 2,547,216.86 | 702,704,139.62 | 705,251,456.48 | 612,985.59 |

3.b. Non- Consumer Debts and payroll. 90 days prior to commencement of case - transaction detail

| Number | Date | Vendor | Vendar Name | Paid Amount |
|--------|------|--------|-------------|-------------|
| 22780196 | 12/9/2008 | 999021371 | 7-ELEVEN HAWAII, INC. | 5,164.00 |
| 22780566 | 1/6/2009 | 999021371 | 7-ELEVEN HAWAII, INC. | 1,870.74 |
| 22781014 | 2/3/2009 | 999021371 | 7-ELEVEN HAWAII, INC. | 5,643.12 |
| 22780086 | 12/2/2008 | 501 | A & W OFFICE SUPPLY & DESIGN | 15.58 |
| 22780128 | 12/4/2008 | 501 | A & W OFFICE SUPPLY & DESIGN | 18.12 |
| 22780315 | 12/11/2008 | 501 | A & W OFFICE SUPPLY & DESIGN | 56.55 |
| 22780494 | 1/2/2009 | 501 | A & W OFFICE SUPPLY & DESIGN | 43.69 |
| 22780515 | 1/6/2009 | 501 | A & W OFFICE SUPPLY & DESIGN | 90.64 |
| 22780722 | 1/13/2009 | 501 | A & W OFFICE SUPPLY & DESIGN | 62.25 |
| 22780968 | 1/27/2009 | 501 | A & W OFFICE SUPPLY & DESIGN | 83.01 |
| 22780993 | 1/29/2009 | 501 | A & W OFFICE SUPPLY & DESIGN | 88.40 |
| 22780316 | 12/11/2008 | 112799 | ABC REPORT SERVICES, LLC | 500.00 |
| 22780212 | 12/9/2008 | 999029956 | ABC STORES | 799.50 |
| 22780516 | 1/6/2009 | 999029956 | ABC STORES | 1,372.85 |
| 22781004 | 2/3/2009 | 999029956 | ABC STORES | 2,153.21 |
| 22780933 | 1/22/2009 | 118863 | ABF FREIGHT SYSTEM, INC | 384.26 |
| 22781147 | 2/17/2009 | 118884 | ABF FREIGHT SYSTEMS, INC. | 60.32 |
| 22780570 | 1/8/2009 | 999001778 | ADT SECURITY SERVICES | 2,290.28 |
| 22780956 | 1/27/2009 | 999001778 | ADT SECURITY SERVICES | 2,319.27 |
| 22781162 | 2/19/2009 | 999001778 | ADT SECURITY SERVICES | 2,349.82 |
| 22780454 | 12/30/2008 | 999014923 | ADVANCE FINISHING & DISPLAY | 18,012.40 |
| 22780969 | 1/27/2009 | 379 | AL DEPT INDUSTRIAL RELATIONS | 874.41 |
| 102168 | 12/16/2008 | 349 | ALABAMA DEPARTMENT OF REVENUE | 489.67 |
| 102217 | 1/16/2009 | 349 | ALABAMA DEPARTMENT OF REVENUE | 1,660.76 |
| 102278 | 2/18/2009 | 349 | ALABAMA DEPARTMENT OF REVENUE | 394.52 |
| 102167 | 12/16/2008 | 999000147 | ALABAMA DEPT OF REVENUE | .91.02 |
| 102205 | 1/9/2009 | 999000147 | ALABAMA DEPT OF REVENUE | 6.11 |
| 102281 | 2/19/2009 | 999000147 | ALABAMA DEPT OF REVENUE | 2.78 |
| 22780129 | 12/4/2008 | 999020259 | ALABAMA DEPT OF REVENUE | 100.00 |
| 22780317 | 12/11/2008 | 999011448 | ALBERTSON'S INC. | 1,345.04 |
| 22780723 | 1/13/2009 | 999011448 | ALBERTSON'S INC. | 1,689.62 |
| 22780449 | 12/30/2008 | 6362 | ALBUQUERQUE THE MAGAZINE | 2,047.67 |
| 22780130 | 12/4/2008 | 1663 | ALL AMERICA DIST CORP | 53.38 |
| 22780617 | 1/8/2009 | 1663 | ALL AMERICA DIST CORP | 177.56 |
| 22780178 | 12/9/2008 | 999025700 | ALL AMERICAN QUALITY FOODS | 2,323.32 |
| 22780517 | 1/6/2009 | 999025700 | ALL AMERICAN QUALITY FOODS | 581.62 |
| 22781035 | 2/3/2009 | 999025700 | ALL AMERICAN QUALITY FOODS | 1,056.23 |
| 22780213 | 12/9/2008 | 118601 | ALOHA LIQUORS, ETC. INC. | 48.33 |
| 22780087 | 12/2/2008 | 117868 | ALSCO INC. | 17.25 |
| 22780379 | 12/18/2008 | 117868 | ALSCO INC. | 17.25 |
| 22780467 | 12/30/2008 | 117868 | ALSCO INC. | 17.25 |
| 22780618 | 1/8/2009 | 117868 | ALSCO INC. | 17.25 |
| 22780970 | 1/27/2009 | 117868 | ALSCO INC. | 17.25 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|--------|------|--------|-------------|-------------|
| 22781129 | 2/11/2009 | 117868 | ALSCO INC. | 17.77 |
| 22780971 | 1/27/2009 | 999000838 | ALSTON & BIRD LLP | 347.50 |
| 22780583 | 1/8/2009 | 6657 | AMERICAN BOOK CO NEW RET | 8,769.45 |
| 22780118 | 12/4/2008 | 4093 | AMERICAN GIRL PUBLISHING | 28,126.61 |
| 22780176 | 12/9/2008 | 112787 | AMMARS INC. DBA/MAGIC MART | 2,249.19 |
| 22780518 | 1/6/2009 | 112787 | AMMARS INC. DBA/MAGIC MART | 1,497.71 |
| 22781006 | 2/3/2009 | 112787 | AMMARS INC. DBA/MAGIC MART | 2,526.69 |
| 102194 | 1/6/2009 | 116920 | ANDERSON MANAGEMENT | 21,285.00 |
| 102211 | 1/12/2009 | 116920 | ANDERSON MANAGEMENT | 2,812.00 |
| 102245 | 1/27/2009 | 116920 | ANDERSON MANAGEMENT | 3,387.00 |
| 102252 | 2/3/2009 | 116920 | ANDERSON MANAGEMENT | 4,525.00 |
| 102272 | 2/10/2009 | 116920 | ANDERSON MANAGEMENT | 4,525.00 |
| 102273 | 2/10/2009 | 116920 | ANDERSON MANAGEMENT | 3,437.00 |
| 102299 | 2/25/2009 | 116920 | ANDERSON MANAGEMENT | 1,337.00 |
| 22780210 | 12/9/2008 | 116920 | ANDERSON MANAGEMENT | 137,300.00 |
| 22780422 | 12/23/2008 | 116920 | ANDERSON MANAGEMENT | 50,400.12 |
| 22780614 | 1/8/2009 | 116920 | ANDERSON MANAGEMENT | 147,148.00 |
| 22780724 | 1/13/2009 | 116920 | ANDERSON MANAGEMENT | 317.02 |
| 22780963 | 1/27/2009 | 116920 | ANDERSON MANAGEMENT | 24,807.33 |
| 22781128 | 2/11/2009 | 116920 | ANDERSON MANAGEMENT | 137,350.00 |
| 22781121 | 2/11/2009 | 112702 | ANDERSON MEDIA CORPORATION | 3,432.00 |
| 102159 | 12/11/2008 | 999001038 | ANDERSON NEWS MEDICAL | 13,143.29 |
| 102161 | 12/15/2008 | 999001038 | ANDERSON NEWS MEDICAL | 75.56 |
| 102177 | 12/23/2008 | 999001038 | ANDERSON NEWS MEDICAL | 40,099.68 |
| 102178 | 12/23/2008 | 999001038 | ANDERSON NEWS MEDICAL | 13,053.79 |
| 102198 | 1/8/2009 | 999001038 | ANDERSON NEWS MEDICAL | 13,250.04 |
| 102222 | 1/13/2009 | 999001038 | ANDERSON NEWS MEDICAL | 75.56 |
| 102235 | 1/22/2009 | 999001038 | ANDERSON NEWS MEDICAL | 13,250.04 |
| 102253 | 2/3/2009 | 999001038 | ANDERSON NEWS MEDICAL | 1,975.18 |
| 102260 | 2/5/2009 | 999001038 | ANDERSON NEWS MEDICAL | 12,631.65 |
| 102274 | 2/12/2009 | 999001038 | ANDERSON NEWS MEDICAL | 39,399.62 |
| 102142 | 12/2/2008 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 782,993.24 |
| 102150 | 12/9/2008 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 753,524.06 |
| 102175 | 12/19/2008 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 956,070.49 |
| 102180 | 12/23/2008 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 711,472.38 |
| 102187 | 12/30/2008 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 123,407.38 |
| 102195 | 1/6/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 1,458,451.08 |
| 102224 | 1/13/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 873,787.03 |
| 102232 | 1/20/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 873,787.03 |
| 102244 | 1/27/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 887,821.30 |
| 102250 | 2/3/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 771,378.24 |
| 102284 | 2/10/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 880,860.57 |
| 102285 | 2/17/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 678,413.54 |
| 102294 | 2/24/2009 | 999018865 | ANDERSON NEWS-DALLAS, A/R | 701,922.71 |
| 339 | 12/12/2008 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102143 | 12/2/2008 | 114385 | ANDERSON SERVICES LLC | 67.50 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 102145 | 12/5/2008 | 114385 | ANDERSON SERVICES LLC | 3,011,436.00 |
| 102149 | 12/9/2008 | 114385 | ANDERSON SERVICES LLC | 259.92 |
| 102173 | 12/19/2008 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102185 | 12/26/2008 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102192 | 1/2/2009 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102201 | 1/9/2009 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102216 | 1/16/2009 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102223 | 1/13/2009 | 114385 | ANDERSON SERVICES LLC | 254.39 |
| 102231 | 1/20/2009 | 114385 | ANDERSON SERVICES LLC | 254.39 |
| 102236 | 1/23/2009 | 114385 | ANDERSON SERVICES LLC | 1,505,718.00 |
| 102248 | 2/2/2009 | 114385 | ANDERSON SERVICES LLC | 889,945.00 |
| 102251 | 2/3/2009 | 114385 | ANDERSON SERVICES LLC | 106.70 |
| 102255 | 2/3/2009 | 114385 | ANDERSON SERVICES LLC | 229,442.00 |
| 102271 | 2/10/2009 | 114385 | ANDERSON SERVICES LLC | 106.70 |
| 102275 | 2/12/2009 | 114385 | ANDERSON SERVICES LLC | 1,200,000.00 |
| 102277 | 2/17/2009 | 114385 | ANDERSON SERVICES LLC | 132.03 |
| 22780082 | 12/2/2008 | 114385 | ANDERSON SERVICES LLC | 5,429.82 |
| 22780214 | 12/9/2008 | 114385 | ANDERSON SERVICES LLC | 1,254.02 |
| 22780311 | 12/11/2008 | 114385 | ANDERSON SERVICES LLC | 113,869.09 |
| 22780353 | 12/16/2008 | 114385 | ANDERSON SERVICES LLC | 4,785.94 |
| 22780407 | 12/23/2008 | 114385 | ANDERSON SERVICES LLC | 3,152.70 |
| 22780455 | 12/30/2008 | 114385 | ANDERSON SERVICES LLC | 27,689.36 |
| 22780493 | 1/2/2009 | 114385 | ANDERSON SERVICES LLC | 4,117.20 |
| 22780514 | 1/6/2009 | 114385 | ANDERSON SERVICES LLC | 123,650.64 |
| 22780593 | 1/8/2009 | 114385 | ANDERSON SERVICES LLC | 16,951.93 |
| 22780725 | 1/13/2009 | 114385 | ANDERSON SERVICES LLC | 125.00 |
| 22780895 | 1/20/2009 | 114385 | ANDERSON SERVICES LLC | 11.04 |
| 22780922 | 1/22/2009 | 114385 | ANDERSON SERVICES LLC | 5,567.73 |
| 22780966 | 1/27/2009 | 114385 | ANDERSON SERVICES LLC | 55,388.53 |
| 22780991 | 1/29/2009 | 114385 | ANDERSON SERVICES LLC | 111,752.46 |
| 22781011 | 2/3/2009 | 114385 | ANDERSON SERVICES LLC | 3,718.81 |
| 22781101 | 2/5/2009 | 114385 | ANDERSON SERVICES LLC | 25,085.50 |
| 22781127 | 2/11/2009 | 114385 | ANDERSON SERVICES LLC | 33,374.23 |
| 22781144 | 2/17/2009 | 114385 | ANDERSON SERVICES LLC | 6,563.62 |
| 22781172 | 2/19/2009 | 114385 | ANDERSON SERVICES LLC | 10,185.00 |
| 22781283 | 2/27/2009 | 777042641 | ANGELA RABY | 700.00 |
| 22780619 | 1/8/2009 | 6495 | ANTHEM PUBLISHING, INC. | 1,671.75 |
| 22780088 | 12/2/2008 | 999009566 | APPALACHIA BUSINESS COMM. | 34.17 |
| 22780428 | 12/23/2008 | 999009566 | APPALACHIA BUSINESS COMM. | 140.25 |
| 22780495 | 1/2/2009 | 999009566 | APPALACHIA BUSINESS COMM. | 59.74 |
| 22780972 | 1/27/2009 | 999009566 | APPALACHIA BUSINESS COMM. | 111.26 |
| 22780215 | 12/9/2008 | 999021329 | APPLE TREE MARKETS INC. | 503.27 |
| 22780519 | 1/6/2009 | 999021329 | APPLE TREE MARKETS INC. | 339.51 |
| 22781036 | 2/3/2009 | 999021329 | APPLE TREE MARKETS INC. | 577.37 |
| 22781261 | 2/27/2009 | 777092229 | APRIL LANGLEY | 700.00 |
| 22780216 | 12/9/2008 | 194881 | AQUA PURE WATER SYSTEMS LLC | 43.65 |

