## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Anderson News, LLC, | : | Case No. 09-10695 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON APRIL 13, 2010 AT 10:00 A.M.

### UNCONTESTED MATTER WITH CERTIFCATE OF NO OBJECTION

1.     Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Hodges, Doughty, and Carson as Collections Counsel to the Debtor *Nunc Pro Tunc* to December 30, 2009; filed February 17, 2010 [Docket No. 236].

   Response Deadline: March 30, 2010 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certificate of No Objection; filed April 7, 2010 [Docket No. 282].

   B. Proposed Form of Order.

   Status: A Certificate of No Objection has been filed. This matter will not go forward unless otherwise requested by the Court.

2.     Debtor's Motion for an Order Pursuant to Section 363 of the Bankruptcy Code to Enter into Lease with MSolutions LLC; filed March 22, 2010 [Docket No. 269].

   Response Deadline: April 6, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Re-Notice of Hearing; filed March 31, 2010 [Docket No. 278].

   B. Certificate of No Objection; filed April 8, 2010 [Docket No. 289].

   C. Proposed Form of Order.

   Status: A Certificate of No Objection has been filed. This matter will not go forward unless otherwise requested by the Court.

3.	Motion of the Debtor for Authorization to Employ Professionals Used in the Ordinary Course of the Debtor's Business; filed March 22, 2010 [Docket No. 270].

> Response Deadline: April 6, 2010 at 4:00 p.m.
>
> Responses Received: None
>
> Related Documents:
>
>> A. Re-Notice of Hearing; filed March 31, 2010 [Docket No. 278].
>>
>> B. Certificate of No Objection; filed April 8, 2010 [Docket No. 290].
>>
>> C. Proposed Form of Order.
>
> Status: A Certificate of No Objection has been filed. This matter will not go forward unless otherwise requested by the Court.

4.	Motion of the Debtor for Order Extending Time within which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006 and 9027; filed March 26, 2010 [Docket No. 274].

> Response Deadline: April 6, 2010 at 4:00 p.m.
>
> Responses Received: None
>
> Related Documents:
>
>> A. Re-Notice of Hearing; filed March 31, 2010 [Docket No. 278].
>>
>> B. Certificate of No Objection; filed April 8, 2010 [Docket No. 291].
>>
>> C. Proposed Form of Order.
>
> Status: A Certificate of No Objection has been filed. This matter will not go forward unless otherwise requested by the Court.

**CONTESTED MATTERS GOING FORWARD**

5.	Motion of the Debtor for an Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof; filed February 2, 2010 [Docket No. 228].

> Response Deadline: February 23, 2010 at 4:00 p.m.
>
> Responses Received:
>
>> A. Informal Comments from the United States Trustee.

B. Response of Linda Gail Franklin to the Various Notices of Motions and Applications as Provided by the Counsels Representing Defendants Anderson News, *et al*; filed February 24, 2010 [Adv. Pro. No. 09-53275; Docket No. 8].

Related Documents: None.

Status: This matter will go forward.

6.   Amended Motion to Provide for Censure and Penalty; filed March 25, 2010 [Docket No. 272] and Amended Motion to Provide for Censure and Penalty; filed March 22, 2010 [Docket No. 292].

Response Deadline: April 10, 2010 at 4:00 p.m.

Responses Received:

A. Suntrust Bank's Response to Linda Gail Franklin's Amended Motion to Provide for Censure and Penalty; filed April 8, 2010 [Docket No. 287].

B. Response of Anderson Media Corporation and Holston Asset Management, LLC in Opposition to the Amended Motion of Linda Gail Franklin to Provide for Censure and Penalty [Docket No. 272]; filed April 8, 2010 [Docket No. 288].

Related Documents: None.

Status: This matter will go forward.

7.   Motion for the Appointment of a Trustee or for Related Alternative Relief; filed March 26, 2010 [Docket No. 273].

Response Deadline: April 6, 2010 at 4:00 p.m.; Extended by agreement to April 7, 2010 with responses due April 9, 2010.

Responses Received:

A. Response of Anderson Media, Inc., LLC, Brookvale Holdings, LLC, Holston Asset Management, LLC and Northshore Capital, LLC In Opposition to the Motion for the Appointment of a Trustee or for Related Alternative Relief Filed by Bauer Publishing Group and Kable Distribution Services, Inc. [Docket No. 273]; filed April 6, 2010 [Docket No. 281].

B. Debtor's Objection to the Motion for the Appointment of a Trustee or for Related Alternative Relief of Bauer Publishing Group and Kable Distribution Services, Inc.; filed April 7, 2010 [Docket No. 284].

3

Related Documents:

    C. Exhibits A through D and Declaration in Support re Debtor's Objection to Motion for the Appointment of a Trustee or for Related Alternative Relief; filed April 7, 2010 [Docket No. 285].

    D. Certification of Counsel; filed April 9, 2010 [Docket No. 294].

Status: This matter will go forward.

8.    Motion of Certain Magazine Creditors for an Order Authorizing Examinations Pursuant to Bankruptcy Rule 2004; filed March 30, 2010 [Docket No. 275].

Response Deadline: April 6, 2010 at 4:00 p.m.; Extended by agreement to April 7, 2010 with responses due April 9, 2010.

Responses Received:

    A. Response of Anderson Media, Inc., LLC, Holston Asset Management, LLC and Northshore Capital, LLC to the Motion of American Media, Inc., Curtis Circulation Company, and Time/Warner Retail Sales & Marketing, Inc. for an Order Authorizing Examinations Pursuant to Bankruptcy Rule 2004 [Docket No. 275]; filed April 6, 2010 [Docket No. 280].

    B. Debtor's Objection to the Motion of Certain Magazine Creditors for an Order Authorizing Examinations Pursuant to Bankruptcy Rule 2004; filed April 7, 2010 [Docket No. 283].

Related Documents:

    C. Certification of Counsel; filed April 9, 2010 [Docket No. 294].

Status: This matter will go forward.

Dated: April 9, 2010  
       Wilmington, Delaware

CIARDI CIARDI & ASTIN

_____

John D. McLaughlin, Jr. (No. 4123)  
Mary E. Augustine (No. 4477)  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
Tel: (302) 658-1100  
Fax: (302) 658-1300  
jmclaughlin@ciardilaw.com  
maugustine@ciardilaw.com

*Attorneys for the Debtor*