# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| Anderson News, LLC, | : Case No. 09-10695 (CSS) |
| Debtor. | : **Re: Docket No. 409** |

## CERTIFICATE OF SERVICE

I, John D. McLaughlin, Jr., hereby certify that on the 2nd day of July, 2010, I caused a copy of the **Order Modifying in Part the Order (I) Authorizing Debtor (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral; and (II) Granting Liens and Adequate Protection and Providing Super Priority Administrative Expense Status and the Order Directing the Appointment of an Examiner** to be served on the parties on the attached service list as indicated.

Dated: July 2, 2010  
Wilmington, Delaware

CIARDI CIARDI & ASTIN

John D. McLaughlin, Jr. (No. 4123)  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
Tel: (302) 658-1100  
Fax: (302) 658-1300  
jmclaughlin@ciardilaw.com

*Attorneys for the Debtors*

**SERVICE LIST**
*VIA* **U.S. MAIL**

Karen B. Dine, Esq.
David G. Keyko, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102-5003

Timothy W. Brink, Esq.
William B. Guthrie, Esq.
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601

Norman D. Brown
President/General Manager
Oat Willies Ltd.
617 West 29th Street
Austin, TX 78705

Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801

Oshel B. Craigo
Airport Foods, LLC d/b/a Airport Gift Shop
209 First Avenue, South
Nitro, WV 25143

Alison Danaceau, Esq.
Carlton Fields, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, GA 30309

Bud Desai
City News
514 Arendell Street
Morehead City, NC 28557

Marvin T. Dubin, Esq.
Dubin & Dubin, LLP
600 Rand Building
14 Lafayette Square
Buffalo, NY 14202

Roberta S. Dunlap, Esq.
Dunlap & Nesmith, LLC
123 N.W. Fourth Street, Suite 214
Evansville, IN 47708

Jamie L. Edmonson, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Linda Gail Franklin
Downtown Newsstand
621 Cleveland Street
Clearwater, FL 33755

Kristin K. Going, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005

Robert C. Goodrich, Jr., Esq.
Stites & Harbison PLLC
401 Commerce Street
800 SunTrust Plaza
Nashville, TN 37219-2490

Brian E. Greer, Esq.
Steven B. Smith, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Eric H. Holder, Jr., Esq.
U. S. Attorney General
Department of Justice - Commercial Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

James E. Huggett, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Joseph H. Huston, Jr., Esq.
Maria Aprile Sawczuk, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801

| | |
|---|---|
| Internal Revenue Service<br>Attn: Insolvency Section<br>11601 Roosevelt Blvd., Mail Drop N781<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Brian S. Kruse, Esq.<br>Rembolt Ludtke LLP<br>1201 Lincoln Mall, Suite 102<br>Lincoln, NE 68508 |
| Tennessee Department of Labor & Workforce Development – Unemployment Insurance<br>c/o Tennessee Attorney General's Office, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Richard B. Levin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Christopher D. Loizides, Esq.<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 | Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stephen M. Miller, Esq.<br>Eric J. Monzo, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | Stuart J. Miller, Esq.<br>Lankenau & Miller, LLP<br>132 Nassau Street, Suite 423<br>New York, NY 10038 |
| Mark Minuti, Esq.<br>Lucian B. Murley, Esq.<br>Michael J. Farnan, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 | Francis A. Monaco, Jr., Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Wilmington, DE 19801 |

Michael Myers
Myers Distributors Inc.
8868 Oak Avenue
Orangevale, CA 95662

Bruce S. Nathan, Esq.
Bruce D. Buechler, Esq.
David M. Banker, Esq.
Marianna Udem, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Irving Needleman
Amrep Corporation
300 Alexander Park, Suite 204
Princeton, NJ 08540

Mary E. Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm, P.C.
210 South Washington Avenue
P.O. Drawer 3103
Mobile, AL 36602

Domenic E. Pacitti, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062

American Express
Travel Related Services Co. Inc. Corp Card
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Frederick B. Rosner, Esq.
Kenneth L. Dorsney, Esq.
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

P. Gregory Schwed, Esq.
Vadim J. Rubinstein, Esq.
Loeb & Loeb LLP
345 Park Avenue, 18th Floor
New York, NY 10154

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903

| | |
|---|---|
| Securities & Exchange Commission<br>Attn: Christopher Cox<br>100 F Street, NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Bankruptcy Unit<br>Attn: Michael A. Berman, Esq.<br>450 Fifth Street NW<br>Washington, DC 20549 |
| Securities and Exchange Commission<br>Attn: Mark Schonfeld, Regional Director<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281 | Russell C. Silberglied, Esq.<br>Dana L. Reynolds, Esq.<br>Marisa A. Terranova, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899 | Source Interlink Companies, Inc.<br>Attn: President, Officer, or Managing Agent<br>27500 Riverview Center Blvd., Suite 400<br>Bonita Springs, FL 34134 |
| Grant T. Stein, Esq.<br>William S. Sugden, Esq.<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Sure Check Brokerage<br>Attn: President, Officer, or Managing Agent<br>P.O. Box 1906<br>Salina, KS 67402-1906 |
| Stephanie Wickouski, Esq.<br>Drinker Biddle & Reath LLP<br>140 Broadway, 39th Floor<br>New York, NY 10005-1116 | Jeffrey R. Gleit<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019-6799 |

Don A. Beskrone
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Ricardo Palacio
Karen B. Skomorucha
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Southwest Fleet Services, Inc.
Attn: Mike Weidenheft
PO Box 803748
Houston, TX 77280-3748

David Escamilla
Travis County Attorney
Karon Y. Wright
Assistant County Attorney
PO Box 1748
Austin, TX 78767