# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ANDERSON NEWS, LLC, | ) |
| | ) Case No. 09-10695 (CSS) |
| | ) |
| Debtor. | ) Re: Docket Nos. 429, 449 & 450 |
| | ) |

## NOTICE OF SUBMISSION OF SOUTHERN DISTRICT OF NEW YORK OPINION DISMISSING ANTITRUST ACTION

PLEASE TAKE NOTICE that on August 2, 2010, the United States District Court for the Southern District of New York entered the "Opinion and Order" attached hereto as Exhibit A. The Opinion and Order dismisses the antitrust case in full with prejudice and without leave to replead. The Opinion and Order is the "August 2, 2010 Order" referenced in footnote 1 of Anderson Media Corporation's "Objection to Second Application for Allowance of Compensation and Reimbursement of Expenses Incurred by FTI Consulting, Inc."

Dated: August 9, 2010
       Wilmington, Delaware

/s/ Russell C. Silberglied
Russell C. Silberglied (No. 3462)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

- and -

David G. Keyko (*pro hac vice*)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, NY 10036
Telephone: 212.858.1000
Facsimile: 212.858.1500

Attorneys for creditor American Media, Inc.

RLF1 3597868v. 1