## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| Anderson News, LLC, | : Case No. 09-10695 (CSS) |
| Debtor. | : Objection Deadline: October 5, 2010 at 4:00 p.m. (EST) |
| | : Hearing Date: October 12, 2010 at 10:00 a.m. (EST) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 27, 2010, Anderson News, LLC, debtor and debtor-in-possession (the "Debtor"), filed the **Debtor's Motion to Further Extend its Exclusive Periods Within Which to File and Solicit Acceptances of a Chapter 11 Plan** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned, on or before **October 5, 2010 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before The Honorable Christopher S. Sontchi in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **October 12, 2010 at 10:00 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order approving the Motion without further notice or hearing.

Dated: August 27, 2010
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ John McLaughlin Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (4123)
Carl D. Neff (No. 4895)
919 Market Street, Suite 700
Wilmington, DE 19803
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
dastin@ciardilaw.com
jmclaughlin@ciardilaw.com
cneff@ciardilaw.com

-and-

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Adam L. Shiff
Jeffrey R. Gleit
Julia A. Balduzzi
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel to the Debtor and Debtor-in-Possession*