# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| Anderson News, LLC, | : Case No. 09-10695 (CSS) |
| Debtor. | : **Re: Docket Nos. 512, 513** |

## ORDER GRANTING SHORTENED NOTICE AND EXPEDITED CONSIDERATION OF DEBTOR'S MOTION FOR ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AUTHORIZING THE SALE OF CERTAIN INVENTORY

Upon the motion (the "Motion to Shorten") [1] of Anderson News, LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, for authority, pursuant to section 102 of the Bankruptcy Code and Local Rule 9006-1(e), to shorten the notice period under Local Rule 9006-1(c) and Bankruptcy Rule 2002(a) with respect to the *Debtor's Motion for Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Inventory* (the "Motion"), all as more fully set forth in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that a hearing on the Motion shall be held on October 12, 2010 at 10:00 a.m. Prevailing Eastern Time; and it is further

ORDERED that all objections, if any, to the relief sought in the Motion must be in writing and filed with the Court and served on counsel to the Debtor so as to be actually received by such parties no later than October 5, 2010 at 4:00 p.m. Prevailing Eastern Time; and is further

---

[1] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: 9/24/2010
Wilmington, Delaware

Christopher S. Sontchi
Bankruptcy Judge