# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| Anderson News, LLC, | : Case No. 09-10695 (CSS) |
| Debtor. | : Re: Docket No. 541, 542, 543 |

## CERTIFICATE OF SERVICE

I, Carl D. Neff, hereby certify that on the 12th day of October, 2010, I caused a copy of the **Order Further Extending Debtor's Exclusive Periods within which to File and Solicit Acceptances of a Chapter 11 Plan** [Docket No. 541], the **Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Inventory** [Docket No. 542] and the **Order Approving the Retention, Employment, and Compensation of Knoll Ontrack, Inc. as Computer Recovery Specialists to the Debtor** [Docket No. 543] to be served on the parties on the attached service list as indicated.

Dated: October 12, 2010  
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

_/s/ Carl D. Neff_  
Carl D. Neff (No. 4895)  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
Tel: (302) 658-1100  
Fax: (302) 658-1300  
cneff@ciardilaw.com

*Attorneys for the Debtors*

**SERVICE LIST**
***VIA*** **U.S. MAIL AND**
***VIA*** **ELECTRONIC MAIL**

| | |
|---|---|
| Karen B. Dine, Esq.<br>David G. Keyko, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>karen.dine@pillsburylaw.com<br>david.keyko@pillsburylaw.com | Morton R. Branzburg, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>260 South Broad Street<br>Philadelphia, PA 19102-5003<br>mbranzburg@klehr.com |
| Timothy W. Brink, Esq.<br>William B. Guthrie, Esq.<br>DLA Piper LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>timothy.brink@dlapiper.com<br>william.guthrie@dlapiper.com | Roberta S. Dunlap, Esq.<br>Dunlap & Nesmith, LLC<br>122 N. St. Joseph Avenue<br>Evansville, IN 47708<br>rdunlap@courtbuilding.com |
| Howard A. Cohen, Esq.<br>Drinker Biddle & Reath LLP<br>1100 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>Howard.Cohen@dbr.com | Robert C. Goodrich, Jr., Esq.<br>Stites & Harbison PLLC<br>401 Commerce Street<br>800 SunTrust Plaza<br>Nashville, TN 37219-2490<br>robert.goodrich@stites.com |
| Alison Danaceau, Esq.<br>Carlton Fields, P.A.<br>1201 West Peachtree Street, Suite 3000<br>Atlanta, GA 30309<br>adanaceau@carltonfields.com | Maria Aprile Sawczuk, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>masa@stevenslee.com |

Marvin T. Dubin, Esq.  
Dubin & Dubin, LLP  
600 Rand Building  
14 Lafayette Square  
Buffalo, NY 14202  
mdubin@nycollect.com  

Brian S. Kruse, Esq.  
Rembolt Ludtke LLP  
1201 Lincoln Mall, Suite 102  
Lincoln, NE 68508  
bkruse@remboltludtke.com  

Jamie L. Edmonson, Esq.  
Bayard, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801  
jedmonson@bayardlaw.com  

Richard B. Levin, Esq.  
Cravath, Swaine & Moore LLP  
825 Eighth Avenue  
New York, NY 10019  
rlevin@cravath.com  

Kristin K. Going, Esq.  
Drinker Biddle & Reath LLP  
1500 K Street, N.W.  
Washington, DC 20005  
Kristin.Going@dbr.com  

Office of the United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19801  
ustpregion03.wl.ecf@usdoj.gov  

Brian E. Greer, Esq.  
Steven B. Smith, Esq.  
Dechert LLP  
1095 Avenue of the Americas  
New York, NY 10036-6797  
brian.greer@dechert.com  
steven.smith@dechert.com  

Francis A. Monaco, Jr., Esq.  
Womble Carlyle Sandridge & Rice, PLLC  
222 Delaware Avenue  
Wilmington, DE 19801  
fmonaco@wcsr.com  

James E. Huggett, Esq.  
Margolis Edelstein  
750 Shipyard Drive, Suite 102  
Wilmington, DE 19801  
jhuggett@margolisedelstein.com  

Bruce S. Nathan, Esq.  
Bruce D. Buechler, Esq.  
Lowenstein Sandler PC  
1251 Avenue of the Americas  
New York, NY 10020  
bnathan@lowenstein.com  
bbuechler@lowenstein.com

Christopher D. Loizides, Esq.  
Loizides, P.A.  
1225 King Street, Suite 800  
Wilmington, DE 19801  
loizides@loizides.com

