**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **ANDERSON NEWS, LLC** | ) | |
| | ) | **Case No. 09-10695 (CSS)** |
| | ) | |
| | ) | |
| **Debtor** | ) | |
| | ) | |

**REPORT OF THE FEE EXAMINER REGARDING THE
SEVENTH INTERIM FEE APPLICATION OF
KELLOG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C
FEBRAURY 1, 2013 TO JUNE 30, 2013**

Robert F. Troisio of BTB Associates LLC ("BTB"), acting in his capacity as fee examiner submits this Report to the Court regarding the Seventh Interim Fee Application of Kellog, Huber, Hansen, Todd, Evans & Figel, P.L.L.C ( "Kellog").

### BACKGROUND

1. On March 9, 2009, certain petitioning creditors filed an involuntary petition against the Debtors.

2. On December 30, 2009, the Court denied the Debtor's Motion to dismiss the involuntary petition and entered an Order for Relief Under chapter 7 and then converted the case to a chapter 11. The Debtor continues to manage its business as a debtor in possession.

3. No Committee of Unsecured Creditors has been appointed in the case by the United Sates Trustee although an examiner has been appointed by the Court.

4. On September 22 2010, the Court appointed Robert F. Troisio of BTB as fee examiner in the case and established procedures for review of fee applications.

**REVIEW METHODOLOGY**

5.   Each application is reviewed when received from a qualitative and quantitative perspective in line with local rules and sound business judgment. Qualitatively, the fee application is reviewed for completeness of time descriptions and the appropriateness of the work performed and time expended on each task.  Any questions or issues are noted. This analysis also seeks to establish that work is being performed at the appropriate level in the professional organization.  Other areas of concern are duplication of effort, time spent conferencing and in meetings, number of professionals attending outside meetings and the spread between partner and non partner time.

6.   Quantitatively a variety of checks take place on a test basis to insure the accuracy of amounts charged. Entries are rolled up against time charges and professionals individual time charges are added and checked against the billing amount.  To the extent that the tests indicate inaccuracies, the testing is expanded.

7.   Expenses and Disbursements are also reviewed.

8.   A written report of questions and/or issues, in the form of a spreadsheet that must be resolved, is then forwarded to the designated party at the petitioning professional.

9.   The designated party then replies with explanations to or corrections to entries that are cited in the spreadsheet. If necessary a fee accommodation is requested.

10. Once all issues are resolved, a report is issued to the Court on a semi annual basis as interim fee applications are filed or immediately issued if the fee application is a final fee application.

**THE KELLOG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C
SEVENTH INTERIM FEE APPLICATION**

.

11. The Kellogg monthly fee applications were reviewed as received. The Seventh

Interim fee application totaled $90,705.50 in fees and $934.27 in expenses.

12. The fee application contained approximately forty (40) technical exceptions

involving time lumping and specificity which were not explored.

13. Expenses were reviewed and there were no issues.

14. The fee examiner believes that the Kellog Seventh Interim fee application should

be allowed as filed.

Oceanview, Delaware
September 23, 2013

<div style="margin-left: 40%;">

*Robert F. Troisio*
Robert F. Troisio
BTB Associates LLC

</div>