# EXHIBIT B

# DOCUMENT FILED UNDER SEAL

Pursuant to Antitrust Defendants' Motion to Seal Exhibits A and B to Their Motion for Limited Stay Relief to Assert Antitrust Counterclaim And Permission to File Unsecured Proofs of Claim [D.I. 1811]

RLF1 9483960v.1