# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ANDERSON NEWS, LLC, ) | Case No. 09-10695 (CSS) |
| ) | |
| Debtor. ) | Hearing Date: 11/4/2013 at 11:00 a.m. |
| ) | Objection Deadline: 10/28/2013 at 4:00 p.m. |

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that on October 17, 2013, the Antitrust Defendants (as defined in the enclosed motions) filed the *Antitrust Defendants' Motion for Permission to File Unsecured Proofs of Claim and for Limited Stay Relief to Assert Counterclaim in Pending Antitrust Action* and the *Antitrust Defendants' Motion to Seal Exhibits A and B to Their Motion for Permission to File Unsecured Proofs of Claim and For Limited Stay Relief to Assert Antitrust Counterclaim in Pending Antitrust Action* (together, the "Motions"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motions must be filed in writing with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Antitrust Defendants on or before **October 28, 2013 at 4:00 p.m. (eastern)**.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Final Report and Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 4, 2013 at 11:00 a.m. (eastern)**.

RLF1 9480041v.1

IF NO OBJECTIONS TO THE MOTIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 17, 2013
       Wilmington, Delaware

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER** | **RICHARDS, LAYTON & FINGER** |
| /s/ | /s/ |
| Russell C. Silberglied (No. 3462) | Russell C. Silberglied (No. 3462) |
| Cory D. Kandestin (No. 5025) | Cory D. Kandestin (No. 5025) |
| One Rodney Square | One Rodney Square |
| 920 North King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 651-7700 | Telephone: (302) 651-7700 |
| Facsimile: (302) 651-7701 | Facsimile: (302) 651-7701 |
| -and- | -and- |
| **CRAVATH, SWAINE & MOORE LLP** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| Richard Levin (*pro hac vice*) | David G. Keyko |
| Worldwide Plaza | 1540 Broadway |
| 825 Eighth Avenue | New York, NY 10036 |
| New York, NY 10019 | Telephone: (212) 858-1000 |
| Telephone: (212) 474-1000 | Facsimile: (212) 858-1500 |
| Facsimile: (212) 474-3700 | |
| *Counsel to Time Inc.* | *Counsel to American Media, Inc.* |

**RICHARDS, LAYTON & FINGER**

_____
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-on behalf of-

**HEARST CORPORATION OFFICE OF GENERAL COUNSEL**

Jonathan R. Donnellan
Kristina E. Findikyan
Eva M. Saketkoo
300 West 57th Street, 40th Floor
New York, NY 10019

*Counsel to Hearst Communications, Inc. (as successor in interest to Hachette Filipacchi Media U.S., Inc.)*

**DRINKER BIDDLE & REATH LLP**

*/s/ Howard A. Cohen*
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

-and-

**BRYAN CAVE LLP**

Stephanie Wickouski
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-1114
Facsimile: (212) 904-0514

*Counsel to Kable Distribution Services, Inc.*

**RICHARDS, LAYTON & FINGER**

_____
Russell C. Silberglied (No. 3462)
Cory D. Kandestin (No. 5025)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-on behalf of-

**ROSENBERG & ESTIS, P.C.**

John M. Hadlock
Alexander Lycoyannis
733 Third Avenue
New York, NY 10017

*Counsel to Rodale, Inc.*