SFOA 20091230 Schedules
Sched 3b

| Number | Date | Vendor | Vendor Name | Paid Amount |
|---|---|---|---|---|
| 22780451 | 12/30/2008 | 2806 | ARCADIA PUBLISHING | 4,580.13 |
| 22780726 | 1/13/2009 | 999018924 | ARIZONA DEPARTMENT OF REVENUE | 916.39 |
| 22781148 | 2/17/2009 | 999018924 | ARIZONA DEPARTMENT OF REVENUE | 28.24 |
| 22780973 | 1/27/2009 | 412 | ARKANSAS EMPLOYMENT SEC DEPT | 14.28 |
| 22780131 | 12/4/2008 | 115147 | ARKANSAS WESTERN GAS CO. | 36.87 |
| 22780429 | 12/23/2008 | 115147 | ARKANSAS WESTERN GAS CO. | 137.22 |
| 22781105 | 2/5/2009 | 115147 | ARKANSAS WESTERN GAS CO. | 120.85 |
| 22781190 | 2/20/2009 | 777042611 | ARTHUR FOSTER | 2,214.02 |
| 22781237 | 2/27/2009 | 777042611 | ARTHUR FOSTER | 700.00 |
| 22780217 | 12/9/2008 | 999030186 | ASHLAND NEWS | 691.79 |
| 22780520 | 1/6/2009 | 999030186 | ASHLAND NEWS | 47.53 |
| 22781037 | 2/3/2009 | 999030186 | ASHLAND NEWS | 517.34 |
| 22780089 | 12/2/2008 | 999005909 | ASSOCIATE ASSISTANCE FUND | 231.00 |
| 22780358 | 12/16/2008 | 999005909 | ASSOCIATE ASSISTANCE FUND | 230.00 |
| 22780468 | 12/30/2008 | 999005909 | ASSOCIATE ASSISTANCE FUND | 230.00 |
| 22780727 | 1/13/2009 | 999005909 | ASSOCIATE ASSISTANCE FUND | 232.00 |
| 22780974 | 1/27/2009 | 999005909 | ASSOCIATE ASSISTANCE FUND | 227.00 |
| 22781149 | 2/17/2009 | 999005909 | ASSOCIATE ASSISTANCE FUND | 224.00 |
| 22780318 | 12/11/2008 | 115632 | AT&T | 95.24 |
| 22780430 | 12/23/2008 | 112252 | AT&T | 121.35 |
| 22780431 | 12/23/2008 | 999005847 | AT&T | 727.38 |
| 22780432 | 12/23/2008 | 999015040 | AT&T | 209.66 |
| 22780862 | 1/15/2009 | 999005847 | AT&T | 727.38 |
| 22780863 | 1/15/2009 | 999015040 | AT&T | 210.17 |
| 22781182 | 2/19/2009 | 999015040 | AT&T | 210.17 |
| 22780132 | 12/4/2008 | 114199 | ATHENS PAPER | 41.24 |
| 22780469 | 12/30/2008 | 114199 | ATHENS PAPER | 30.05 |
| 22781038 | 2/3/2009 | 114199 | ATHENS PAPER | 101.60 |
| 22780374 | 12/18/2008 | 1747 | ATHLON SPORTS COMMUNICATIONS | 462,648.51 |
| 22780218 | 12/9/2008 | 999029955 | AUBURN UNIVERSITY BOOKSTORE | 57.45 |
| 22781039 | 2/3/2009 | 999029955 | AUBURN UNIVERSITY BOOKSTORE | 216.49 |
| 22780319 | 12/11/2008 | 6361 | AUSTIN MONTHLY | 1,571.53 |
| 22780219 | 12/9/2008 | 999029954 | B & K FOODS INC DBA COUNT | 1,377.55 |
| 22780521 | 1/6/2009 | 999029954 | B & K FOODS INC DBA COUNT | 124.06 |
| 22781040 | 2/3/2009 | 999029954 | B & K FOODS INC DBA COUNT | 605.75 |
| 22781150 | 2/17/2009 | 999025531 | B&R STORES, INC. | 63.60 |
| 22780220 | 12/9/2008 | 999029211 | BAILEYS GENERAL STORE | 280.14 |
| 22780522 | 1/6/2009 | 999029211 | BAILEYS GENERAL STORE | 51.34 |
| 22781041 | 2/3/2009 | 999029211 | BAILEYS GENERAL STORE | 474.07 |
| 22780111 | 12/4/2008 | 2874 | BAKER BOOK HOUSE | 14,235.26 |
| 22780716 | 1/13/2009 | 999007422 | BALL'S FOOD STORES | 29,751.50 |
| 22781244 | 2/27/2009 | 777042790 | BARBARA GREEN | 700.00 |
| 22780133 | 12/4/2008 | 3478 | BARBOUR PUBLISHING INC. | 160.21 |
| 22780620 | 1/8/2009 | 3478 | BARBOUR PUBLISHING INC. | 115.81 |
| 22780608 | 1/8/2009 | 2030 | BARRON'S EDUCATIONAL SERIES | 40,284.23 |
| 22780134 | 12/4/2008 | 2860 | BELLEROPHON BOOKS | 1,289.18 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780083 | 12/2/2008 | 999006882 | BENJAMIN NEWS GROUP | 8,375.38 |
| 22780202 | 12/9/2008 | 999006882 | BENJAMIN NEWS GROUP | 11,153.06 |
| 22780355 | 12/16/2008 | 999006882 | BENJAMIN NEWS GROUP | 9,993.27 |
| 22780416 | 12/23/2008 | 999006882 | BENJAMIN NEWS GROUP | 8,493.79 |
| 22780508 | 1/6/2009 | 999006882 | BENJAMIN NEWS GROUP | 10,186.66 |
| 22780103 | 12/4/2008 | 6670 | BERKLINE PRESS | 4,558.38 |
| 22780580 | 1/8/2009 | 6670 | BERKLINE PRESS | 5,263.97 |
| 22780221 | 12/9/2008 | 114603 | BESTSELLERS | 607.84 |
| 22780523 | 1/6/2009 | 114603 | BESTSELLERS | 69.65 |
| 22781042 | 2/3/2009 | 114603 | BESTSELLERS | 691.07 |
| 22780728 | 1/13/2009 | 999007431 | BIG V COUNTRY MART | 411.71 |
| 22780135 | 12/4/2008 | 2695 | BILINQUAL BOOKS, INC. | 261.97 |
| 22780621 | 1/8/2009 | 2695 | BILINQUAL BOOKS, INC. | 130.99 |
| 22780709 | 1/13/2009 | 999001090 | BI-LO LLC | 14,996.13 |
| 22780208 | 12/9/2008 | 999022887 | BLIND VENDORS | 27,085.33 |
| 22780507 | 1/6/2009 | 999022887 | BLIND VENDORS | 9,422.06 |
| 22780729 | 1/13/2009 | 999022887 | BLIND VENDORS | 80.19 |
| 22781034 | 2/3/2009 | 999022887 | BLIND VENDORS | 76,638.73 |
| 22780136 | 12/4/2008 | 6514 | BLUE MOUNTAIN ARTS | 597.31 |
| 22780622 | 1/8/2009 | 6514 | BLUE MOUNTAIN ARTS | 477.83 |
| 22780567 | 1/8/2009 | 116861 | BOARD OF EQUALIZATION | 2,064.00 |
| 22780222 | 12/9/2008 | 999029953 | BOB BAY & SON | 698.10 |
| 22780524 | 1/6/2009 | 999029953 | BOB BAY & SON | 219.66 |
| 22781043 | 2/3/2009 | 999029953 | BOB BAY & SON | 580.82 |
| 22781221 | 2/27/2009 | 777042880 | BOBBY CLEMMONS | 700.00 |
| 22780223 | 12/9/2008 | 60501 | BOB'S SUPER SAVER | 1,211.93 |
| 22780525 | 1/6/2009 | 60501 | BOB'S SUPER SAVER | 968.87 |
| 22781044 | 2/3/2009 | 60501 | BOB'S SUPER SAVER | 1,012.25 |
| 22780224 | 12/9/2008 | 999021843 | BOOK ENDS | 77.74 |
| 22781045 | 2/3/2009 | 999021843 | BOOK ENDS | 144.53 |
| 22780730 | 1/13/2009 | 109892 | BOOK PEOPLE | 1,244.02 |
| 22780225 | 12/9/2008 | 114872 | BOOKS PLUS | 563.45 |
| 22780731 | 1/13/2009 | 114872 | BOOKS PLUS | 170.92 |
| 22781046 | 2/3/2009 | 114872 | BOOKS PLUS | 585.53 |
| 22780226 | 12/9/2008 | 999029952 | BOOKSHELF | 349.30 |
| 22781047 | 2/3/2009 | 999029952 | BOOKSHELF | 262.55 |
| 22780227 | 12/9/2008 | 999021383 | BRANFORD BOOK & CARD SHOPPE | 1,115.91 |
| 22780526 | 1/6/2009 | 999021383 | BRANFORD BOOK & CARD SHOPPE | 77.05 |
| 22781048 | 2/3/2009 | 999021383 | BRANFORD BOOK & CARD SHOPPE | 1,151.85 |
| 22781215 | 2/27/2009 | 777042865 | BRENDA CARTER | 700.00 |
| 22781106 | 2/3/2009 | 118581 | BRESSETTES COUNTRY MARKET | 800.50 |
| 22780732 | 1/13/2009 | 999015499 | BRESSETT'S IGA | 121.79 |
| 22781239 | 2/27/2009 | 777037527 | BRIAN GAMMON | 700.00 |
| 22780303 | 12/11/2008 | 116366 | BRIDGESTONE/FIRESTONE, INC. | 23,675.96 |
| 22780351 | 12/16/2008 | 116366 | BRIDGESTONE/FIRESTONE, INC. | 3,453.41 |
| 22780855 | 1/15/2009 | 116366 | BRIDGESTONE/FIRESTONE, INC. | 23,564.93 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|--------|------|--------|-------------|-------------|
| 22780958 | 1/27/2009 | 116366 | BRIDGESTONE/FIRESTONE, INC. | 4,672.77 |
| 22781175 | 2/19/2009 | 116366 | BRIDGESTONE/FIRESTONE, INC. | 29,834.58 |
| 22780098 | 12/4/2008 | 4368 | BROADMAN & HOLMAN | 3,507.54 |
| 102188 | 12/31/2008 | 112874 | BROOKVALE HOLDINGS | 12,000.00 |
| 22780696 | 1/13/2009 | 670 | BRUNO'S | 3,800.75 |
| 22781233 | 2/27/2009 | 777038832 | BRYAN EPPERSON | 700.00 |
| 22780113 | 12/4/2008 | 115954 | BUEHLER'S FOODS | 17,400.00 |
| 22780228 | 12/9/2008 | 999024026 | BURTON'S FOOD STORE | 337.38 |
| 22780527 | 1/6/2009 | 999024026 | BURTON'S FOOD STORE | 90.36 |
| 22781049 | 2/3/2009 | 999024026 | BURTON'S FOOD STORE | 180.46 |
| 22780733 | 1/13/2009 | 999018484 | BUTLER COUNTRY MART | 185.65 |
| 22780734 | 1/13/2009 | 116501 | C & J NEWS | 343.05 |
| 102151 | 12/9/2008 | 5034 | CALIFORNIA EDD | 1,396.15 |
| 102162 | 12/15/2008 | 5034 | CALIFORNIA EDD | 285.13 |
| 102183 | 12/26/2008 | 5034 | CALIFORNIA EDD | 285.13 |
| 102206 | 1/12/2009 | 5034 | CALIFORNIA EDD | 345.03 |
| 102238 | 1/26/2009 | 5034 | CALIFORNIA EDD | 345.02 |
| 102267 | 2/9/2009 | 5034 | CALIFORNIA EDD | 335.39 |
| 102296 | 2/24/2009 | 5034 | CALIFORNIA EDD | 712.33 |
| 22781277 | 2/27/2009 | 777043291 | CARRIE OESCHER | 700.00 |
| 22780348 | 12/15/2008 | 999019145 | CATHERINE QUIST, CLERK | 195.06 |
| 22780448 | 12/29/2008 | 999019145 | CATHERINE QUIST, CLERK | 202.78 |
| 22780688 | 1/12/2009 | 999019145 | CATHERINE QUIST, CLERK | 202.83 |
| 22780955 | 1/26/2009 | 999019145 | CATHERINE QUIST, CLERK | 202.81 |
| 22781119 | 2/9/2009 | 999019145 | CATHERINE QUIST, CLERK | 202.70 |
| 22781203 | 2/24/2009 | 999019145 | CATHERINE QUIST, CLERK | 197.50 |
| 22780433 | 12/23/2008 | 1955 | CEDAR FORT, INC | 128.80 |
| 22781286 | 2/27/2009 | 777102162 | CHANTEL RICE | 700.00 |
| 22780141 | 12/4/2008 | 118815 | CHARLES D DAILEY | 206.30 |
| 22780330 | 12/11/2008 | 118815 | CHARLES D DAILEY | 206.30 |
| 22780383 | 12/18/2008 | 118815 | CHARLES D DAILEY | 144.41 |
| 22780322 | 12/11/2008 | 114537 | CHARLOTTE COUNTY TAX COLLECTOR | 93.59 |
| 22780864 | 1/15/2009 | 999008001 | CHOICEPOINT SERVICES INC. | 292.00 |
| 22781225 | 2/27/2009 | 777103289 | CHRISTINA COUCH | 700.00 |
| 22781243 | 2/27/2009 | 777039949 | CHRISTINA GORMLEY | 700.00 |
| 22781288 | 2/27/2009 | 777042733 | CHRISTINA ROACH | 700.00 |
| 22781293 | 2/27/2009 | 777107052 | CHRISTINE SHERWOOD | 700.00 |
| 22781265 | 2/27/2009 | 777042778 | CINDY MASSEY | 700.00 |
| 22780139 | 12/4/2008 | 115988 | CINTAS CORPORATION | 51.87 |
| 22780470 | 12/30/2008 | 115988 | CINTAS CORPORATION | 51.87 |
| 22780975 | 1/27/2009 | 115988 | CINTAS CORPORATION | 51.87 |
| 22780140 | 12/4/2008 | 114086 | CINTAS DOCUMENT MANAGEMENT | 210.00 |
| 22780434 | 12/23/2008 | 114086 | CINTAS DOCUMENT MANAGEMENT | 144.37 |
| 22780623 | 1/8/2009 | 114086 | CINTAS DOCUMENT MANAGEMENT | 157.50 |
| 22780735 | 1/13/2009 | 114086 | CINTAS DOCUMENT MANAGEMENT | 157.50 |
| 22780994 | 1/29/2009 | 114086 | CINTAS DOCUMENT MANAGEMENT | 183.75 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780925 | 1/22/2009 | 5808 | CITIES WEST PUBLISHING | 17,430.32 |
| 22780528 | 1/6/2009 | 999020015 | CITY NEWS | 1,100.96 |
| 22780737 | 1/13/2009 | 999020015 | CITY NEWS | 1,357.53 |
| 22780229 | 12/9/2008 | 106385 | CITY NEWS & GIFTS | 68.92 |
| 22780738 | 1/13/2009 | 999001874 | CITY OF ADAMSVILLE | 155.51 |
| 22780739 | 1/13/2009 | 60060 | CITY OF ALABASTER | 166.76 |
| 22780740 | 1/13/2009 | 60057 | CITY OF ALEXANDER CITY | 260.00 |
| 22780741 | 1/13/2009 | 115364 | CITY OF ANNISTON | 230.71 |
| 22780742 | 1/13/2009 | 60094 | CITY OF ATHENS | 439.67 |
| 22780743 | 1/13/2009 | 60090 | CITY OF AUBURN | 105.00 |
| 22780744 | 1/13/2009 | 999015737 | CITY OF BAYOU LA BATRE | 130.00 |
| 22780745 | 1/13/2009 | 116043 | CITY OF BECKLEY | 195.05 |
| 22780323 | 12/11/2008 | 115401 | CITY OF BENTONVILLE | 72.81 |
| 22780865 | 1/15/2009 | 115401 | CITY OF BENTONVILLE | 54.63 |
| 22781183 | 2/19/2009 | 115401 | CITY OF BENTONVILLE | 65.29 |
| 22780746 | 1/13/2009 | 60044 | CITY OF BESSEMER | 265.65 |
| 22780230 | 12/9/2008 | 999002187 | CITY OF BIRMINGHAM | 19.35 |
| 22780704 | 1/13/2009 | 999005875 | CITY OF BIRMINGHAM | 8,064.36 |
| 22780747 | 1/13/2009 | 999005875 | CITY OF BIRMINGHAM | 123.21 |
| 22780324 | 12/11/2008 | 999017313 | CITY OF BLYTHE | 104.00 |
| 22780748 | 1/13/2009 | 115430 | CITY OF BREMERTON | 125.36 |
| 22780749 | 1/13/2009 | 112412 | CITY OF CAMDEN | 105.00 |
| 22780750 | 1/13/2009 | 113133 | CITY OF CENTER POINT, ALABAMA | 110.00 |
| 22780751 | 1/13/2009 | 117805 | CITY OF CHARLESTON | 493.82 |
| 22780892 | 1/20/2009 | 110464 | CITY OF CHESAPEAKE | 6,776.27 |
| 22780752 | 1/13/2009 | 116104 | CITY OF CLARKSBURG | 204.55 |
| 22780896 | 1/20/2009 | 999001873 | CITY OF COLUMBIANA | 110.00 |
| 22780753 | 1/13/2009 | 60032 | CITY OF DECATUR | 381.35 |
| 22780897 | 1/20/2009 | 60033 | CITY OF FLORENCE | -404.83 |
| 22780898 | 1/20/2009 | 999012283 | CITY OF FRESNO | 311.00 |
| 22780754 | 1/13/2009 | 999005549 | CITY OF GADSDEN | 478.00 |
| 22780755 | 1/13/2009 | 999002021 | CITY OF GARDENDALE | 350.34 |
| 22780325 | 12/11/2008 | 999019026 | CITY OF GLENDALE | 194.16 |
| 22780866 | 1/15/2009 | 999019026 | CITY OF GLENDALE | 165.72 |
| 22781151 | 2/17/2009 | 999019026 | CITY OF GLENDALE | 11.09 |
| 22780756 | 1/13/2009 | 60028 | CITY OF GUNTERSVILLE | 310.00 |
| 22780757 | 1/13/2009 | 60042 | CITY OF HARTSELLE | 235.00 |
| 22780326 | 12/11/2008 | 118823 | CITY OF HODGENVILLE | 75.00 |
| 22780758 | 1/13/2009 | 999015553 | CITY OF HOOVER ALABAMA | 238.09 |
| 22780759 | 1/13/2009 | 116036 | CITY OF HUNTINGTON | 206.53 |
| 22780760 | 1/13/2009 | 60059 | CITY OF HUNTSVILLE | 1,425.48 |
| 22780761 | 1/13/2009 | 60054 | CITY OF JASPER | 539.22 |
| 22780762 | 1/13/2009 | 999002186 | CITY OF KIRKSVILLE | 37.80 |
| 22780702 | 1/13/2009 | 999000236 | CITY OF KNOXVILLE | 5,996.71 |
| 22780763 | 1/13/2009 | 999007281 | CITY OF LINCOLN | 145.00 |
| 22780764 | 1/13/2009 | 60092 | CITY OF MADISON | 292.86 |

| Number | Date | Vendor | Vendor Name | Paid Amount |
|---|---|---|---|---|
| 22780867 | 1/15/2009 | 999012284 | CITY OF MODESTO | 277.27 |
| 22780868 | 1/15/2009 | 999012284 | CITY OF MODESTO | 100.00 |
| 22780765 | 1/13/2009 | 60052 | CITY OF MONTGOMERY | 1,868.31 |
| 22780766 | 1/13/2009 | 114290 | CITY OF MOODY | 171.46 |
| 22780767 | 1/13/2009 | 60093 | CITY OF MOULTON | 185.35 |
| 22780768 | 1/13/2009 | 999002044 | CITY OF MOUNT STERLING | 50.00 |
| 22780769 | 1/13/2009 | 999015979 | CITY OF NORTH LAS VEGAS | 167.00 |
| 22780770 | 1/13/2009 | 60038 | CITY OF NORTHPORT | 856.63 |
| 22780899 | 1/20/2009 | 60203 | CITY OF OAKLAND | 106.80 |
| 22780771 | 1/13/2009 | 999001955 | CITY OF OPP | 260.00 |
| 22780772 | 1/13/2009 | 61671 | CITY OF ORANGE BEACH | 210.00 |
| 22780773 | 1/13/2009 | 999005550 | CITY OF OXFORD | 275.65 |
| 22780327 | 12/11/2008 | 999011927 | CITY OF PANAMA CITY | 33.00 |
| 22780774 | 1/13/2009 | 999011927 | CITY OF PANAMA CITY | 39.41 |
| 22781152 | 2/17/2009 | 999011927 | CITY OF PANAMA CITY | 33.50 |
| 22780775 | 1/13/2009 | 116099 | CITY OF PARKERSBURG | 140.06 |
| 22780776 | 1/13/2009 | 999002735 | CITY OF PELHAM | 405.52 |
| 22780777 | 1/13/2009 | 999002296 | CITY OF PELL CITY | 298.56 |
| 22781130 | 2/11/2009 | 60294 | CITY OF PETALUMA | 45.00 |
| 22780778 | 1/13/2009 | 116042 | CITY OF POINT PLEASANT | 109.39 |
| 22780780 | 1/13/2009 | 116893 | CITY OF RIPLEY | 80.62 |
| 22780781 | 1/13/2009 | 999017514 | CITY OF SANTA ROSA | 125.66 |
| 22780782 | 1/13/2009 | 999015735 | CITY OF SARALAND | 473.64 |
| 22780783 | 1/13/2009 | 60034 | CITY OF SELMA, LICENSE DEPT. | 346.99 |
| 22780784 | 1/13/2009 | 60088 | CITY OF SHEFFIELD | 351.48 |
| 22780785 | 1/13/2009 | 999001987 | CITY OF SYLACAUGA | 314.78 |
| 22780786 | 1/13/2009 | 999008971 | CITY OF TACOMA | 376.01 |
| 22780869 | 1/15/2009 | 110809 | CITY OF TACOMA | 296.01 |
| 22780870 | 1/15/2009 | 110809 | CITY OF TACOMA | 80.00 |
| 22780787 | 1/13/2009 | 999002302 | CITY OF TALLADEGA | 245.63 |
| 22780788 | 1/13/2009 | 118237 | CITY OF TALLASSEE | 110.00 |
| 22780789 | 1/13/2009 | 60102 | CITY OF TROY | 100.00 |
| 22780790 | 1/13/2009 | 999012257 | CITY OF TURLOCK-FINANCE OFFICE | 55.00 |
| 22780791 | 1/13/2009 | 60031 | CITY OF TUSCALOOSA | 1,089.74 |
| 22780792 | 1/13/2009 | 194968 | CITY OF VALLEY | 260.00 |
| 22780793 | 1/13/2009 | 116041 | CITY OF VIENNA | 86.69 |
| 22780794 | 1/13/2009 | 60039 | CITY OF WETUMPKA | 152.28 |
| 22780435 | 12/23/2008 | 2967 | CITY PUBLICATIONS | 624.59 |
| 22780195 | 12/9/2008 | 999030097 | CLYDE OTA KAHULULI AIRPORT | 4,436.87 |
| 22780529 | 1/6/2009 | 999030097 | CLYDE OTA KAHULULI AIRPORT | 435.04 |
| 22781025 | 2/3/2009 | 999030097 | CLYDE OTA KAHULULI AIRPORT | 12,732.52 |
| 22781153 | 2/17/2009 | 61424 | CMG | 500.00 |
| 102190 | 12/31/2008 | 1899 | CMG, LLC | 9,402,726.46 |
| 22780485 | 12/30/2008 | 1899 | CMG, LLC | 949,640.98 |
| 22780530 | 1/6/2009 | 118602 | CNN MINI MART & LIQUORS | 34.20 |
| 22780415 | 12/23/2008 | 5877 | COACHES AID LLC | 7,661.42 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780610 | 1/8/2009 | 4787 | COAST TO COAST NEWSSTAND | 53,359.28 |
| 22780531 | 1/6/2009 | 116362 | COCHRAN ELECTRIC SERVICE, INC. | 292.50 |
| 22780995 | 1/29/2009 | 116362 | COCHRAN ELECTRIC SERVICE, INC. | 164.00 |
| 22780934 | 1/22/2009 | 999030511 | COLLEGE BOOK STORE | 876.49 |
| 102152 | 12/9/2008 | 687 | COLORADO DEPT. OF REVENUE | 1,492.00 |
| 102164 | 12/15/2008 | 687 | COLORADO DEPT. OF REVENUE | 300.00 |
| 102182 | 12/26/2008 | 687 | COLORADO DEPT. OF REVENUE | 300.00 |
| 102208 | 1/12/2009 | 687 | COLORADO DEPT. OF REVENUE | 300.00 |
| 102240 | 1/26/2009 | 687 | COLORADO DEPT. OF REVENUE | 300.00 |
| 102265 | 2/9/2009 | 687 | COLORADO DEPT. OF REVENUE | 300.00 |
| 102298 | 2/24/2009 | 687 | COLORADO DEPT. OF REVENUE | 589.00 |
| 22780795 | 1/13/2009 | 194811 | COLORADO DEPT. OF REVENUE | 773.69 |
| 22781131 | 2/11/2009 | 194811 | COLORADO DEPT. OF REVENUE | 521.88 |
| 22780328 | 12/11/2008 | 112660 | COMMISSIONER OF REVENUE SER. | 250.00 |
| 22780436 | 12/23/2008 | 118837 | COMMONWEALTH OF PENNSYLVANIA | 15.00 |
| 22780423 | 12/23/2008 | 107285 | COOPER REALTY INVESTMENTS, INC | 53,514.75 |
| 22780796 | 1/13/2009 | 61707 | COOPER REALTY INVESTMENTS, INC | 933.15 |
| 22780926 | 1/22/2009 | 107285 | COOPER REALTY INVESTMENTS, INC | 54,447.90 |
| 22781205 | 2/27/2009 | 107285 | COOPER REALTY INVESTMENTS, INC | 64,061.52 |
| 22780081 | 12/2/2008 | 999030503 | CORNS APPLE MARKET | 4,419.50 |
| 22780511 | 1/6/2009 | 999007425 | COSENTINO'S | 30,840.26 |
| 22780714 | 1/13/2009 | 999007425 | COSENTINO'S | 21,064.69 |
| 22780890 | 1/20/2009 | 114098 | COUNTY OF HENRICO, VIRGINIA | 3,338.57 |
| 22780231 | 12/9/2008 | 999030507 | COVINGTON LIQUOR STORE | 25.26 |
| 22780329 | 12/11/2008 | 117043 | COX COMMUNICATIONS | 79.95 |
| 22780871 | 1/15/2009 | 117043 | COX COMMUNICATIONS | 79.95 |
| 22781107 | 2/5/2009 | 117043 | COX COMMUNICATIONS | 79.95 |
| 22780412 | 12/23/2008 | 1655 | CUMBERLAND HOUSE PUB. COMPANY | 4,357.06 |
| 22780293 | 12/9/2008 | 1896 | CURTIS CIRCULATION COMPANY | 1,008,845 17 |
| 22780314 | 12/11/2008 | 1896 | CURTIS CIRCULATION COMPANY | 2,166,536.19 |
| 22780349 | 12/15/2008 | 1896 | CURTIS CIRCULATION COMPANY | 1,420,432.03 |
| 22780484 | 12/30/2008 | 1896 | CURTIS CIRCULATION COMPANY | 262,057.39 |
| 22780616 | 1/8/2009 | 1896 | CURTIS CIRCULATION COMPANY | 2,009,302.41 |
| 22780887 | 1/16/2009 | 1896 | CURTIS CIRCULATION COMPANY | 9,157,806.80 |
| 22780414 | 12/23/2008 | 999008861 | CUSTOM NEWS DISPLAYS | 7,540.48 |
| 22781103 | 2/5/2009 | 999008861 | CUSTOM NEWS DISPLAYS | 37,512.00 |
| 22780602 | 1/8/2009 | 6180 | CUTTER COMMUNICATIONS, INC. | 22,222.68 |
| 22781209 | 2/27/2009 | 777025255 | CYNTHIA BRANNAM | 700.00 |
| 22780198 | 12/9/2008 | 999005497 | DAHL'S FOODS | 9,067.29 |
| 22780532 | 1/6/2009 | 999005497 | DAHL'S FOODS | 991.25 |
| 22780708 | 1/13/2009 | 999005497 | DAHL'S FOODS | 11,473.45 |
| 22781026 | 2/3/2009 | 999005497 | DAHL'S FOODS | 13,762.47 |
| 22780798 | 1/13/2009 | 999017624 | DANIELSON'S FRESH MKT PLACE #5 | 160.68 |
| 22780533 | 1/6/2009 | 110194 | DANKA OFFICE IMAGING | 42.84 |
| 22781108 | 2/5/2009 | 110194 | DANKA OFFICE IMAGING | 1,222.18 |
| 22780359 | 12/16/2008 | 999020044 | DAVIDS BEACH SHOP | 1,528.16 |