Mary E. Olsen, Esq.  
M. Vance McCrary, Esq.  
J. Cecil Gardner, Esq.  
The Gardner Firm, P.C.  
210 South Washington Avenue  
P.O. Drawer 3103  
Mobile, AL 36602  
jcg@thegardnerfirm.com

Mark Minuti, Esq.  
Michael J. Farnan, Esq.  
Saul Ewing LLP  
222 Delaware Avenue, Suite 1200  
Wilmington, DE 19801  
mminuti@saul.com  
mfarnan@saul.com

P. Gregory Schwed, Esq.  
Vadim J. Rubinstein, Esq.  
Loeb & Loeb LLP  
345 Park Avenue, 18th Floor  
New York, NY 10154  
gschwed@loeb.com  
vrubinstein@loeb.com

Domenic E. Pacitti, Esq.  
Klehr, Harrison, Harvey, Branzburg & Ellers LLP  
919 Market Street, Suite 1000  
Wilmington, DE 19801-3062  
dpacitti@klehr.com

Russell C. Silberglied, Esq.  
Dana L. Reynolds, Esq.  
Marisa A. Terranova, Esq.  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
silberglied@rlf.com

Frederick B. Rosner, Esq.  
Messana Rosner & Stern, LLP  
1000 N. West Street, Suite 1200  
Wilmington, DE 19801  
frosner@mrs-law.com

Jeffrey R. Gleit, Esq.  
Kasowitz, Benson, Torres & Friedman LLP  
1633 Broadway  
New York, NY 10019-6799  
jgleit@kasowitz.com

Frank F. McGinn, Esq.  
Bartlett Hackett Feinberg P.C.  
155 Federal Street, 9th Floor  
Boston, MA 02110  
ffm@bostonbusinesslaw.com

Stephanie Wickouski, Esq.  
Drinker Biddle & Reath LLP  
140 Broadway, 39th Floor  
New York, NY 10005-1116  
Stephanie.Wickouski@dbr.com

Office of the Attorney General
Bankruptcy Division
Attn: Laura L. McCloud, Esq.
P.O. Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Don A. Beskrone, Esq.
Karen B. Skomorucha, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
dbeskrone@ashby-geddes.com
kskomorucha@ashby-geddes.com

Scott Leonhardt, Esq.
The Rosner Law Group LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
leonhardt@teamrosner.com

**SERVICE LIST**
***VIA* U.S. MAIL**

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
Attn: Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
P.O. Box 21126
Philadelphia, PA 19114

Securities & Exchange Commission
Bankruptcy Unit
Attn: Michael A. Berman, Esq.
450 Fifth Street NW
Washington, DC 20549

Eric H. Holder, Jr., Esq.
U. S. Attorney General
Department of Justice - Commercial Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Securities and Exchange Commission
Attn: Mark Schonfeld, Regional Director
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

American Express
Travel Related Services Co. Inc. Corp Card
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Securities & Exchange Commission
Attn: Christopher Cox
100 F Street, NE
Washington, DC 20549

Sure Check Brokerage
Attn: President, Officer, or Managing Agent
P.O. Box 1906
Salina, KS 67402-1906

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903

David Escamilla, Esq.
Travis County Attorney
Karon Y. Wright, Esq.
Assistant County Attorney
PO Box 1748
Austin, TX 78767

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Oshel B. Craigo
Airport Foods, LLC d/b/a Airport Gift Shop
209 First Avenue, South
Nitro, WV 25143

Grant T. Stein, Esq.
William S. Sugden, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Linda Gail Franklin
Downtown Newsstand
621 Cleveland Street
Clearwater, FL 33755

Norman D. Brown
President/General Manager
Oat Willies Ltd.
617 West 29th Street
Austin, TX 78705

Irving Needleman
Amrep Corporation
300 Alexander Park, Suite 204
Princeton, NJ 08540

Bud Desai
City News
514 Arendell Street
Morehead City, NC 28557

Stuart J. Miller, Esq.
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038

Michael Myers
Myers Distributors Inc.
8868 Oak Avenue
Orangevale, CA 95662

Source Interlink Companies, Inc.
Attn: President, Officer, or Managing Agent
27500 Riverview Center Blvd., Suite 400
Bonita Springs, FL 34134

Southwest Fleet Services, Inc.
Attn: Mike Weidenheft
PO Box 803748
Houston, TX 77280-3748

Tennessee Department of Labor & Workforce
Dev-Unemployment Insurance
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207