| Number | Date | Vendor | Vendor Name | Paid Amount |
|---|---|---|---|---|
| 22780572 | 1/8/2009 | 3754 | DEALS ON WHEELS | 3,337.84 |
| 22781217 | 2/27/2009 | 777042867 | DEANNA CHILDRESS | 700.00 |
| 22781266 | 2/27/2009 | 777042895 | DEBORAH MCAULEY | 700.00 |
| 22781299 | 2/27/2009 | 777095488 | DEBORAH WADDELL | 700.00 |
| 22780385 | 12/18/2008 | 999018163 | DELTACOM | 1,494.70 |
| 22780471 | 12/30/2008 | 999018163 | DELTACOM | 627.46 |
| 22780935 | 1/22/2009 | 999018163 | DELTACOM | 1,503.65 |
| 22780976 | 1/27/2009 | 999018163 | DELTACOM | 629.05 |
| 22781185 | 2/19/2009 | 777042793 | DENNIS KNISLEY | 72.50 |
| 22781257 | 2/27/2009 | 777042793 | DENNIS KNISLEY | 700.00 |
| 22780233 | 12/9/2008 | 109 | DEPT OF FINANCE\ADMINISTRATION | 370.89 |
| 22780534 | 1/6/2009 | 109 | DEPT OF FINANCE\ADMINISTRATION | 975.90 |
| 22781132 | 2/11/2009 | 109 | DEPT OF FINANCE\ADMINISTRATION | 368.11 |
| 22780419 | 12/23/2008 | 5788 | DIAMOND COMIC DIST | 28,494.89 |
| 22781254 | 2/27/2009 | 777037783 | DIANE HOPKINS | 700.00 |
| 22780962 | 1/27/2009 | 999027243 | DIEGO GARCIA | 15,683.69 |
| 22780207 | 12/9/2008 | 999029962 | DIERBERGS MARKETS | 24,803.98 |
| 22780509 | 1/6/2009 | 999029962 | DIERBERGS MARKETS | 16,591.75 |
| 22781031 | 2/3/2009 | 999029962 | DIERBERGS MARKETS | 37,405.44 |
| 22781154 | 2/17/2009 | 999010905 | DIERBERGS MARKETS, INC. | 1,004.50 |
| 22780332 | 12/11/2008 | 118283 | DIGITAL PRINTING SOLUTIONS | 19.87 |
| 22780872 | 1/15/2009 | 118283 | DIGITAL PRINTING SOLUTIONS | 20.59 |
| 22780901 | 1/20/2009 | 118283 | DIGITAL PRINTING SOLUTIONS | 5.26 |
| 22780296 | 12/11/2008 | 106798 | DISPLAY CONCEPTS | 2,445.70 |
| 22780437 | 12/23/2008 | 106798 | DISPLAY CONCEPTS | 1,035.00 |
| 22780023 | 12/1/2008 | 116128 | DISPLAY SERVICES, INC | 22,999.02 |
| 22780209 | 12/9/2008 | 116128 | DISPLAY SERVICES, INC | 70,552.83 |
| 22780356 | 12/16/2008 | 116128 | DISPLAY SERVICES, INC | 31,746.72 |
| 22780368 | 12/18/2008 | 116128 | DISPLAY SERVICES, INC | 4,126.75 |
| 22780418 | 12/23/2008 | 116128 | DISPLAY SERVICES, INC | 11,598.97 |
| 22780453 | 12/30/2008 | 116128 | DISPLAY SERVICES, INC | 5,974.77 |
| 22780510 | 1/6/2009 | 116128 | DISPLAY SERVICES, INC | 18,936.23 |
| 22780715 | 1/13/2009 | 116128 | DISPLAY SERVICES, INC | 22,967.39 |
| 22780873 | 1/15/2009 | 116128 | DISPLAY SERVICES, INC | 172.63 |
| 22780894 | 1/20/2009 | 116128 | DISPLAY SERVICES, INC | 25,732.18 |
| 22780964 | 1/27/2009 | 116128 | DISPLAY SERVICES, INC | 41,224.87 |
| 22781028 | 2/3/2009 | 116128 | DISPLAY SERVICES, INC | 15,928.75 |
| 22781123 | 2/11/2009 | 116128 | DISPLAY SERVICES, INC | 4,291.01 |
| 22781145 | 2/17/2009 | 116128 | DISPLAY SERVICES, INC | 19,953.89 |
| 22781177 | 2/19/2009 | 116128 | DISPLAY SERVICES, INC | 57,458.95 |
| 22780234 | 12/9/2008 | 999020661 | DIVISION OF TAXATION | 181.35 |
| 22780535 | 1/6/2009 | 999020661 | DIVISION OF TAXATION | 698.16 |
| 22781133 | 2/11/2009 | 999020661 | DIVISION OF TAXATION | 180.60 |
| 22781235 | 2/27/2009 | 777040651 | DONALD FARMER | 700.00 |
| 22781207 | 2/27/2009 | 777038257 | DONNA ARP | 700.00 |
| 22780581 | 1/8/2009 | 1670 | DOWNHOME/MISSISSIPPI | 5,672.68 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780235 | 12/9/2008 | 999002880 | DOWNTOWN NEWSSTAND | 357.23 |
| 22780996 | 1/29/2009 | 999002880 | DOWNTOWN NEWSSTAND | 268.94 |
| 22781050 | 2/3/2009 | 999002880 | DOWNTOWN NEWSSTAND | 330.76 |
| 22780236 | 12/9/2008 | 999029960 | DRAEGERS | 1,562.52 |
| 22780624 | 1/8/2009 | 999029960 | DRAEGERS | 1,524.56 |
| 22781008 | 2/3/2009 | 999029960 | DRAEGERS | 3,078.65 |
| 22780799 | 1/13/2009 | 999013750 | DRAEGER'S MARKETS | 1,690.17 |
| 22780997 | 1/29/2009 | 999017628 | DREW'S GROCERY & SERVICE | 958.62 |
| 22780237 | 12/9/2008 | 999024044 | DRUG EMPORIUM | 1,490.12 |
| 22780625 | 1/8/2009 | 999024044 | DRUG EMPORIUM | 1,627.64 |
| 22781051 | 2/3/2009 | 999024044 | DRUG EMPORIUM | 1,827.71 |
| 22780232 | 12/9/2008 | 999020147 | DUN & BRADSTREET | 474.58 |
| 22780797 | 1/13/2009 | 999020147 | DUN & BRADSTREET | 178.75 |
| 22780691 | 1/13/2009 | 999024046 | E. W. JAMES & SONS | 2,992.10 |
| 22780586 | 1/8/2009 | 6551 | EAST PORT PUBLISHING PARTNERS | 10,172.14 |
| 22780626 | 1/8/2009 | 2473 | EDUCATIONAL DEVELOPMENT CORP | 1,034.84 |
| 22781210 | 2/27/2009 | 777096034 | EMILY BRENYAS | 700.00 |
| 22781260 | 2/27/2009 | 777092768 | ERIN KOONTZ | 700.00 |
| 22780188 | 12/9/2008 | 999029959 | EW JAMES AND SONS | 3,204.23 |
| 22780627 | 1/8/2009 | 999029959 | EW JAMES AND SONS | 319.49 |
| 22781012 | 2/3/2009 | 999029959 | EW JAMES AND SONS | 3,770.58 |
| 22780238 | 12/9/2008 | 112785 | EXCEPTIONAL NEWS & GIFTS | 1,010.98 |
| 22780569 | 1/8/2009 | 112785 | EXCEPTIONAL NEWS & GIFTS | 2,267.63 |
| 22781013 | 2/3/2009 | 112785 | EXCEPTIONAL NEWS & GIFTS | 3,867.35 |
| 22780143 | 12/4/2008 | 999005986 | EXPRESS COURIER | 152.40 |
| 22780333 | 12/11/2008 | 999005986 | EXPRESS COURIER | 45.09 |
| 22780360 | 12/16/2008 | 999005986 | EXPRESS COURIER | 74.59 |
| 22780472 | 12/30/2008 | 999005986 | EXPRESS COURIER | 73.75 |
| 22780496 | 1/2/2009 | 999005986 | EXPRESS COURIER | 73.05 |
| 22780800 | 1/13/2009 | 999005986 | EXPRESS COURIER | 44.25 |
| 22780874 | 1/15/2009 | 999005986 | EXPRESS COURIER | 58.44 |
| 22780936 | 1/22/2009 | 999005986 | EXPRESS COURIER | 15.60 |
| 22780977 | 1/27/2009 | 999005986 | EXPRESS COURIER | 15.60 |
| 22781109 | 2/5/2009 | 999005986 | EXPRESS COURIER - KNOXVILLE | 15.60 |
| 22780144 | 12/4/2008 | 3503 | FACILITY MERCHANDISING | 1,164.69 |
| 22780628 | 1/8/2009 | 6374 | FALCON PICTURE GROUP | 1,027.49 |
| 22780102 | 12/4/2008 | 6449 | FARCOUNTRY/MONTANA MAG | 4,307.89 |
| 22780301 | 12/11/2008 | 999005539 | FAREWAY STORES, INC. | 11,954.46 |
| 22780629 | 1/8/2009 | 999005539 | FAREWAY STORES, INC. | 1,827.81 |
| 22780707 | 1/13/2009 | 999005539 | FAREWAY STORES, INC. | 9,799.86 |
| 22781023 | 2/3/2009 | 999005539 | FAREWAY STORES, INC. | 11,358.55 |
| 22780438 | 12/23/2008 | 118398 | FEDEX | 42.26 |
| 22780801 | 1/13/2009 | 118398 | FEDEX | 133.34 |
| 22780239 | 12/9/2008 | 999029957 | FIRELAKE DISCOUNT FOODS | 327.81 |
| 22780630 | 1/8/2009 | 999029957 | FIRELAKE DISCOUNT FOODS | 145.06 |
| 22781052 | 2/3/2009 | 999029957 | FIRELAKE DISCOUNT FOODS | 274.07 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 102146 | 12/5/2008 | 117994 | FIRST MEDIA CAPITAL CORP. | 4,968,543.10 |
| 102160 | 12/11/2008 | 117994 | FIRST MEDIA CAPITAL CORP. | 5,449,813.99 |
| 102169 | 12/17/2008 | 117994 | FIRST MEDIA CAPITAL CORP. | 2,500,000.00 |
| 102171 | 12/18/2008 | 117994 | FIRST MEDIA CAPITAL CORP. | 848,281.85 |
| 102174 | 12/19/2008 | 117994 | FIRST MEDIA CAPITAL CORP. | 4,000,000.00 |
| 102196 | 1/7/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 1,000,000.00 |
| 102197 | 1/8/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 5,790,752.26 |
| 102202 | 1/9/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 5,500,000.00 |
| 102215 | 1/16/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 3,000,000.00 |
| 102219 | 1/14/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 2,500,000.00 |
| 102221 | 1/15/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 5,500,000.00 |
| 102246 | 1/27/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 2,500,000.00 |
| 102257 | 2/4/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 7,813,485.45 |
| 102258 | 2/4/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 38,569.60 |
| 102261 | 2/5/2009 | 117994 | FIRST MEDIA CAPITAL CORP. | 3,496.62 |
| 22780145 | 12/4/2008 | 117380 | FIRST SERVICE CONTRACTORS | 150.00 |
| 22780473 | 12/30/2008 | 117380 | FIRST SERVICE CONTRACTORS | 150.00 |
| 22781053 | 2/3/2009 | 117380 | FIRST SERVICE CONTRACTORS | 150.00 |
| 22780361 | 12/16/2008 | 999003643 | FLEET TRAILER SALES,INC | 98.10 |
| 22780802 | 1/13/2009 | 999003643 | FLEET TRAILER SALES,INC | 98.10 |
| 22780090 | 12/2/2008 | 118808 | FLORIDA DEPARTMENT OF REVENUE | 19.61 |
| 340 | 12/12/2008 | 295 | FLORIDA DEPT OF REVENUE | 1,076.16 |
| 102214 | 1/12/2009 | 295 | FLORIDA DEPT OF REVENUE | 1,819.54 |
| 102263 | 2/6/2009 | 295 | FLORIDA DEPT OF REVENUE | 432.54 |
| 102268 | 2/9/2009 | 295 | FLORIDA DEPT OF REVENUE | 50.00 |
| 22780240 | 12/9/2008 | 295 | FLORIDA DEPT OF REVENUE | 50.00 |
| 22781134 | 2/11/2009 | 295 | FLORIDA DEPT OF REVENUE | 117.20 |
| 22781110 | 2/5/2009 | 999011077 | FOOD CITY | 1,125.00 |
| 22780187 | 12/9/2008 | 999021385 | FOOD PANTRY | 3,145.02 |
| 22780571 | 1/8/2009 | 999021385 | FOOD PANTRY | 3,160.16 |
| 22781010 | 2/3/2009 | 999021385 | FOOD PANTRY | 3,431.95 |
| 22780631 | 1/8/2009 | 118598 | FOOD RANCH | 48.04 |
| 22780203 | 12/9/2008 | 999030302 | FOODLAND | 11,590.42 |
| 22780585 | 1/8/2009 | 999030302 | FOODLAND | 9,753.10 |
| 22781020 | 2/3/2009 | 999030302 | FOODLAND | 9,078.34 |
| 22780110 | 12/4/2008 | 999010877 | FRANCHISE TAX BOARD | 11,790.00 |
| 22780146 | 12/4/2008 | 999010877 | FRANCHISE TAX BOARD | 800.00 |
| 22780902 | 1/20/2009 | 60542 | FRED MEYER | 1,319.50 |
| 22780241 | 12/9/2008 | 117141 | FRESH MARKET GROCERY, INC. | 271.89 |
| 22780632 | 1/8/2009 | 117141 | FRESH MARKET GROCERY, INC. | 255.02 |
| 22780803 | 1/13/2009 | 117141 | FRESH MARKET GROCERY, INC. | 167.38 |
| 22781054 | 2/3/2009 | 117141 | FRESH MARKET GROCERY, INC. | 367.12 |
| 22780177 | 12/9/2008 | 117566 | FRUTH PHARMACY | 2,314.18 |
| 22780633 | 1/8/2009 | 117566 | FRUTH PHARMACY | 1,525.09 |
| 22781055 | 2/3/2009 | 117566 | FRUTH PHARMACY | 1,719.42 |
| 22780804 | 1/13/2009 | 999013743 | G & G MARKET | 1,059.10 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781236 | 2/27/2009 | 777040493 | GARY FISHER | 700.00 |
| 22780903 | 1/20/2009 | 114774 | GE CAPITAL | 556.40 |
| 22781135 | 2/11/2009 | 114774 | GE CAPITAL | 1,112.80 |
| 22780206 | 12/9/2008 | 999025495 | GELSON'S MARKETS | 20,831.39 |
| 22780605 | 1/8/2009 | 999025495 | GELSON'S MARKETS | 33,288.84 |
| 22780904 | 1/20/2009 | 999025495 | GELSON'S MARKETS | 31.20 |
| 22781032 | 2/3/2009 | 999025495 | GELSON'S MARKETS | 42,976.90 |
| 22781290 | 2/27/2009 | 777040022 | GEORGE SANDOVAL | 700.00 |
| 102212 | 1/12/2009 | 999019935 | GEORGIA DEPARTMENT OF REVENUE | 518.68 |
| 22780101 | 12/4/2008 | 2226 | GEORGIA OUTDOOR NEWS | 3,851.75 |
| 22780148 | 12/4/2008 | 3424 | GIBBS SMITH | 963.97 |
| 22780634 | 1/8/2009 | 3424 | GIBBS SMITH | 724.15 |
| 22780689 | 1/13/2009 | 999017356 | GIBSON MERCHANDISING | 2,765.90 |
| 22780242 | 12/9/2008 | 999024027 | GIT'N GO, INC. | 242.26 |
| 22780635 | 1/8/2009 | 999024027 | GIT'N GO, INC. | 128.17 |
| 22781056 | 2/3/2009 | 999024027 | GIT'N GO, INC. | 156.00 |
| 22780243 | 12/9/2008 | 999021841 | GLACIER VILLAGE SUPERMARKET | 1,384.65 |
| 22781057 | 2/3/2009 | 999021841 | GLACIER VILLAGE SUPERMARKET | 791.77 |
| 22780594 | 1/8/2009 | 2006 | GLOBE PEQUOT | 17,839.59 |
| 22780805 | 1/13/2009 | 114633 | GOLDEN VALLEY COUNTRY MART | 174.84 |
| 22780497 | 1/2/2009 | 4444 | GOLDENSEAL | 375.30 |
| 22780096 | 12/4/2008 | 4578 | GOLLEHON | 2,113.49 |
| 22780636 | 1/8/2009 | 4578 | GOLLEHON | 28.82 |
| 22780149 | 12/4/2008 | 5878 | GOOD BOOKS | 690.89 |
| 22780637 | 1/8/2009 | 5878 | GOOD BOOKS | 575.59 |
| 22780536 | 1/6/2009 | 118778 | GRAPHIC PRINTERS | 486.27 |
| 22780498 | 1/2/2009 | 4564 | GROSS COMMUNICATIONS | 229.49 |
| 22781184 | 2/19/2009 | 110854 | GSB CONTRACTORS, INC. | 950.00 |
| 22781168 | 2/19/2009 | 999030519 | GUCKENHEIMERS | -4,365.85 |
| 22780021 | 12/1/2008 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22780346 | 12/15/2008 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22780446 | 12/29/2008 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22780686 | 1/12/2009 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22780952 | 1/26/2009 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22781116 | 2/9/2009 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22781200 | 2/24/2009 | 5315 | GWENDOLYN M. KERNEY | 489.00 |
| 22780461 | 12/30/2008 | 6715 | HACHETTE BOOK GROUP | 679,298.03 |
| 22780106 | 12/4/2008 | 1845 | HAGADONE PRINTING CO | 6,395.32 |
| 22780638 | 1/8/2009 | 999021838 | HALEIWA SUPERMARKET | 71.94 |
| 22780302 | 12/11/2008 | 2072 | HARCOURT BRACE JOVANOVICH INC | 12,503.28 |
| 22780639 | 1/8/2009 | 999024034 | HARDIN & COMPANY | 25.49 |
| 22780463 | 12/30/2008 | 2065 | HARPER COLLINS PUBLISHERS | 969,256.78 |
| 22780204 | 12/9/2008 | 999029979 | HARPS FOOD | 12,275.74 |
| 22780640 | 1/8/2009 | 999029979 | HARPS FOOD | 1,208.30 |
| 22781017 | 2/3/2009 | 999029979 | HARPS FOOD | 8,150.07 |
| 22780875 | 1/15/2009 | 999005093 | HARRINGTON ASSOCIATES, LLC | 400.00 |

SFOA 20091230 Schedules
Sched 3b

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780369 | 12/18/2008 | 1810 | HAWAII FISHING NEWS | 7,571.58 |
| 22780937 | 1/22/2009 | 3245 | HAWGS ILLUSTRATED | 1,247.26 |
| 22780371 | 12/18/2008 | 4864 | HAY HOUSE INC | 11,057.58 |
| 22781240 | 2/27/2009 | 777107197 | HAYLEY GAYLOR | 700.00 |
| 22780244 | 12/9/2009 | 999030100 | HILO AIRPORT NEWSTAND | 759.38 |
| 22780641 | 1/8/2009 | 999030100 | HILO AIRPORT NEWSTAND | 898.16 |
| 22781058 | 2/3/2009 | 999030100 | HILO AIRPORT NEWSTAND | 1,528.50 |
| 22780245 | 12/9/2009 | 999021833 | HOLLYWOOD AT HOME | 361.03 |
| 22781059 | 2/3/2009 | 999021833 | HOLLYWOOD AT HOME | 191.74 |
| 22780806 | 1/13/2009 | 112519 | HOMETOWN MARKET | 95.54 |
| 22780606 | 1/8/2009 | 1791 | HOUGHTON MIFFLIN HARCOURT | 33,431.05 |
| 22780642 | 1/8/2009 | 118599 | HUDSON FOOD STORES | 42.81 |
| 22781060 | 2/3/2009 | 118599 | HUDSON FOOD STORES | 125.64 |
| 22780718 | 1/13/2009 | 111620 | HUDSON GROUP | 58,615.56 |
| 22780807 | 1/13/2009 | 111620 | HUDSON GROUP | 264.50 |
| 22781111 | 2/5/2009 | 999030471 | HUDSON NEWS | 307.50 |
| 22780998 | 1/29/2009 | 999001110 | HUNTON & WILLIAMS | 437.50 |
| 22780150 | 12/4/2009 | 118817 | HUNTON & WILLIAMS LLP | 1,236.25 |
| 22780499 | 1/2/2009 | 118817 | HUNTON & WILLIAMS LLP | 187.50 |
| 22780091 | 12/2/2008 | 999030502 | HUTCHS | 933.26 |
| 22780295 | 12/11/2008 | 4881 | IDEALS PUBLISHING CORP. | 2,310.89 |
| 22780844 | 1/15/2009 | 4881 | IDEALS PUBLISHING CORP. | 2,380.47 |
| 22780334 | 12/11/2008 | 6606 | INGRAM PUBLISHER SERVICES | 1,153.69 |
| 22780847 | 1/15/2009 | 6606 | INGRAM PUBLISHER SERVICES | 3,104.79 |
| 22780386 | 12/18/2008 | 2544 | INSIDE AUBURN TIGERS | 209.33 |
| 22780246 | 12/9/2008 | 999002792 | INTERCALL | 0.28 |
| 22780336 | 12/11/2008 | 999002792 | INTERCALL | 15.25 |
| 22780362 | 12/16/2008 | 999002792 | INTERCALL | 38.30 |
| 22780537 | 1/6/2009 | 999002792 | INTERCALL | 0.07 |
| 22780876 | 1/15/2009 | 999002792 | INTERCALL | 145.34 |
| 22780978 | 1/27/2009 | 999002792 | INTERCALL | 53.96 |
| 22781155 | 2/17/2009 | 999002792 | INTERCALL | 76.06 |
| 22781171 | 2/19/2009 | 999002792 | INTERCALL | 9,877.33 |
| 22781195 | 2/20/2009 | 999002792 | INTERCALL | 13.24 |
| 22780387 | 12/18/2008 | 4668 | INTERLINK | 306.11 |
| 102153 | 12/9/2008 | 411 | INTERNAL REVENUE SERVICE | 262,330.15 |
| 102165 | 12/15/2008 | 411 | INTERNAL REVENUE SERVICE | 69,985.94 |
| 102181 | 12/26/2008 | 411 | INTERNAL REVENUE SERVICE | 67,380.18 |
| 102209 | 1/12/2009 | 411 | INTERNAL REVENUE SERVICE | 72,742.43 |
| 102241 | 1/26/2009 | 411 | INTERNAL REVENUE SERVICE | 2,611.46 |
| 102242 | 1/26/2009 | 411 | INTERNAL REVENUE SERVICE | 72,811.97 |
| 102247 | 1/30/2009 | 411 | INTERNAL REVENUE SERVICE | 135.00 |
| 102264 | 2/9/2009 | 411 | INTERNAL REVENUE SERVICE | 73,332.79 |
| 102269 | 2/10/2009 | 411 | INTERNAL REVENUE SERVICE | 11,997.66 |
| 102292 | 2/23/2009 | 411 | INTERNAL REVENUE SERVICE | 82,332.85 |
| 22780927 | 1/22/2009 | 118862 | INTERNATIONAL PAPER | 64,292.20 |

| Number | Date | Vendor | Vendor Name | Paid Amount |
|---|---|---|---|---|
| 22780337 | 12/11/2008 | 114880 | IRON MOUNTAIN RECORDS MGMT. | 1,470.94 |
| 22780808 | 1/13/2009 | 114880 | IRON MOUNTAIN RECORDS MGMT. | 735.47 |
| 22780300 | 12/11/2008 | 2566 | J.E.S. PUBLISHING, INC. | 6,370.03 |
| 22780189 | 12/9/2008 | 999021849 | J.T.M. CORPORATION | 3,421.52 |
| 22780643 | 1/8/2009 | 999021849 | J.T.M. CORPORATION | 953.90 |
| 22781061 | 2/3/2009 | 999021849 | J.T.M. CORPORATION | 910.86 |
| 22781193 | 2/20/2009 | 777042618 | JAMES HARRIS | 58.49 |
| 22781247 | 2/27/2009 | 777042618 | JAMES HARRIS | 700.00 |
| 22780151 | 12/4/2008 | 999030504 | JANE LEW TRUCK STOP, LLC | 1,993.04 |
| 22780142 | 12/4/2008 | 118814 | JASON ROY DANIELS | 236.40 |
| 22780331 | 12/11/2008 | 118814 | JASON ROY DANIELS | 236.40 |
| 22780384 | 12/18/2008 | 118814 | JASON ROY DANIELS | 165.48 |
| 22781258 | 2/27/2009 | 777096509 | JEAN KODY | 700.00 |
| 22781238 | 2/27/2009 | 777042721 | JEANIE GALYON | 700.00 |
| 22780247 | 12/9/2008 | 999004239 | JEFFERSON COUNTY REVENUE DEPT. | 9.67 |
| 22781256 | 2/27/2009 | 777107876 | JEFFERY JOHNSON | 700.00 |
| 22781197 | 2/20/2009 | 777042820 | JEFFERY NOLAND. | 258.21 |
| 22781275 | 2/27/2009 | 777042820 | JEFFERY NOLAND | 700.00 |
| 22781224 | 2/27/2009 | 777095114 | JEREMY COTTER | 700.00 |
| 22780341 | 12/11/2008 | 118822 | JEREMY MICHAEL RIDDLE | 216.62 |
| 22780390 | 12/18/2008 | 118822 | JEREMY MICHAEL RIDDLE | 144.41 |
| 22780147 | 12/4/2008 | 113757 | JERRY PEANUTS GAINES | 490.87 |
| 22781230 | 2/27/2009 | 777005013 | JESSICA DENTE | 700.00 |
| 22781234 | 2/27/2009 | 777042376 | JESSICA FARINA | 700.00 |
| 22781301 | 2/27/2009 | 777097494 | JESSICA WEAVER | 700.00 |
| 22781305 | 2/27/2009 | 777106242 | JESSICA YANCEY | 700.00 |
| 22780248 | 12/9/2008 | 999030099 | JO JAN'S SNACK SHOP | 139.45 |
| 22780644 | 1/8/2009 | 999030099 | JO JAN'S SNACK SHOP | 112.69 |
| 22781218 | 2/27/2009 | 777103062 | JOAN CHURCHWELL | 700.00 |
| 22780388 | 12/18/2008 | 6475 | JOHN M. HARDY PUBLISHING | 578.34 |
| 22781296 | 2/27/2009 | 777038526 | JOHN TAYLOR | 700.00 |
| 22780304 | 12/11/2008 | 2640 | JOHN WILEY & SONS | 41,441.53 |
| 22780856 | 1/15/2009 | 2640 | JOHN WILEY & SONS | 37,555.78 |
| 22780174 | 12/4/2008 | 118812 | JONATHAN WATTS | 75.04 |
| 22781248 | 2/27/2009 | 777100335 | JOSEPH HATTON | 700.00 |
| 22781306 | 2/27/2009 | 777038396 | JUDITH YOUNG | 700.00 |
| 22780809 | 1/13/2009 | 999008269 | JUMBO'S FOODS | 851.94 |
| 22781062 | 2/3/2009 | 116226 | K. D. MERRITT, SHERRIFF OF | 1,243.16 |
| 22780191 | 12/9/2008 | 999020417 | K.T.A. SUPERMARKET | 3,500.52 |
| 22780645 | 1/8/2009 | 999020417 | K.T.A. SUPERMARKET | 701.68 |
| 22781007 | 2/3/2009 | 999020417 | K.T.A. SUPERMARKET | 3,059.60 |
| 22780402 | 12/22/2008 | 10821 | KA DISPLAY SOLUTIONS, INC. | 3,212.93 |
| 22780439 | 12/23/2008 | 10821 | KA DISPLAY SOLUTIONS, INC. | 731.73 |
| 22780377 | 12/18/2008 | 6649 | KABLE DIST. SVC (BAUER) | 2,209,047.25 |
| 22780404 | 12/22/2008 | 6649 | KABLE DIST. SVC (BAUER) | 1,476,852.26 |
| 22780483 | 12/30/2008 | 6649 | KABLE DIST. SVC (BAUER) | 203,734.07 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780885 | 1/16/2009 | 6649 | KABLE DIST. SVC (BAUER) | 2,401,092.20 |
| 22780932 | 1/22/2009 | 6649 | KABLE DIST. SVC (BAUER) | 1,251,398.66 |
| 22780291 | 12/9/2008 | 1900 | KABLE DISTRIBUTION SERV., INC. | 925,074.43 |
| 22780313 | 12/11/2008 | 1900 | KABLE DISTRIBUTION SERV., INC. | 763,248.28 |
| 22780486 | 12/30/2008 | 1900 | KABLE DISTRIBUTION SERV., INC. | 1,727,358.21 |
| 22780152 | 12/4/2008 | 4277 | KANE MILLER BOOKS | 364.03 |
| 22780389 | 12/18/2008 | 5825 | KANSAS CITY STAR | 879.89 |
| 22780249 | 12/9/2008 | 60876 | KANSAS DEPARTMENT OF REVENUE | 717.06 |
| 22780646 | 1/8/2009 | 60876 | KANSAS DEPARTMENT OF REVENUE | 244.32 |
| 22780647 | 1/8/2009 | 60876 | KANSAS DEPARTMENT OF REVENUE | 8.99 |
| 22780338 | 12/11/2008 | 2400 | KAPPA BOOKS | 1,794.00 |
| 22780877 | 1/15/2009 | 2400 | KAPPA BOOKS | 862.44 |
| 22781226 | 2/27/2009 | 777100202 | KAREN COX | 700.00 |
| 22780719 | 1/13/2009 | 999005780 | KASH N KARRY FOOD STORES | 64,789.15 |
| 22781253 | 2/27/2009 | 777037576 | KATHRYN HOLLON | 700.00 |
| 22780810 | 1/13/2009 | 999008792 | KEARNEY BIG V COUNTRY MART | 389.04 |
| 22781295 | 2/27/2009 | 777042614 | KELLY STEMEYE | 700.00 |
| 22780137 | 12/4/2008 | 118816 | KENNETH E BROYHILL | 206.30 |
| 22780320 | 12/11/2008 | 118816 | KENNETH E BROYHILL | 206.30 |
| 22780380 | 12/18/2008 | 118816 | KENNETH E BROYHILL | 144.41 |
| 22780363 | 12/16/2008 | 118543 | KEN'S EXTERMINATING COMPANY | 34.00 |
| 22780979 | 1/27/2009 | 118543 | KEN'S EXTERMINATING COMPANY | 34.00 |
| 22780568 | 1/8/2009 | 777043023 | KENT HAVERMANN | 2,065.45 |
| 22781249 | 2/27/2009 | 777043023 | KENT HAVERMANN | 700.00 |
| 22781255 | 2/27/2009 | 777096510 | KEVIN HUTSON | 700.00 |
| 22781292 | 2/27/2009 | 777039032 | KIMBERLY SEAVER | 700.00 |
| 22780250 | 12/9/2008 | 999021374 | KING FORT MAGAZINES | 449.48 |
| 22780648 | 1/8/2009 | 999021374 | KING FORT MAGAZINES | 74.05 |
| 22781063 | 2/3/2009 | 999021374 | KING FORT MAGAZINES | 362.24 |
| 22780698 | 1/13/2009 | 116953 | KIRBY FOODS, INC. | 4,013.29 |
| 22780251 | 12/9/2008 | 999021853 | KNIGHTS, INC | 1,028.35 |
| 22780649 | 1/8/2009 | 999021853 | KNIGHTS, INC | 110.46 |
| 22781064 | 2/3/2009 | 999021853 | KNIGHTS, INC | 712.23 |
| 22780954 | 1/26/2009 | 194875 | KNOX COUNTY GENERAL SESSIONS | 229.45 |
| 22781118 | 2/9/2009 | 194875 | KNOX COUNTY GENERAL SESSIONS | 229.45 |
| 22781202 | 2/24/2009 | 194875 | KNOX COUNTY GENERAL SESSIONS | 185.97 |
| 22780701 | 1/13/2009 | 999004508 | KNOX COUNTY TRUSTEE /FRED SISK | 5,814.00 |
| 22780366 | 12/18/2008 | 3850 | KOMAR COMPANY | 2,644.68 |
| 22780598 | 1/8/2009 | 3850 | KOMAR COMPANY | 19,295.68 |
| 22780811 | 1/13/2009 | 118852 | KROGER COLUMBUS | 207.00 |
| 22780697 | 1/13/2009 | 118853 | KROGER MICHIGAN | 3,912.00 |
| 22780812 | 1/13/2009 | 999020412 | KWIK SHOPPE | 275.43 |
| 22781219 | 2/27/2009 | 777102626 | LACEY CLARK-GLOVER | 700.00 |
| 22780252 | 12/9/2008 | 999030509 | LAKE CONROE EXXON | 877.85 |
| 22781245 | 2/27/2009 | 777095593 | LANAKA HALL | 700.00 |
| 22781192 | 2/20/2009 | 777040517 | LARRY BURTON | 462.44 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781214 | 2/27/2009 | 777040517 | LARRY BURTON | 700.00 |
| 22780905 | 1/20/2009 | 111591 | LARRY'S LOCK SHOP | 139.27 |
| 22780095 | 12/4/2008 | 999030506 | LAWAI GENERAL STORE | 2,101.87 |
| 22781191 | 2/20/2009 | 777038846 | LEE BARKSDALE | 1,318.86 |
| 22781208 | 2/27/2009 | 777038846 | LEE BARKSDALE | 700.00 |
| 22780650 | 1/8/2009 | 2316 | LEGACY COMMUNICATIONS INC | 778.32 |
| 22780116 | 12/4/2008 | 3240 | LEISURE ARTS | 26,744.61 |
| 22780651 | 1/8/2009 | 1735 | LEISURE PUBLISHING CO., INC. | 1,836.25 |
| 22781216 | 2/27/2009 | 777103758 | LETA CARTER | 700.00 |
| 22780179 | 12/9/2008 | 999025483 | LIHUE AIRPORT NEWSSTAND | 2,520.19 |
| 22780652 | 1/8/2009 | 999025483 | LIHUE AIRPORT NEWSSTAND | 151.39 |
| 22781016 | 2/3/2009 | 999025483 | LIHUE AIRPORT NEWSSTAND | 7,153.02 |
| 22780813 | 1/13/2009 | 999007440 | LIPARI'S SUN FRESH | 353.95 |
| 22781297 | 2/27/2009 | 777042725 | LISA TURNER | 700.00 |
| 22781300 | 2/27/2009 | 777107782 | LORILYNN WARNER | 700.00 |
| 22780906 | 1/20/2009 | 116578 | LSI GRAPHIC SOLUTIONS PLUS | 1,642.81 |
| 22780999 | 1/29/2009 | 116578 | LSI GRAPHIC SOLUTIONS PLUS | 726.58 |
| 22781156 | 2/17/2009 | 116578 | LSI GRAPHIC SOLUTIONS PLUS | 967.05 |
| 22780253 | 12/9/2008 | 999021856 | LUCKYS SUPERMARKET/RAGLAND | 229.17 |
| 22780092 | 12/2/2008 | 194615 | LUIS MARTINEZ | 619.00 |
| 22780692 | 1/13/2009 | 999011440 | LUNARDI'S MARKETS | 3,053.24 |
| 22780153 | 12/4/2008 | 3717 | MACVAN PRODUCTIONS INC | 63.45 |
| 22780500 | 1/2/2009 | 3717 | MACVAN PRODUCTIONS INC | 56.91 |
| 22780254 | 12/9/2008 | 999029976 | MAD PRICER JD & JH ENTERPRISE | 241.34 |
| 22781065 | 2/3/2009 | 999029976 | MAD PRICER JD & JH ENTERPRISE | 215.09 |
| 22780154 | 12/4/2008 | 5781 | MADDEN PUBLISHING | 604.34 |
| 22780182 | 12/9/2008 | 999020422 | MAGAZINE INFORMATION NETWORK | 2,800.00 |
| 22780846 | 1/15/2009 | 999020422 | MAGAZINE INFORMATION NETWORK | 2,800.00 |
| 22780539 | 1/6/2009 | 118795 | MAGELLAN TRANSPORT LOGISTIS | 920.00 |
| 22781268 | 2/27/2009 | 777102979 | MAGGIE MOORE | 700.00 |
| 22781289 | 2/27/2009 | 777097065 | MALINI SADASIVAM | 700.00 |
| 22780255 | 12/9/2008 | 230 | MANAGER OF REVENUE | 29.25 |
| 22780540 | 1/6/2009 | 230 | MANAGER OF REVENUE | 29.25 |
| 22780653 | 1/8/2009 | 230 | MANAGER OF REVENUE | 25.29 |
| 22780736 | 1/13/2009 | 115120 | MANAGER OF REVENUE | 604.29 |
| 22781136 | 2/11/2009 | 230 | MANAGER OF REVENUE | 29.25 |
| 22781198 | 2/20/2009 | 777043100 | MARION OPDAHL | 71.41 |
| 22781278 | 2/27/2009 | 777043100 | MARION OPDAHL | 700.00 |
| 22781252 | 2/27/2009 | 777042810 | MARY HENSLEY | 700.00 |
| 22781269 | 2/27/2009 | 777042705 | MARY MORRIS | 700.00 |
| 22781303 | 2/27/2009 | 777096099 | MARY WILES | 700.00 |
| 22781196 | 2/20/2009 | 777038673 | MAX MORTON JR | 635.97 |
| 22781270 | 2/27/2009 | 777038673 | MAX MORTON JR | 700.00 |
| 22780197 | 12/9/2008 | 999007428 | MCKEEVER'S FOOD STORES | 5,950.34 |
| 22780541 | 1/6/2009 | 999007428 | MCKEEVER'S FOOD STORES | 1,066.41 |
| 22780706 | 1/13/2009 | 999007428 | MCKEEVER'S FOOD STORES | 9,760.09 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781009 | 2/3/2009 | 999007428 | MCKEEVER'S FOOD STORES | 3,427.76 |
| 22780257 | 12/9/2008 | 999030124 | MEALS & MORE | 359.55 |
| 22780542 | 1/6/2009 | 999030124 | MEALS & MORE | 596.22 |
| 22781066 | 2/3/2009 | 999030124 | MEALS & MORE | 597.07 |
| 22780122 | 12/4/2008 | 999029796 | MEDIA SOLUTIONS | 80,978.04 |
| 22781033 | 2/3/2009 | 999029796 | MEDIA SOLUTIONS | 60,583.78 |
| 22780258 | 12/9/2008 | 999021368 | MEDICAL TOWER DRUG | 235.54 |
| 22780543 | 1/6/2009 | 999021368 | MEDICAL TOWER DRUG | 105.72 |
| 22781067 | 2/3/2009 | 999021368 | MEDICAL TOWER DRUG | 419.77 |
| 22781211 | 2/27/2009 | 777097496 | MELIA BROWN | 700.00 |
| 22781263 | 2/27/2009 | 777041916 | MELISSA LUTTRELL | 700.00 |
| 22780120 | 12/4/2008 | 2028 | MEREDITH | 61,812.73 |
| 22780184 | 12/9/2008 | 999029212 | MGM MIRAGE RETAIL | 2,870.57 |
| 22781021 | 2/3/2009 | 999029212 | MGM MIRAGE RETAIL | 9,267.32 |
| 22780558 | 1/6/2009 | 118845 | MICHAEL C ROWE | 330.00 |
| 22780413 | 12/23/2008 | 777038415 | MICHAEL CAMPBELL | 5,051.25 |
| 22781264 | 2/27/2009 | 777042394 | MICHAEL MARY | 700.00 |
| 22781284 | 2/27/2009 | 777042835 | MICHAEL REED | 700.00 |
| 22781302 | 2/27/2009 | 777095115 | MICHAEL WHITE | 700.00 |
| 22781291 | 2/27/2009 | 777096266 | MICHELLE SAULS | 700.00 |
| 22780155 | 12/4/2008 | 1844 | MID SOUTH HUNTING & FISH NEWS | 469.96 |
| 22780501 | 1/2/2009 | 1844 | MID SOUTH HUNTING & FISH NEWS | 93.46 |
| 22780156 | 12/4/2008 | 116299 | MIDDLE TENNESSEE ELECTRIC | 592.00 |
| 22780474 | 12/30/2008 | 116299 | MIDDLE TENNESSEE ELECTRIC | 962.91 |
| 22781068 | 2/3/2009 | 116299 | MIDDLE TENNESSEE ELECTRIC | 1,190.50 |
| 22780297 | 12/11/2008 | 6552 | MIDPOINT TRADE BOOKS | 2,897.61 |
| 22780655 | 1/8/2009 | 3880 | MIDWEST OUTDOORS | 813.27 |
| 22781186 | 2/19/2009 | 999019605 | MILLER CUSTOM WOODWORKING | 316.97 |
| 22780157 | 12/4/2008 | 5733 | MILWAIKEE MAGAZINE | 479.88 |
| 22780502 | 1/2/2009 | 5733 | MILWAUKEE MAGAZINE | 123.84 |
| 22780259 | 12/9/2008 | 999029975 | MINTZ INC | 440.81 |
| 22780544 | 1/6/2009 | 999029975 | MINTZ INC | 188.30 |
| 22780656 | 1/8/2009 | 61549 | MISSOURI DEPARTMENT OF REVENUE | 14.78 |
| 22780657 | 1/8/2009 | 112137 | MISSOURI DEPARTMENT OF REVENUE | 756.73 |
| 22781259 | 2/27/2009 | 777101293 | MISTY KONGTUM | 700.00 |
| 22781251 | 2/27/2009 | 777102941 | MITZI HENDERSON | 700.00 |
| 22780108 | 12/4/2008 | 3477 | MODERN PUBLISHING | 10,505.22 |
| 22780574 | 1/8/2009 | 1742 | MOODY PRESS | 4,400.41 |
| 22780424 | 12/23/2008 | 1536 | MPS | 429,594.77 |
| 22780930 | 1/22/2009 | 1536 | MPS | 388,022.83 |
| 22780814 | 1/13/2009 | 112704 | MR. D'S | 326.91 |
| 22780538 | 1/6/2009 | 999021839 | M'S PUAKO GENERAL STORE | 28.07 |
| 102179 | 12/23/2008 | 60225 | MSOLUTIONS, LLC | 3,644.42 |
| 102186 | 12/30/2008 | 60225 | MSOLUTIONS, LLC | 400.00 |
| 102293 | 2/24/2009 | 60225 | MSOLUTIONS, LLC | 240.00 |
| 22781287 | 2/27/2009 | 777103290 | NANCY RICHARDS | 700.00 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22780482 | 12/30/2008 | 1240 | NASHVILLE INTERIORS CONS. GDE | 5,396.33 |
| 22780123 | 12/4/2008 | 2094 | NATIONAL BOOK NETWORK, INC. | 86,950.24 |
| 22780612 | 1/8/2009 | 2094 | NATIONAL BOOK NETWORK, INC. | 59,640.08 |
| 22780503 | 1/2/2009 | 3291 | NAV PRESS | 91.54 |
| 22780260 | 12/9/2008 | 118196 | NC DEPARTMENT OF REVENUE | 218.00 |
| 22780545 | 1/6/2009 | 118196 | NC DEPARTMENT OF REVENUE | 517.00 |
| 22781137 | 2/11/2009 | 118196 | NC DEPARTMENT OF REVENUE | 218.00 |
| 22780158 | 12/4/2008 | 4688 | NEBRASKA LIFE MAGAZINE | 1,155.87 |
| 22780576 | 1/8/2009 | 116584 | NELDA WELLS SPEARS, TAX | 4,840.51 |
| 22780658 | 1/8/2009 | 999020315 | NEVADA LEGAL PRESS | 30.00 |
| 22780261 | 12/9/2008 | 999025480 | NEW HAVEN UNION NEWS | 1,507.35 |
| 22780546 | 1/6/2009 | 999025480 | NEW HAVEN UNION NEWS | 103.83 |
| 22781069 | 2/3/2009 | 999025480 | NEW HAVEN UNION NEWS | 1,885.08 |
| 102218 | 1/14/2009 | 60254 | NEW MEXICO TAX & REV. DEPART. | 8.75 |
| 102280 | 2/18/2009 | 118889 | NEWLEAF | 12,500.00 |
| 22780815 | 1/13/2009 | 999018248 | NEWPORT AVENUE MARKET | 269.02 |
| 22780816 | 1/13/2009 | 999018247 | NEWS AND SMOKE | 1,490.71 |
| 22781282 | 2/27/2009 | 777042361 | NICHOLAS PROKOP | 700.00 |
| 22780159 | 12/4/2008 | 4105 | NORTH CAROLINA SPORTSMAN | 986.18 |
| 22780938 | 1/22/2009 | 999030512 | NORTHSIDE GROCERY | 49.95 |
| 22780475 | 12/30/2008 | 999005303 | OFFICE DEPOT, INC | 321.82 |
| 22780817 | 1/13/2009 | 999005303 | OFFICE DEPOT, INC | 88.40 |
| 22780980 | 1/27/2009 | 999005303 | OFFICE DEPOT, INC | 77.61 |
| 22780022 | 12/1/2008 | 20063 | OFFICE OF THE CHAPTER 13 | 670.00 |
| 22780347 | 12/15/2008 | 20063 | OFFICE OF THE CHAPTER 13 | 670.00 |
| 22780447 | 12/29/2008 | 20063 | OFFICE OF THE CHAPTER 13 | 670.00 |
| 22780687 | 1/12/2009 | 20063 | OFFICE OF THE CHAPTER 13 | 670.00 |
| 22780953 | 1/26/2009 | 20063 | OFFICE OF THE CHAPTER 13 | 670.00 |
| 22781117 | 2/9/2009 | 20063 | OFFICE OF THE CHAPTER 13 | 670.00 |
| 22781201 | 2/24/2009 | 20063 | OFFICE OF THE CHAPTER 13 | 430.21 |
| 22780440 | 12/23/2008 | 999014463 | OFFICE WORKS, LLC | 764.75 |
| 102199 | 1/8/2009 | 115735 | OHIO TREASURER OF STATE | 1.05 |
| 22780659 | 1/8/2009 | 115735 | OHIO TREASURER OF STATE | 33.10 |
| 22780879 | 1/15/2009 | 109402 | OKLAHOMA TAX COMMISION | 450.15 |
| 22780262 | 12/9/2008 | 350 | OKLAHOMA TAX COMMISSION | 47.00 |
| 22780160 | 12/4/2008 | 999003650 | OLD DOMINION FREIGHT LINE, INC | 214.76 |
| 22780409 | 12/23/2008 | 999003650 | OLD DOMINION FREIGHT LINE, INC | 3,425.11 |
| 22780476 | 12/30/2008 | 118626 | OLD DOMINION FREIGHT LINE, INC | 1,714.84 |
| 22780477 | 12/30/2008 | 999003650 | OLD DOMINION FREIGHT LINE, INC | 73.37 |
| 22780506 | 1/6/2009 | 118626 | OLD DOMINION FREIGHT LINE, INC | 2,093.64 |
| 22780880 | 1/15/2009 | 999003650 | OLD DOMINION FREIGHT LINE, INC | 1,025.95 |
| 22781138 | 2/11/2009 | 999003650 | OLD DOMINION FREIGHT LINE, INC | 236.78 |
| 22781164 | 2/19/2009 | 999003650 | OLD DOMINION FREIGHT LINE, INC | 3,267.90 |
| 22780818 | 1/13/2009 | 117476 | OLYMPIC DRUG | 148.75 |
| 22780478 | 12/30/2008 | 5904 | OPEN GATE MEDIA | 176.15 |
| 22780263 | 12/9/2008 | 118597 | OUTRIGGER SHOPS LTD | 67.14 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781070 | 2/3/2009 | 118597 | OUTRIGGER SHOPS LTD | 269.06 |
| 22780547 | 1/6/2009 | 112490 | OUTSOLVE! | 700.00 |
| 22780504 | 1/2/2009 | 2480 | OXFORD UNIVERSITY PRESS | 293.79 |
| 22780981 | 1/27/2009 | 999030513 | OZARK GRO OUTLET | 194.61 |
| 22780588 | 1/8/2009 | 60850 | PACKAGING CREDIT COMPANY, LLC | 10,888.86 |
| 22780982 | 1/27/2009 | 60850 | PACKAGING CREDIT COMPANY, LLC | 1,050.00 |
| 22781163 | 2/19/2009 | 60850 | PACKAGING CREDIT COMPANY, LLC | 2,655.30 |
| 22780441 | 12/23/2008 | 107276 | PAETEC | 1,371.48 |
| 22780983 | 1/27/2009 | 107276 | PAETEC | 1,368.12 |
| 22781227 | 2/27/2009 | 777037443 | PAMELA COX | 700.00 |
| 22781276 | 2/27/2009 | 777100782 | PAMELA O'DELL | 700.00 |
| 22780917 | 1/22/2009 | 6698 | PARRAGON, INC. | 4,697.26 |
| 22780819 | 1/13/2009 | 999007443 | PASSANTINO'S SUNFRESH | 109.97 |
| 22781228 | 2/27/2009 | 777042787 | PATRICIA DAVIS | 700.00 |
| 22781279 | 2/27/2009 | 777042710 | PATRICIA PARTON | 700.00 |
| 22781294 | 2/27/2009 | 777042197 | PATRICIA STEELE | 700.00 |
| 22780820 | 1/13/2009 | 113340 | PAXTON IGA | 418.07 |
| 22781112 | 2/5/2009 | 11218 | PAY LESS FOOD | 1,226.60 |
| 22780450 | 12/30/2008 | 75 | PBCC | 3,641.30 |
| 22780370 | 12/18/2008 | 2102 | PEARSON EDUCATION | 9,798.23 |
| 22780919 | 1/22/2009 | 2102 | PEARSON EDUCATION | 5,141.54 |
| 22780105 | 12/4/2008 | 3606 | PENFIELD BOOKS | 5,266.26 |
| 22780308 | 12/11/2008 | 3173 | PERSEUS BOOK GROUP | 94,352.01 |
| 22780858 | 1/15/2009 | 3173 | PERSEUS BOOK GROUP | 97,231.05 |
| 22780161 | 12/4/2008 | 2546 | PETER PAUPER PRESS | 684.05 |
| 22780264 | 12/9/2008 | 999025478 | PETERSON'S NEWSSTAND | 1,096.07 |
| 22780548 | 1/6/2009 | 999025478 | PETERSON'S NEWSSTAND | 71.29 |
| 22781072 | 2/3/2009 | 999025478 | PETERSON'S NEWSSTAND | 558.55 |
| 22780549 | 1/6/2009 | 999000833 | PETTY CASH - PENNY HANKINS | 51.48 |
| 22781280 | 2/27/2009 | 777037579 | PHILIP PEPALIS | 700.00 |
| 22781176 | 2/19/2009 | 999030521 | PHOENICIAN RESORT | 36,487.34 |
| 22780205 | 12/9/2008 | 999025573 | PIGGLY WIGGLY ALA. DC | 15,868.13 |
| 22780550 | 1/6/2009 | 999025573 | PIGGLY WIGGLY ALA. DC | 1,444.91 |
| 22781015 | 2/3/2009 | 999025573 | PIGGLY WIGGLY ALA. DC | 6,709.84 |
| 22780162 | 12/4/2008 | 5821 | PIONEER COMMUNICATION | 1,030.50 |
| 22780821 | 1/13/2009 | 11221 | PLAZA MARKET | 166.30 |
| 22780265 | 12/9/2008 | 112889 | PODESTOS MARKET | 173.26 |
| 22780551 | 1/6/2009 | 112889 | PODESTOS MARKET | 309.68 |
| 22781073 | 2/3/2009 | 112889 | PODESTOS MARKET | 307.06 |
| 22780266 | 12/9/2008 | 999021391 | POOR RICHARDS | 278.96 |
| 22781074 | 2/3/2009 | 999021391 | POOR RICHARDS | 215.68 |
| 22780163 | 12/4/2008 | 4719 | POSTERITY PRESS | 938.05 |
| 22780660 | 1/8/2009 | 4719 | POSTERITY PRESS | 998.48 |
| 22780661 | 1/8/2009 | 114907 | POSTMASTER | 302.00 |
| 22780339 | 12/11/2008 | 510 | PRINT EDGE | 71.01 |
| 22780984 | 1/27/2009 | 510 | PRINT EDGE | 106.85 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781000 | 1/29/2009 | 510 | PRINT EDGE | 38.02 |
| 22781075 | 2/3/2009 | 510 | PRINT EDGE | 1,750.73 |
| 22780267 | 12/9/2008 | 999024037 | PRINTER'S INK | 194.35 |
| 22781212 | 2/27/2009 | 777042736 | PRISCILLA BULLOCK | 700.00 |
| 22780164 | 12/4/2008 | 6780 | PRO MEDIA GROUP | 450.87 |
| 22780939 | 1/22/2009 | 6197 | PROKAY COMMUNICATIONS | 1,611.74 |
| 102141 | 12/1/2008 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 6,500,000.00 |
| 102144 | 12/2/2008 | 117032 | PROLOGIX DISTRIBUTION SERVICES | 1,177,579.00 |
| 102147 | 12/8/2008 | 117032 | PROLOGIX DISTRIBUTION SERVICES | 54,439.00 |
| 102191 | 1/2/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 5,275,000.00 |
| 102193 | 1/2/2009 | 117032 | PROLOGIX DISTRIBUTION SERVICES | 929,776.00 |
| 102254 | 2/3/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 889,864.00 |
| 22780310 | 12/11/2008 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 105,865.15 |
| 22780352 | 12/16/2008 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 4,697.77 |
| 22780513 | 1/6/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 76,233.52 |
| 22780712 | 1/13/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 17,564.40 |
| 22780965 | 1/27/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 46,755.00 |
| 22780990 | 1/29/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 34,085.69 |
| 22781102 | 2/5/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 31,140.00 |
| 22781125 | 2/11/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 9,914.92 |
| 22781174 | 2/19/2009 | 116685 | PROLOGIX DISTRIBUTION SERVICES | 15,555.00 |
| 102249 | 2/2/2009 | 117032 | PROLOGIX WEST | 926,808.00 |
| 22780165 | 12/4/2008 | 3579 | PROMETHEUS BOOKS | 87.07 |
| 22781170 | 2/19/2009 | 999030517 | PRUETT'S FOOD ANTLERS | 6,020.40 |
| 22780268 | 12/9/2008 | 999021372 | PRUETT'S FOOD TOWN | 77.37 |
| 22780340 | 12/11/2008 | 78 | PTS OFFICE AUTOMATION INC | 53.20 |
| 22780985 | 1/27/2009 | 78 | PTS OFFICE AUTOMATION INC | 64.86 |
| 22780822 | 1/13/2009 | 999019904 | Q & S FOOD STORE | 87.43 |
| 22780699 | 1/13/2009 | 999007429 | QUEEN'S FOOD STORES | 4,131.53 |
| 22780269 | 12/9/2008 | 999025257 | QUEENS PRICE CHOPPER | 1,932.58 |
| 22780552 | 1/6/2009 | 999025257 | QUEENS PRICE CHOPPER | 443.22 |
| 22781076 | 2/3/2009 | 999025257 | QUEENS PRICE CHOPPER | 1,807.99 |
| 22780270 | 12/9/2008 | 999030508 | QUICK MART | 1,197.11 |
| 22780913 | 1/22/2009 | 112521 | RAINBOW MARKET | 2,431.06 |
| 22780465 | 12/30/2008 | 1696 | RANDOM HOUSE | 1,592,140.08 |
| 22780717 | 1/13/2009 | 999017701 | RAY'S | 32,014.97 |
| 22780199 | 12/9/2008 | 999029146 | REASORS | 10,053.87 |
| 22780553 | 1/6/2009 | 999029146 | REASORS | 1,543.64 |
| 22781022 | 2/3/2009 | 999029146 | REASORS | 9,453.14 |
| 22780713 | 1/13/2009 | 999011894 | REASOR'S DISCOUNT FOODS | 19,358.38 |
| 22781213 | 2/27/2009 | 777042801 | REBA BUMGARNER | 700.00 |
| 22780166 | 12/4/2008 | 117639 | RECEIVABLE MANAGEMENT SERVICES | 560.00 |
| 22781158 | 2/17/2009 | 117639 | RECEIVABLE MANAGEMENT SERVICES | 1,639.33 |
| 22780823 | 1/13/2009 | 999018276 | REDWAY LIQUORS | 286.84 |
| 22780186 | 12/9/2008 | 999029972 | REMKE MARKETS | 3,124.71 |
| 22780554 | 1/6/2009 | 999029972 | REMKE MARKETS | 305.93 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781077 | 2/3/2009 | 999029972 | REMKE MARKETS | 1,811.58 |
| 22781113 | 2/5/2009 | 194923 | RENO-TAHOE AIRPORT AUTHORITY | 50.00 |
| 22780918 | 1/22/2009 | 999018296 | RESERVE ACCOUNT | 5,000.00 |
| 22780555 | 1/6/2009 | 999011021 | RGIS INVENTORY SPECIALISTS | 1,067.84 |
| 22780824 | 1/13/2009 | 999013770 | RICHLAND MARKETS | 414.83 |
| 22780908 | 1/20/2009 | 999013770 | RICHLAND MARKETS | 221.51 |
| 22780662 | 1/8/2009 | 195017 | RISI INC. | 1,297.00 |
| 22780695 | 1/13/2009 | 999011449 | RITE AID | 3,777.73 |
| 22780703 | 1/13/2009 | 999011449 | RITE AID | 6,442.26 |
| 22780201 | 12/9/2008 | 999028057 | RLW INC | 10,189.30 |
| 22780556 | 1/6/2009 | 999028057 | RLW INC | 1,142.02 |
| 22780825 | 1/13/2009 | 999028057 | RLW INC | 12.87 |
| 22781030 | 2/3/2009 | 999028057 | RLW INC | 20,277.20 |
| 22781223 | 2/27/2009 | 777103115 | ROBERT COONEY | 700.00 |
| 22780826 | 1/13/2009 | 111090 | ROBERTS OF WOODSIDE | 444.72 |
| 22780185 | 12/9/2008 | 999021384 | ROCKY TOP MARKETS | 3,085.32 |
| 22780557 | 1/6/2009 | 999021384 | ROCKY TOP MARKETS | 224.54 |
| 22781078 | 2/3/2009 | 999021384 | ROCKY TOP MARKETS | 789.10 |
| 22780663 | 1/8/2009 | 6790 | ROSE HEART PUBLISHING | 154.80 |
| 22780271 | 12/9/2008 | 999030110 | ROWES SUPERMARKET | 365.96 |
| 22781194 | 2/20/2009 | 777089065 | RUSSELL HEENIE | 32.99 |
| 22781250 | 2/27/2009 | 777089065 | RUSSELL HEENIE | 700.00 |
| 22780167 | 12/4/2008 | 4793 | SACRAMENTO MAGAZINE | 407.64 |
| 22780615 | 1/8/2009 | 999004758 | SAFEWAY, INC. | 157,284.39 |
| 22780861 | 1/15/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22780928 | 1/22/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22780992 | 1/29/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22781104 | 2/5/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22781146 | 2/17/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22781181 | 2/19/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22781206 | 2/27/2009 | 999004758 | SAFEWAY, INC. | 157,284.37 |
| 22780342 | 12/11/2008 | 113823 | SALT LAKE CITY CORPORATION | 25.00 |
| 22780456 | 12/30/2008 | 1818 | SANDHILLS PUBLISHING | 39,434.50 |
| 22781232 | 2/27/2009 | 777042335 | SANDRA EMORY | 700.00 |
| 22781273 | 2/27/2009 | 777042623 | SANDRA NEWBY | 700.00 |
| 22780721 | 1/13/2009 | 999015435 | SAVE MART | 304,439.72 |
| 22780272 | 12/9/2008 | 999029971 | SAWYERS NEWS | 1,666.82 |
| 22780559 | 1/6/2009 | 999029971 | SAWYERS NEWS | 72.01 |
| 22781079 | 2/3/2009 | 999029971 | SAWYERS NEWS | 858.38 |
| 102203 | 1/9/2009 | 112585 | SC DEPARTMENT OF REVENUE | 708.00 |
| 22780168 | 12/4/2008 | 3572 | SCHOLASTIC LIBRARY | 252.01 |
| 22780107 | 12/4/2008 | 4433 | SEAGATE PUBLISHING COMPANY | 6,796.89 |
| 22780273 | 12/9/2008 | 999029970 | SEXTON FOODS SC MAGS | 471.56 |
| 22780664 | 1/8/2009 | 999029970 | SEXTON FOODS SC MAGS | 69.73 |
| 22781080 | 2/3/2009 | 999029970 | SEXTON FOODS SC MAGS | 404.51 |
| 79 | 12/2/2008 | 115089 | SH&S LIMITED PARTNERSHIP | 1,100.00 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 80 | 1/2/2009 | 115089 | SH&S LIMITED PARTNERSHIP | 1,100.00 |
| 81 | 2/2/2009 | 115089 | SH&S LIMITED PARTNERSHIP | 1,100.00 |
| 22781262 | 2/27/2009 | 777092016 | SHANA LONG | 700.00 |
| 22781274 | 2/27/2009 | 777038534 | SHANNON NIDA | 700.00 |
| 22781272 | 2/27/2009 | 777038359 | SHARON MUZZALL | 700.00 |
| 22781246 | 2/27/2009 | 777042704 | SHEILA HARDCASTLE | 700.00 |
| 22781081 | 2/3/2009 | 116224 | SHERIFF OF PUTNAM COUNTY | 987.43 |
| 22780693 | 1/13/2009 | 999017709 | SHERM'S THUNDERBIRD | 3,190.84 |
| 22780274 | 12/9/2008 | 999030407 | SHOP RITE | 1,843.74 |
| 22780665 | 1/8/2009 | 999030407 | SHOP RITE | 95.56 |
| 22781082 | 2/3/2009 | 999030407 | SHOP RITE | 1,260.76 |
| 22780275 | 12/9/2008 | 999024028 | SHOP RITE OF FORT OGLETHORPE | 95.20 |
| 22780666 | 1/8/2009 | 999024028 | SHOP RITE OF FORT OGLETHORPE | 77.01 |
| 22781083 | 2/3/2009 | 999024028 | SHOP RITE OF FORT OGLETHORPE | 285.52 |
| 22780667 | 1/8/2009 | 999027502 | SHORT STOP MARKET | 25.57 |
| 22780827 | 1/13/2009 | 999017719 | SID'S | 347.45 |
| 22781267 | 2/27/2009 | 777103929 | SIENNA MCDANIEL | 700.00 |
| 22780079 | 12/2/2008 | 118745 | SILVER ARROW CREATIVE | 3,205.25 |
| 22780276 | 12/9/2008 | 118745 | SILVER ARROW CREATIVE | 1,352.24 |
| 22780405 | 12/23/2008 | 118745 | SILVER ARROW CREATIVE | 2,108.66 |
| 22780891 | 1/20/2009 | 118745 | SILVER ARROW CREATIVE | 4,600.90 |
| 22781166 | 2/19/2009 | 118745 | SILVER ARROW CREATIVE | 3,280.37 |
| 22780426 | 12/23/2008 | 1673 | SIMON & SCHUSTER | 1,937,077.29 |
| 22780294 | 12/11/2008 | 6809 | SLACK INC | 2,008.69 |
| 22780960 | 1/27/2009 | 6809 | SLACK INC | 8,715.90 |
| 22780668 | 1/8/2009 | 6532 | SMART MAGAZINE | 587.46 |
| 22780277 | 12/9/2008 | 194933 | SMITH & HAMMAKER | 190.44 |
| 22780442 | 12/23/2008 | 194933 | SMITH & HAMMAKER | 13.64 |
| 22780669 | 1/8/2009 | 194933 | SMITH & HAMMAKER | -181.80 |
| 22780828 | 1/13/2009 | 194933 | SMITH & HAMMAKER | 10.44 |
| 22781298 | 2/27/2009 | 777102370 | SONJA VANN | 700.00 |
| 22780860 | 1/15/2009 | 112451 | SOURCE INTERLINK COMPANIES,INC | 115,037.33 |
| 22780084 | 12/2/2008 | 194780 | SOURCE INTERLINK DISTRIBUTION | 12,434.33 |
| 22780190 | 12/9/2008 | 194780 | SOURCE INTERLINK DISTRIBUTION | 3,429.81 |
| 22780354 | 12/16/2008 | 194780 | SOURCE INTERLINK DISTRIBUTION | 6,597.67 |
| 22780417 | 12/23/2008 | 194780 | SOURCE INTERLINK DISTRIBUTION | 10,827.58 |
| 22780505 | 1/2/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 13.06 |
| 22780700 | 1/13/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 5,758.25 |
| 22780710 | 1/13/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 15,467.68 |
| 22780893 | 1/20/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 15,906.62 |
| 22780961 | 1/27/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 14,726.05 |
| 22781024 | 2/3/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 12,003.42 |
| 22781124 | 2/11/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 4,846.83 |
| 22781143 | 2/17/2009 | 194780 | SOURCE INTERLINK DISTRIBUTION | 5,895.00 |
| 22780279 | 12/9/2008 | 359 | SOUTH CAROLINA TAX COMMISSION | 323.26 |
| 22780560 | 1/6/2009 | 359 | SOUTH CAROLINA TAX COMMISSION | 672.42 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781139 | 2/11/2009 | 359 | SOUTH CAROLINA TAX COMMISSION | 323.26 |
| 22780343 | 12/11/2008 | 999003422 | SOUTHEASTERN LASER PRODUCTS | 1,053.18 |
| 22780364 | 12/16/2008 | 999003422 | SOUTHEASTERN LASER PRODUCTS | 75.38 |
| 22780829 | 1/13/2009 | 999003422 | SOUTHEASTERN LASER PRODUCTS | 382.38 |
| 22781001 | 1/29/2009 | 999003422 | SOUTHEASTERN LASER PRODUCTS | 103.79 |
| 22781159 | 2/17/2009 | 999003422 | SOUTHEASTERN LASER PRODUCTS | 278.59 |
| 22780711 | 1/13/2009 | 116610 | SOUTHERN FAMILY MARKETS | 16,702.44 |
| 22780104 | 12/4/2008 | 2889 | SOUTHERN ILLINOIS TRADER | 4,826.78 |
| 22780452 | 12/30/2008 | 2889 | SOUTHERN ILLINOIS TRADER | 5,957.80 |
| 22780458 | 12/30/2008 | 1876 | SPANISH PERIODICALS LLC. | 76,962.91 |
| 22780280 | 12/9/2008 | 999021378 | SPIRES IGA SUPERMARKET | 83.28 |
| 22781085 | 2/3/2009 | 999021378 | SPIRES IGA SUPERMARKET | 107.37 |
| 22780592 | 1/8/2009 | 1776 | SPORTS TIME PUBLICATIONS | 16,057.85 |
| 22780181 | 12/9/2008 | 111687 | SPRINT | 2,701.49 |
| 22780889 | 1/20/2009 | 111687 | SPRINT | 2,310.91 |
| 22780986 | 1/27/2009 | 999030487 | ST ALS-GIFT SHOP | 480.73 |
| 22780194 | 12/9/2008 | 999020418 | STAR MARKETS | 4,404.81 |
| 22780670 | 1/8/2009 | 999020418 | STAR MARKETS | 475.91 |
| 22780830 | 1/13/2009 | 999020418 | STAR MARKETS | 77.15 |
| 22781005 | 2/3/2009 | 999020418 | STAR MARKETS | 2,211.92 |
| 22780831 | 1/13/2009 | 999009935 | STATE COMPTROLLER | 92.27 |
| 102200 | 1/8/2009 | 999003115 | STATE OF ARKANSAS | 1,205.00 |
| 22780403 | 12/22/2008 | 999018413 | STATE OF HAWAII | 4,284.07 |
| 22780959 | 1/27/2009 | 999018413 | STATE OF HAWAII | 8,051.09 |
| 102170 | 12/17/2008 | 112850 | STATE OF WASHINGTON | 1,669.19 |
| 102229 | 1/13/2009 | 112850 | STATE OF WASHINGTON | 2,284.83 |
| 102283 | 2/19/2009 | 112850 | STATE OF WASHINGTON | 1,807.56 |
| 22781271 | 2/27/2009 | 777038464 | STEPHANIA MOTES | 700.00 |
| 22781241 | 2/27/2009 | 777038289 | STEPHANIE GODDARD | 700.00 |
| 22780138 | 12/4/2008 | 118813 | STEPHEN CENTNER | 206.30 |
| 22780321 | 12/11/2008 | 118813 | STEPHEN CENTNER | 216.62 |
| 22780381 | 12/18/2008 | 118813 | STEPHEN CENTNER | 144.41 |
| 22780603 | 1/8/2009 | 1533 | STERLING PUBLISHING CO., INC. | 24,944.95 |
| 22780832 | 1/13/2009 | 115931 | STEWART'S, INC. | 117.62 |
| 22780833 | 1/13/2009 | 116581 | STEWART'S, INC. | 136.42 |
| 22780989 | 1/29/2009 | 115320 | STITES & HARBISON, PLLC | 6,917.75 |
| 22780834 | 1/13/2009 | 999019957 | SUNRIVER COUNTRY STORE | 256.01 |
| 22780835 | 1/13/2009 | 999019955 | SUNRIVER MARKET PLACE | 159.73 |
| 102155 | 12/10/2008 | 999000650 | SUNTRUST ATLANTA | 36,702.12 |
| 102158 | 12/11/2008 | 999000650 | SUNTRUST ATLANTA | 30.00 |
| 102166 | 12/16/2008 | 999000650 | SUNTRUST ATLANTA | 11,907.11 |
| 102172 | 12/18/2008 | 999000650 | SUNTRUST ATLANTA | 11,673.33 |
| 102189 | 12/31/2008 | 999000650 | SUNTRUST ATLANTA | 11,143.05 |
| 102225 | 1/13/2009 | 999000650 | SUNTRUST ATLANTA | 12,080.42 |
| 102234 | 1/22/2009 | 999000650 | SUNTRUST ATLANTA | 14,253.81 |
| 102243 | 1/27/2009 | 999000650 | SUNTRUST ATLANTA | 11,796.09 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|--------|------|--------|-------------|-------------|
| 102259 | 2/3/2009 | 999000650 | SUNTRUST ATLANTA | 132,796.82 |
| 102270 | 2/10/2009 | 999000650 | SUNTRUST ATLANTA | 11,857.70 |
| 102282 | 2/20/2009 | 999000650 | SUNTRUST ATLANTA | 12,454.22 |
| 102295 | 2/24/2009 | 999000650 | SUNTRUST ATLANTA | 5,611.58 |
| 102154 | 12/10/2008 | 999007616 | SUNTRUST BANKCARD, N.A. | 2,269.71 |
| 102210 | 1/12/2009 | 999007616 | SUNTRUST BANKCARD, N.A. | 1,503.01 |
| 102276 | 2/13/2009 | 999007616 | SUNTRUST BANKCARD, N.A. | 1,809.54 |
| 22780281 | 12/9/2008 | 999020415 | SUPER A FOODS | 1,503.79 |
| 22780183 | 12/9/2008 | 999005985 | SUPERMARKET INVESTORS INC | 2,817.35 |
| 22780671 | 1/8/2009 | 999005985 | SUPERMARKET INVESTORS INC | 219.23 |
| 22780836 | 1/13/2009 | 999005985 | SUPERMARKET INVESTORS INC | 611.55 |
| 22781086 | 2/3/2009 | 999005985 | SUPERMARKET INVESTORS INC | 1,765.43 |
| 22780672 | 1/8/2009 | 999030098 | SUPERSTOP | 33.29 |
| 22781229 | 2/27/2009 | 777100336 | SUSAN DENT | 700.00 |
| 22781242 | 2/27/2009 | 777095617 | SUZANNE GOLDEN | 700.00 |
| 22781304 | 2/27/2009 | 777096215 | TAMARA WRIGHT | 700.00 |
| 22781281 | 2/27/2009 | 777042697 | TAMMY PROCTOR | 700.00 |
| 22780097 | 12/4/2008 | 2621 | TAMPA BAY PUB | 3,147.00 |
| 22781169 | 2/19/2009 | 999030518 | TANDY'S SUPER MARKET | 5,265.34 |
| 22780282 | 12/9/2008 | 999025532 | TARRYTOWN PHARMACY | 254.01 |
| 22781087 | 2/3/2009 | 999025532 | TARRYTOWN PHARMACY | 346.06 |
| 22780837 | 1/13/2009 | 118391 | TAX TRUST ACCOUNT-ALATAX | 160.00 |
| 22781100 | 2/5/2009 | 118391 | TAX TRUST ACCOUNT-ALATAX | 23,810.31 |
| 22780169 | 12/4/2008 | 4231 | TAYLOR & FRANCIS | 203.57 |
| 22780673 | 1/8/2009 | 4231 | TAYLOR & FRANCIS | 259.10 |
| 22781285 | 2/27/2009 | 777094874 | TED REILLY | 700.00 |
| 22780561 | 1/6/2009 | 118367 | TEL-TEC, INC. | 1,196.29 |
| 22780674 | 1/8/2009 | 118367 | TEL-TEC, INC. | 266.60 |
| 102213 | 1/12/2009 | 999000331 | TENNESSEE DEPT OF REVENUE | -54.00 |
| 102226 | 1/13/2009 | 999000331 | TENNESSEE DEPT OF REVENUE | 2,239.00 |
| 102227 | 1/13/2009 | 999000331 | TENNESSEE DEPT OF REVENUE | 1,255.00 |
| 102279 | 2/18/2009 | 999000331 | TENNESSEE DEPT OF REVENUE | 20.00 |
| 22780170 | 12/4/2008 | 4050 | TEXAS FISH & GAME | 447.93 |
| 22780675 | 1/8/2009 | 4050 | TEXAS FISH & GAME | 492.35 |
| 22780676 | 1/8/2009 | 4097 | TEXAS GARDENER | 559.30 |
| 22780779 | 1/13/2009 | 109341 | THE CITY OF PRATTVILLE | 158.83 |
| 22780443 | 12/23/2008 | 999030510 | THE MARKET | 1,503.43 |
| 22780590 | 1/8/2009 | 1321 | THE MCGRAW-HILL COMPANIES INC | 15,102.56 |
| 22780562 | 1/6/2009 | 999018984 | THE MILLER GROUP | 997.25 |
| 22781114 | 2/5/2009 | 999018984 | THE MILLER GROUP | 350.00 |
| 2 | 1/15/2009 | 194806 | THE NEWS GROUP | 123,727.69 |
| 102157 | 12/10/2008 | 117464 | THE NEWS GROUP | 2,023,500.00 |
| 102176 | 12/23/2008 | 117464 | THE NEWS GROUP | 250,772.16 |
| 102220 | 1/15/2009 | 194806 | THE NEWS GROUP | 123,727.69 |
| 102228 | 1/13/2009 | 117464 | THE NEWS GROUP | 160,024.18 |
| 102230 | 1/15/2009 | 117464 | THE NEWS GROUP | 123,727.69 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|--------|------|--------|-------------|-------------|
| 22781071 | 2/3/2009 | 999025479 | THE PARADIES SHOPS | 844.30 |
| 22780278 | 12/9/2008 | 999021375 | THE SMOKEHAUS | 120.36 |
| 22781084 | 2/3/2009 | 999021375 | THE SMOKEHAUS | 46.07 |
| 22780350 | 12/16/2008 | 118791 | THE WEST GROUP MULTIMEDIA, INC | 2,342.22 |
| 22780838 | 1/13/2009 | 999020075 | THIS & THAT CONVENIENCE | 153.50 |
| 22781222 | 2/27/2009 | 777037531 | THOMAS COLLINS | 700.00 |
| 22780391 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 748.95 |
| 22780392 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 87.15 |
| 22780393 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 255.78 |
| 22780394 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 1,163.01 |
| 22780395 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 762.50 |
| 22780396 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 206.72 |
| 22780397 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 214.74 |
| 22780398 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 380.32 |
| 22780399 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 411.21 |
| 22780400 | 12/18/2008 | 2012 | THOMAS NELSON PUBLISHING | 516.70 |
| 22780911 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 2,033.88 |
| 22780912 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 2,204.95 |
| 22780914 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 2,431.73 |
| 22780916 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 3,666.50 |
| 22780921 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 5,195.09 |
| 22780924 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 13,648.54 |
| 22780940 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 861.56 |
| 22780941 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 1,083.73 |
| 22780942 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 303.55 |
| 22780943 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 239.48 |
| 22780944 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 751.62 |
| 22780945 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 722.00 |
| 22780946 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 1,107.54 |
| 22780947 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 305.11 |
| 22780948 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 136.91 |
| 22780949 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 1,149.15 |
| 22780950 | 1/22/2009 | 2012 | THOMAS NELSON PUBLISHING | 387.52 |
| 22780881 | 1/15/2009 | 61007 | THORCO INDUSTRIES, INC. | 664.80 |
| 22780283 | 12/9/2008 | 999000634 | TIETGENS ENTERPRISES | 83.59 |
| 22781088 | 2/3/2009 | 999000634 | TIETGENS ENTERPRISES | 125.07 |
| 22780126 | 12/4/2008 | 1898 | TIME/WARNER RETAIL SALES & MKT | 2,824,735.27 |
| 22780489 | 12/30/2008 | 1898 | TIME/WARNER RETAIL SALES & MKT | 16,418,106.88 |
| 22780382 | 12/18/2008 | 999000955 | TIMOTHY K CORLEY, P.C. | 812.50 |
| 22780900 | 1/20/2009 | 999000955 | TIMOTHY K CORLEY, P.C. | 462.50 |
| 22781231 | 2/27/2009 | 777100562 | TINA EDWARDS | 700.00 |
| 22780987 | 1/27/2009 | 357 | TN DEPT OF EMPLOYMENT SECURITY | 304.88 |
| 22780284 | 12/9/2008 | 106397 | TODAY'S NEWS | 283.91 |
| 22781089 | 2/3/2009 | 106397 | TODAY'S NEWS | 164.06 |
| 22780285 | 12/9/2008 | 999009402 | TOWN AND COUNTRY | 69.02 |
| 22780200 | 12/9/2008 | 999029968 | TOWN COUNTRY GROCERY | 10,118.15 |

| Number | Date | Vendor | Vendor Name | Paid Amount |
|---|---|---|---|---|
| 22780677 | 1/8/2009 | 999029968 | TOWN COUNTRY GROCERY | 1,553.35 |
| 22781018 | 2/3/2009 | 999029968 | TOWN COUNTRY GROCERY | 8,251.77 |
| 22780192 | 12/9/2008 | 999029967 | TOWN COUNTRY SUPERMARKET | 3,578.18 |
| 22780678 | 1/8/2009 | 999029967 | TOWN COUNTRY SUPERMARKET | 373.08 |
| 22781090 | 2/3/2009 | 999029967 | TOWN COUNTRY SUPERMARKET | 753.61 |
| 22780839 | 1/13/2009 | 116047 | TOWN OF OCEANA | 7.38 |
| 22780193 | 12/9/2008 | 999029966 | TRAVELLER GIFTS LLC | 4,164.08 |
| 22780679 | 1/8/2009 | 999029966 | TRAVELLER GIFTS LLC | 1,789.08 |
| 22780840 | 1/13/2009 | 999029966 | TRAVELLER GIFTS LLC | 59.58 |
| 22781027 | 2/3/2009 | 999029966 | TRAVELLER GIFTS LLC | 13,816.86 |
| 22780841 | 1/13/2009 | 999020746 | TREASURER OF BOTETOURT COUNTY | 1,820.75 |
| 22780286 | 12/9/2008 | 999020121 | TREASURER STATE OF OHIO | 653.20 |
| 22780563 | 1/6/2009 | 999020121 | TREASURER STATE OF OHIO | 1,680.33 |
| 22781140 | 2/11/2009 | 999020121 | TREASURER STATE OF OHIO | 620.26 |
| 102233 | 1/20/2009 | 114489 | TREASURER-STATE OF IOWA | 1,955.00 |
| 22780287 | 12/9/2008 | 60847 | TROVER SHOP | 824.61 |
| 22780680 | 1/8/2009 | 60847 | TROVER SHOP | 66.89 |
| 22781091 | 2/3/2009 | 60847 | TROVER SHOP | 591.71 |
| 22780573 | 1/8/2009 | 3030 | TUCSON LIFESTYLE | 3,768.34 |
| 22780085 | 12/2/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 31,938.06 |
| 22780171 | 12/4/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 751.43 |
| 22780211 | 12/9/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 237,729.74 |
| 22780299 | 12/11/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 6,193.80 |
| 22780373 | 12/18/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 22,846.25 |
| 22780411 | 12/23/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 3,797.50 |
| 22780479 | 12/30/2008 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 53.54 |
| 22780512 | 1/6/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 59,674.50 |
| 22780854 | 1/15/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 22,466.30 |
| 22780909 | 1/20/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | -700.00 |
| 22780929 | 1/22/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 218,661.00 |
| 22780957 | 1/27/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 3,858.35 |
| 22781002 | 1/29/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 68.52 |
| 22781092 | 2/3/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 874.23 |
| 22781099 | 2/5/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 2,553.86 |
| 22781126 | 2/11/2009 | 116894 | TWIN RIVERS TECHNOLOGY GROUP | 17,165.62 |
| 22780099 | 12/4/2008 | 2014 | TYNDALE HOUSE PUBLISHERS | 3,786.45 |
| 22780600 | 1/8/2009 | 2014 | TYNDALE HOUSE PUBLISHERS | 19,531.40 |
| 22780681 | 1/8/2009 | 999029965 | U S COAST GUARD EXCHANGE | 4.40 |
| 22780421 | 12/23/2008 | 2593 | U.S. NAVAL INSTITUTE | 32,607.54 |
| 22780882 | 1/15/2009 | 999013170 | ULINE | 434.46 |
| 22781187 | 2/19/2009 | 999013170 | ULINE | 631.50 |
| 22780851 | 1/15/2009 | 1745 | UMI PUBLICATIONS | 20,615.91 |
| 22780444 | 12/23/2008 | 117287 | UNIQUE COMPANIES, INC. | 822.80 |
| 22781188 | 2/19/2009 | 117287 | UNIQUE COMPANIES, INC. | 290.94 |
| 22780094 | 12/2/2008 | 110020 | UNITED PARCEL SERVICE | 1,483.64 |
| 22780172 | 12/4/2008 | 110020 | UNITED PARCEL SERVICE | 325.60 |

| Number | Date | Vendor | Vendor Name | Paid Amount |
|---|---|---|---|---|
| 22780344 | 12/11/2008 | 110020 | UNITED PARCEL SERVICE | 1,708.93 |
| 22780365 | 12/16/2008 | 110020 | UNITED PARCEL SERVICE | 479.41 |
| 22780401 | 12/18/2008 | 110020 | UNITED PARCEL SERVICE | 507.33 |
| 22780408 | 12/23/2008 | 110020 | UNITED PARCEL SERVICE | 3,185.66 |
| 22780480 | 12/30/2008 | 110020 | UNITED PARCEL SERVICE | 1,545.29 |
| 22780564 | 1/6/2009 | 110020 | UNITED PARCEL SERVICE | 130.50 |
| 22780883 | 1/15/2009 | 110020 | UNITED PARCEL SERVICE | 1,602.31 |
| 22780910 | 1/20/2009 | 110020 | UNITED PARCEL SERVICE | 35.90 |
| 22780951 | 1/22/2009 | 110020 | UNITED PARCEL SERVICE | 1,486.74 |
| 22780988 | 1/27/2009 | 110020 | UNITED PARCEL SERVICE | 207.54 |
| 22781003 | 1/29/2009 | 110020 | UNITED PARCEL SERVICE | 764.33 |
| 22781094 | 2/3/2009 | 110020 | UNITED PARCEL SERVICE | 1,436.94 |
| 22781115 | 2/5/2009 | 110020 | UNITED PARCEL SERVICE | 110.32 |
| 22781160 | 2/17/2009 | 110020 | UNITED PARCEL SERVICE | 649.26 |
| 22781173 | 2/19/2009 | 110020 | UNITED PARCEL SERVICE | 10,574.36 |
| 22780705 | 1/13/2009 | 999006485 | UNITED SUPERMARKETS | 9,701.16 |
| 22780078 | 12/2/2008 | 999003745 | UNITED WAY OF GREATER | 2,306.87 |
| 22781120 | 2/11/2009 | 999003745 | UNITED WAY OF GREATER | 2,665.07 |
| 22781167 | 2/19/2009 | 999030520 | UNIVERSITY HOSPITAL GIFT SHOP | 3,583.16 |
| 22780093 | 12/2/2008 | 115385 | UNUM LIFE INSURANCE COMPANY | 1,923.26 |
| 22780445 | 12/23/2008 | 115385 | UNUM LIFE INSURANCE COMPANY | 1,923.26 |
| 22781093 | 2/3/2009 | 115385 | UNUM LIFE INSURANCE COMPANY | 1,923.26 |
| 22781141 | 2/11/2009 | 117500 | UPS FREIGHT | 213.52 |
| 22781161 | 2/17/2009 | 117500 | UPS FREIGHT | 1,288.73 |
| 22780884 | 1/15/2009 | 999001024 | USIS COMMERCIAL SERVICES INC. | 124.95 |
| 22781142 | 2/11/2009 | 999001024 | USIS COMMERCIAL SERVICES INC. | 83.30 |
| 22780173 | 12/4/2008 | 999030505 | USO SEOUL | 1,547.82 |
| 22781220 | 2/27/2009 | 777042686 | VERNON CLEMANS | 700.00 |
| 22781199 | 2/20/2009 | 777042841 | VICTORIA WILLIAMS | 76.50 |
| 102156 | 12/10/2008 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 501.98 |
| 102163 | 12/15/2008 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 116.61 |
| 102184 | 12/26/2008 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 116.61 |
| 102207 | 1/12/2009 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 116.61 |
| 102239 | 1/26/2009 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 116.61 |
| 102262 | 2/6/2009 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 10.00 |
| 102266 | 2/9/2009 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 116.61 |
| 102297 | 2/24/2009 | 10153 | VIRGINIA DEPARTMENT OF REVENUE | 178.05 |
| 22780288 | 12/9/2008 | 61390 | VIRGINIA DEPT OF TAXATION | 243.94 |
| 22780682 | 1/8/2009 | 61390 | VIRGINIA DEPT OF TAXATION | 188.26 |
| 22781095 | 2/3/2009 | 61390 | VIRGINIA DEPT OF TAXATION | 1.70 |
| 22780114 | 12/4/2008 | 2130 | W.W. NORTON & CO., INC. | 21,107.84 |
| 22780842 | 1/13/2009 | 999002994 | WALLACE NEWS | 1,625.48 |
| 22780582 | 1/8/2009 | 999029863 | WALT DISNEY ATTRACTION | 6,987.83 |
| 22780694 | 1/13/2009 | 999010296 | WAREHOUSE MARKET | 3,396.93 |
| 22780577 | 1/8/2009 | 1864 | WARNER INTERNATIONAL | 5,068.16 |
| 22780289 | 12/9/2008 | 999010763 | WEIGEL'S INC. | 1,105.19 |

| Number | Date | Vendor | Vendar Name | Paid Amount |
|---|---|---|---|---|
| 22781096 | 2/3/2009 | 999010763 | WEIGEL'S INC. | 291.40 |
| 22780843 | 1/13/2009 | 116244 | WEST VIRGINIA STATE TAX DEPT. | 65.74 |
| 22780690 | 1/13/2009 | 999002631 | WESTERN SUPERMARKETS | 2,851.66 |
| 22780850 | 1/15/2009 | 1761 | WHITMAN PUBLISHING, LLC. | 5,904.18 |
| 22780256 | 12/9/2008 | 999007459 | WILLIAM E. MASON | 150.00 |
| 22780654 | 1/8/2009 | 999007459 | WILLIAM E. MASON | 100.00 |
| 22780406 | 12/23/2008 | 116445 | WILLIAM NASH ETUX TRISH | 2,864.88 |
| 22780915 | 1/22/2009 | 116445 | WILLIAM NASH ETUX TRISH | 2,864.88 |
| 22781204 | 2/27/2009 | 116445 | WILLIAM NASH ETUX TRISH | 2,864.88 |
| 22780080 | 12/2/2008 | 115721 | WILLIS OF TENNESSEE, INC | 3,850.00 |
| 22780367 | 12/18/2008 | 115721 | WILLIS OF TENNESSEE, INC | 4,114.00 |
| 22780849 | 1/15/2009 | 115721 | WILLIS OF TENNESSEE, INC | 4,114.00 |
| 22781122 | 2/11/2009 | 115721 | WILLIS OF TENNESSEE, INC | 4,114.00 |
| 22780345 | 12/11/2008 | 194844 | WILMERHALE | 630.06 |
| 22780683 | 1/8/2009 | 194844 | WILMERHALE | 1,588.18 |
| 22780290 | 12/9/2008 | 999029795 | WINKLER WHOLESALE | 1,891.61 |
| 22780684 | 1/8/2009 | 999029795 | WINKLER WHOLESALE | 505.04 |
| 22781097 | 2/3/2009 | 999029795 | WINKLER WHOLESALE | 1,545.38 |
| 22780720 | 1/13/2009 | 999002707 | WINN DIXIE STORES INC | 99,720.79 |
| 22780180 | 12/9/2008 | 999029963 | WOODS SUPERMARKET INC | 2,571.01 |
| 22780685 | 1/8/2009 | 999029963 | WOODS SUPERMARKET INC | 320.01 |
| 22781098 | 2/3/2009 | 999029963 | WOODS SUPERMARKET INC | 1,844.73 |
| 22780306 | 12/11/2008 | 2134 | WORKMAN PUBLISHING CO | 51,295.23 |
| 22780596 | 1/8/2009 | 2134 | WORKMAN PUBLISHING CO | 18,971.89 |
| 22781019 | 2/3/2009 | 100 | WORLD TRAVEL SERVICE, INC. | 8,526.63 |
| 102148 | 12/8/2008 | 116356 | WRIGHT EXPRESS | 5,999.17 |
| 102204 | 1/9/2009 | 116356 | WRIGHT EXPRESS | 3,685.14 |
| 22780175 | 12/4/2008 | 61872 | XNX ENTERPRISES | 1,652.32 |
| 22780481 | 12/30/2008 | 61872 | XNX ENTERPRISES | 61.87 |
| 22780565 | 1/6/2009 | 999011355 | XPEDX | 349.24 |
| 22781189 | 2/19/2009 | 999011355 | XPEDX | 126.40 |
| 22780587 | 1/8/2009 | 1365 | YALE UNIVERSITY PRESS | 10,198.10 |

# **EXHIBIT C**

B 6G (Official Form 6G) (12/07)

In re  Anderson News, LLC
                    **Debtor**

Case No.  09-10695 (CSS)
                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached document Schedule G | |
| | |
| | |
| | |
| | |
| | |

| Party | Address | Nature of contract |
|---|---|---|
| Rose AM | 800 NW 6th , Portland, OR 97209 | Retail contract |
| Royal Lahaina Emporium | 1501 Kapiolani Blvd Suite 960, Honolulu, HI 96814 | Retail contract |
| Save Mart Supermarkets | 1800 Standiford Ave , Modesto, CA 95350 | Retail contract |
| Sav-Mor Drug #2 | 2070 N. King Street c/o Gulick Pharmacy, Honolulu, HI 96819 | Retail contract |
| Sawyer's Newsstand | 733 4th Street , Santa Rosa, CA 95404 | Retail contract |
| Schnuck Markets, Inc. | 11420 Lackland Road , St. Louis, MO 63146 | Retail contract |
| Sherm's Thunderbird Markets | P. O. Box 1400 , Medford, OR 97501 | Retail contract |
| Shikji Drug #2 | 333 Kilauea Ave , Hilo, HI 96720 | Retail contract |
| Sid's | P. O. Box 9 , Seaview, WA 98844 | Retail contract |
| Singing River Hospital Systems | P. O. Box 1597 , Gautier, MS 39553 | Retail contract |
| Solo & Sanchez | 13835 S. Gramercy Place , Gardena, CA 90249 | Retail contract |
| Southern Family Markets | 800 Lakeshore Parkway , Birmingham, AL 35211 | Retail contract |
| Southview Foods | 320 E. Hwy 0 , O'Fallon, IL 62269 | Retail contract |
| Star Supermarkets | Unavailable , Unavailable, NA NA | Retail contract |
| Steve's Books & Magazines | 2612 S. Harvard , Tulsa, OK 74114 | Retail contract |
| Stewart's Inc. | 245 West Highway 40 , Roosevelt, UT 84066 | Retail contract |
| Straub Hospital Aux | 888 S. King Street , Honolulu, HI 96813 | Retail contract |
| Sunflower Food Store | P. O. Box 1508 , Richton, MS 39476 | Retail contract |
| Sunflower Food Store – Quitman | 103 W. Donald Street , Quitman, MS 39355 | Retail contract |
| Sunriver (JA Marketing) | 18160 Cottonwood Road , Bend, OR 97707 | Retail contract |
| Supermarket Investors | 8503 Dollarway Road , Whitehall, AR 71602 | Retail contract |
| Supervalu, Inc. | 7075 Flying Cloud Drive , Eden Prairie, MN 55344 | Retail contract |
| Surangel and Sons | Unavailable , Unavailable, NA NA | Retail contract |
| Sure Save | 1346 Kilkina Street , Hilo, HI 96720 | Retail contract |
| T Kaneshiro Store | P. O. Box 960 , Honokaa, HI 96727 | Retail contract |
| The Newsstand | 3934 S. Dale Mabry , Tampa, FL 33611 | Retail contract |
| The Paradies Shops, Inc. | 5950 Fulton Industrial Blvd. , Atlanta, GA 30336 | Retail contract |
| Times Supermarket | 3375 Koapaka Street Suite D-108, Honolulu, HI 96819 | Retail contract |
| Tootie's Kwik Stop | 2112 Greensprings , Birmingham, AL 35205 | Retail contract |
| Trading Company | 1029 Kalahu Place , Honolulu, HI 96825 | Retail contract |
| Trans Pacific Stores, Ltd | 777 S. Wadsworth Blvd Suite 4-280, Lakewood, CO 80226 | Retail contract |
| Ukrops Supermarkets | 2001 Maywill Street , Richmond, VA 23230 | Retail contract |
| United Supermarket | P. O. Box 657 , Altus, OK 73521 | Retail contract |
| USO, Inc. | P. O. Box 8657 , Honolulu, HI 96830 | Retail contract |
| Vending Stand #46 | Unavailable , Unavailable, NA NA | Retail contract |
| Verona Enterprises | 1175 College Blvd , Pensacola, FL 32504 | Retail contract |
| Village Market | 1249 Wilder Avenue , Honolulu, HI 96822 | Retail contract |
| Waipahu Drug | 85-910 Farrington Highway , Waianae, HI 96792 | Retail contract |
| Walgreen's | 200 Wilmot Road , Deerfield, IL 60015 | Retail contract |
| Wallace News | 205 Broad Street , Kingsport, TN 37680 | Retail contract |
| Warehouse Market | P. O. Box 702280 , Tulsa, OK 74170 | Retail contract |
| Waverly IGA | 199 S. Pearl , Waverly, IL 62692 | Retail contract |
| Western Supermarkets | 2614 19th Street South , Birmingham, AL 35209 | Retail contract |
| Westwood Pharmacy | 5823 Patterson Avenue , Richmond, VA 23226 | Retail contract |
| Wilcox Gift Shop | Unavailable , Unavailable, NA NA | Retail contract |
| Winn Dixie | P. O. Box B , Jacksonville, FL 32203 | Retail contract |
| Wolf's Newsstand | 7620 49th Street North , Pinellas Park, FL 33781 | Retail contract |
| ZMDI | 423 Maple Pointe , Seffner, FL 33584 | Retail contract |
| Anderson Management Services, Inc. | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Management Services Agreement |
| Anderson Services, LLC | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Distribution Services Agreement |
| Twin Rivers Technology Group, LLC | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Computer Resources Agreement |
| First Media Capital Corporation | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Secured Revolving Demand Promissory Note |
| Holston Asset Management, LLC | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | SunTrust Secured Revolving Loan Agreement (Note 1) |
| Anderson Companies Benefits Trust | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Flexible Benefits Plan |
| Anderson Companies Benefits Trust | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Health Plan Document |
| Anderson Companies Benefits Trust | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Health Plan Trust |
| Anderson Companies Benefits Trust | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Flexible Benefits Plan Participation Agreement |
| Anderson Companies Benefits Trust | 6016 Brookvale Lane, Suite 151, Knoxville, TN 37919 | Health Plan Participation Agreement |
| Source Interlink Media, Inc. | 261 Madison Ave., New York, NY 10016 | Supply contract |

Note (1) Loan was purchased by Holston Asset Management, LLC on April 28, 2009

B 6F (Official Form 6F) (12/07)

In re   Anderson News, LLC _____,                    Case No.   09-10695 (CSS) _____
                    **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See attached document - Schedule F.a | - | - | During Course of Business | | x | x | 142,936,844.00 |
| ACCOUNT NO. <br><br> See attached document - Schedule F.b | - | - | During Course of Business | X | X | X | 0.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Subtotal▶ | $142,936,844.00

__0__   continuation sheets attached

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$ 142,936,844.00

3

| Vendor | Name | Address | City | State | Zip | Contingent | Unliquidated | Disputed | Claim | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| NORTHSHORE | NORTHSHORE CAPITAL, LLC | 6016 BROOKVALE LN STE 151 | KNOXVILLE | TN | 37919 | | | | $8,131,085.12 | Other — AFFILIATE |
| 1722 | CATS PAUSE | 2625 REGENCY ROAD | LEXINGTON | KY | 40503 | X | X | | 84,171.15 | Supplier |
| 1810 | HAWAII FISHING NEWS | P.O. BOX 25488 | HONOLULU | HI | 96825-0488 | X | X | | 37,253.52 | Supplier |
| 1818 | SANDHILLS PUBLISHING | PO BOX 82511 | LINCOLN | NE | 68501-2511 | X | X | | 100,860.54 | Supplier |
| 1864 | WARNER INTERNATIONAL | PERIODICAL SERVICES | ALTA LOMA | CA | 91737 | X | X | | 194,832.15 | Supplier |
| 1876 | SPANISH PERIODICALS | 2105 NW 102 AVE | MIAMI | FL | 33172 | X | X | | 565,342.77 | Supplier |
| 1894 | TIME/WARNER RS&M MAGS | LOCKBOX# 102536 | STOCKBRIDGE | GA | 30281 | X | X | | 33,841,790.79 | Supplier |
| 1896 | CURTIS CIRCULATION | ATTN: GLENN BAPTISTE | PENNSAUKEN | NJ | 08109-4380 | X | X | | 15,161,574.44 | Supplier |
| 1898 | TIME/WARNER RETAIL SALES | ATTN: CAMELLE PELLUNO | NEW YORK | NY | 10011 | X | X | | 8,114,125.78 | Supplier |
| 1900 | KABLE NEWS | 16 SOUTH WESLEY AVE. | MT. MORRIS | IL | 61054 | X | X | | 7,045,318.41 | Supplier |
| 2006 | GLOBE PEQUOT | P O BOX 480 | GUILFORD | CT | 6437 | X | X | | 59,839.99 | Supplier |
| 2009 | TEN SPEED PRESS | P O BOX 7123 | BERKELEY | CA | 94707 | X | X | | 52,868.87 | Supplier |
| 2014 | TYNDALE HOUSE | 351 EXECUTIVE DR | CAROL STREAM | IL | 60188 | X | X | | 75,352.32 | Supplier |
| 2024 | BRIDGE PUBLICATIONS | ATTN: ACCOUNTS RECEIVABLE | LOS ANGELES | CA | 90029 | X | X | | 25,272.60 | Supplier |
| 2226 | GEORGIA OUTDOORS NEWS | 4331 SEVEN ISLANDS RD | MADISON | GA | 30650 | X | X | | 20,902.14 | Supplier |
| 3240 | LEISURE ARTS | P.O. BOX 846302 | DALLAS | TX | 75284-6302 | X | X | | 53,703.00 | Supplier |
| 3477 | MODERN PUB BOOKS | 155 EAST 55TH ST | NEW YORK | NY | 10022 | X | X | | 193,686.06 | Supplier |
| 3503 | FACILITY MERCHANDISING | 5959 TOPANGA CANYON BLVD. | WOODLAND HILLS | CA | 91367 | X | X | | 79,589.20 | Supplier |
| 3622 | LEARNING HORIZONS | P.O. BOX 931514 | CLEVELAND | OH | 44193 | X | X | | 47,930.90 | Supplier |
| 3982 | WARNER DIRECT MARKETING | 5987 BURGUNDY AVE | ALTA LOMA | CA | 91731 | X | X | | 50,197.46 | Supplier |
| 4285 | LOUISVILLE MAGAZINE | 137 W MUHAMMAD ALI BLVD | LOUISVILLE | KY | 40202-1438 | X | X | | 24,298.79 | Supplier |
| 4358 | RICHMOND MAGAZINE | 2201 WEST BROAD STREET | RICHMOND | VA | 23220 | X | X | | 43,475.70 | Supplier |
| 4635 | F & W PUBLICATIONS | P.O. BOX 715157 | COLUMBUS | OH | 43271-5157 | X | X | | 39,798.61 | Supplier |
| 5808 | CITIES WEST PUBLISHING | 8501 E PRINCESS DR, STE 190 | SCOTTSDALE | AZ | 85255 | X | X | | 128,935.57 | Supplier |
| 6603 | BOOK CLUB OF AMERICA | 108 MARCUS BLVD. STE. B | HAUPPAUGE | NY | 11788 | X | X | | 37,719.66 | Supplier |
| 6649 | KABLE DIST. SVC (BAUER) | 16 S. WESLEY AVE | MT. MORRIS | IL | 61054 | X | X | | 14,935,281.70 | Supplier |
| 6657 | AMERICAN BOOK CO NEW RET | 33130 KINGSTON PIKE STE. 1-183 | KNOXVILLE | TN | 37934 | X | X | | 66,591.29 | Supplier |
| 6698 | PARAGON, INC | 440 PARK AVE SOUTH, 13TH FLOOR | NEW YORK | NY | 10016 | X | X | | 164,029.08 | Supplier |
| 6703 | ARTISTIC STUDIOS LTD | 311 PINE STREET | SAN FRANCISCO | CA | 94111 | X | X | | 43,336.27 | Supplier |
| 6738 | A2H2 MEDIA, LLC | #N/A | #N/A | | #N/A | X | X | | 28,774.74 | Supplier |
| 895 | ARIZONA HIGHWAYS | 2039 W LEWIS AVE | PHOENIX | AZ | 85009 | X | X | | 1,454.85 | Supplier |
| 1240 | NASHVILLE INTERIORS | 722 HARPETH KNOLL RD. | NASHVILLE | TN | 37221 | X | X | | 4,869.30 | Supplier |
| 1254 | GOOD PRESS PUBLISHING | 4733 W. ATLANTIC AVE. STE. 15 | DELRAY BEACH, | FL | 33445 | X | X | | 601.21 | Supplier |
| 1274 | LEATHERS PUBLISHING | 4500 COLLEGE BLVD. STE.180 | OVERLAND PARK, | KS | 66211 | X | X | | 5,684.01 | Supplier |
| 1279 | BEST PRODUCTIONS | 55 SHELBY DR A-6 | SEDONA | AZ | 86336 | X | X | | 4,183.72 | Supplier |
| 1401 | BIRCHETT, INC | 90 S. FRONT STREET | MEMPHIS | TN | 38103 | X | X | | 5,136.95 | Supplier |
| 1405 | OKLAHOMA TODAY | P.O. BOX 1468 | OKLAHOMA CITY | OK | 73101 | X | X | | 10,044.68 | Supplier |
| 1626 | OPEN SPACES PUB INC | 6327 CSW CAPITAL HWY | PORTLAND | OR | 97201-1937 | X | X | | 485.07 | Supplier |
| 1628 | CEO PUBLISHING GROUP INC | 200 SE 1ST STREET, STE 601 | MIAMI | FL | 33131 | X | X | | 846.14 | Supplier |
| 1655 | CUMBERLAND HOUSE PUBLISHING | 431 HARDING INDUSTRIAL PARK DR | NASHVILLE | TN | 37211 | X | X | | 18,832.80 | Supplier |
| 1734 | UNIVERSITY OF TN MAGAZINES | P.O. BOX 15016 | KNOXVILLE | TN | 37901 | X | X | | 14,491.05 | Supplier |
| 1780 | BIRMINGHAM MAGAZINE | 505 N. 20TH ST. STE. 151 | BIRMINGHAM | AL | 35203 | X | X | | 1,285.02 | Supplier |
| 1969 | VIRGINIA DEER | P.O. BOX 34746 | RICHMOND | VA | 23234-0746 | X | X | | 1,203.56 | Supplier |
| 2018 | ALABAMA PRESS GUIDE | THE MEDIA RELATIONS OFFICE | TUSCALOOSA | AL | 35487-0391 | X | X | | 5,654.00 | Supplier |
| 2152 | COLORADO DIV OF WILDLIFE | 6060 BROADWAY | DENVER | CO | 80216 | X | X | | 20,082.39 | Supplier |
| 2190 | HEALTH COMM/U.S. JOURNAL | ACCOUNTS RECEIVABLE | DEERFIELD BEACH | FL | 33442 | X | X | | 3,341.06 | Supplier |
| 2221 | CASINO JOURNAL | 8025 BLACK HORSE PIKE #470 | PLEASANTVILLE | NJ | 8232 | X | X | | 7,062.59 | Supplier |
| 2316 | LEGACY COMMUNICATIONS | P.O. BOX 585 | ARMUCHEE, | GA | 30105 | X | X | | 1,282.76 | Supplier |
| 2335 | LANG HOLDINGS | P.O. BOX 804 | CYPRESS | CA | 90630-0804 | X | X | | 5,838.54 | Supplier |
| 2516 | STACKPOLE BOOKS | 5067 RITTER RD | MECHANICSBURG | PA | 17055-6921 | X | X | | 2,050.91 | Supplier |
| 2544 | INSIDE AUBURN TIGERS | P.O. BOX 866104 | TUSCALOOSA | AL | 35486 | X | X | | 6,485.05 | Supplier |
| 2593 | US NAVAL INST. | 219 WOOD ROAD | ANNAPOLIS | MD | 21402-5034 | X | X | | 15,945.43 | Supplier |
| 2627 | 5280 PUBLISHING INC | 1514 CURTIS STREET SUITE 300 | DENVER | CO | 80202 | X | X | | 11,007.62 | Supplier |
| 2706 | TRIFARI MARKETING INC | ATTN: PATRICIA TRIFARI | SAN FRANCISCO | CA | 94115 | X | X | | 15,513.04 | Supplier |
| 2967 | CITY PUBLICATIONS | 1207 MCGAVOCK ST | NASHVILLE | TN | 37203 | X | X | | 15,004.03 | Supplier |
| 3245 | NAMES | P.O. BOX 7 | SPRINGDALE | AR | 72765-0007 | X | X | | 6,727.02 | Supplier |
| 3623 | GRAPHIC ARTS/ALASKA N.W. | PO BOX 10306 | PORTLAND | OR | 97296-0306 | X | X | | 7,800.49 | Supplier |
| 3754 | DEALS ON WHEELS | PO BOX 17859 | CLEARWATER | FL | 33762-0859 | X | X | | 8,251.95 | Supplier |
| 3790 | SIMPLY COLORADO | 6713 ESTES STREET | ARVADA | CO | 80004-3051 | X | X | | 1,022.56 | Supplier |
| 3867 | SUPPLIER TO BE DETERMINED | #N/A | #N/A | #N/A | #N/A | X | X | | 440.20 | Supplier |
| 4097 | TEXAS GARDENER | PO BOX 9005 | WACO | TX | 76714-9005 | X | X | | 2,532.32 | Supplier |
| 4140 | SCRIPPS SCHOOL-JOURNALISM | #N/A | #N/A | | #N/A | X | X | | 4,506.42 | Supplier |
| 4231 | TAYLOR & FRANCIS, ROUTLEDGE | P.O. BOX 409267 | ATLANTA | GA | 30384-9267 | X | X | | 2,432.12 | Supplier |
| 4371 | DALMATIAN PRESS | P.O. BOX 403509 | ATLANTA | GA | 30384-3509 | X | X | | 403.98 | Supplier |
| 4444 | GOLDENSEAL | THE CULTURAL CENTER | CHARLESTON, | WV | 25305 | X | X | | 2,408.15 | Supplier |
| 4564 | GROSS COMMUNICATIONS | C/O LAHOAU CUSTOM MECCA | THOMPSONS STATION | TN | 37179 | X | X | | 718.88 | Supplier |
| 4578 | GOLEMON | 6157 28TH ST SE | GRAND RAPIDS | MI | 49546 | X | X | | 1,295.91 | Supplier |
| 4664 | SAVANNAH MAGAZINE | PO BOX 1088 | SAVANNAH | GA | 31402 | X | X | | 287.65 | Supplier |
| 4750 | STRANG COMMUNICATIONS | 600 RINEHART RD | LAKE MARY | FL | 32746 | X | X | | 3,888.62 | Supplier |
| 5776 | CITY VIEW PUBLISHING | 401 HENLEY STREET | KNOXVILLE | TN | 37902 | X | X | | 4,989.81 | Supplier |
| 5778 | SOUTHERN HOME PUBLISHING | P.O. BOX 770 | CAMDEN | SC | 29020 | X | X | | 2,675.48 | Supplier |
| 5889 | HARTLE MEDIA VENTURES | 59 GRANT AVE, 3RD FLOOR | SAN FRANCISCO | CA | 94108 | X | X | | 1,787.28 | Supplier |
| 5930 | DREAM COMMUNICATIONS | 2431 MORENA BLVD | SAN DIEGO | CA | 92110 | X | X | | 2,436.42 | Supplier |
| 5973 | GALAXY PRESS | 7051 HOLLYWOOD BLVD. STE.200 | HOLLYWOOD | CA | 90028 | X | X | | 10,483.21 | Supplier |
| 6112 | BROADREACH MEDIA, LLC | 125 WEST MARKET STREET | INDIANAPOLIS, | IN | 46204 | X | X | | 41.77 | Supplier |
| 6229 | PIO, LLC | 5750 BINTLIFF SUITE 210 | HOUSTON | TX | 77036 | X | X | | 9,081.51 | Supplier |
| 6246 | MELAHN, INC | #N/A | #N/A | | #N/A | X | X | | 1.58 | Supplier |
| 6356 | WATSON PUBLICATIONS & PRO | 10540 PORTAL XING #105 | BRADENTON | FL | 34211-4913 | X | X | | 4.50 | Supplier |

4